BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

KAL K. SHAH (*Pro Hac Vice*)
kshah@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Tel:  (312) 212-4979
Fax:  (312) 757-9192

ELIZABETH A. BATTS (*Pro Hac Vice*)
ebatts@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Tel:  (216) 363-4407
Fax:  (216) 363-4588

*Attorneys for Defendant Feit Electric Co., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHIA CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>FEIT ELECTRIC CO., INC.,<br><br>    Defendant,<br><br>    v.<br><br>LG INNOTEK HUIZHOU CO., LTD., SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND UNITY MICROELECTRONICS, INC. | Case No.  2:18-cv-01390-DOC-RAOx<br><br>**FEIT ELECTRIC CO., INC.'S THIRD PARTY COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.**<br><br>Complaint Filed:  February 20, 2018<br>Trial Date:  Not Yet Assigned |

1

FEIT ELECTRIC CO., INC.'S THIRD PARTY IMPLEADER COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.
Case No. 2:18-cv-01390-DOC-RAOx

Third Party Defendants.

## Nature of the Action

1.  This is a third party complaint by Defendant Feit Electric Company, Inc. ("Feit Electric") against Feit Electric supplier Unity Microelectronics, Inc. ("Unity") pursuant to Federal Rule of Civil Procedure 14 for Unity to defend claims by Nichia Corporation ("Nichia") of infringement of U.S. Patents 8,530,250, 9,490,411, and 9,537,071 (the "Asserted Patents") asserted in this Civil Action No. 2:18-cv-01390-DOC-RAOx which are based on the light emitting diode packages supplied by Unity.

## Jurisdiction and Venue

2.  On February 20, 2018 Nichia brought this civil Action No. 2:18-cv-01390-DOC-RAOx against Feit Electric, asserting liability for infringing the Asserted Patents, which liability has been denied by Feit Electric ("the Original Complaint").  (*See* Dkt. 1.) Feit Electric hereby incorporates by reference each and every allegation set forth in the Original Complaint but admits to the allegations therein only to the limited extent provided in Feit Electric's Answer.  (*See* Dkt. 38.)  A true and correct copy of the Original Complaint without its voluminous exhibits is attached hereto as "**Exhibit A**." (The Original Complaint exhibits are available via the Court's electronic filing system at Dkt. 1-1 through 1-8.)

3.  Nichia's action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject-matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a).  This Court has subject-matter jurisdiction over this Third Party Complaint under 28 U.S.C. §§ 1331 and 1338(a) as well as supplemental subject-matter jurisdiction over the claims herein under 28 U.S.C. § 1367.  The claims Feit Electric asserts against Unity are related to the claims Nichia asserts in the underlying action within this Court's original jurisdiction such that they form part of the same case or controversy under Article III of the United States Constitution and are part of the same

2

FEIT ELECTRIC CO., INC.'S THIRD PARTY IMPLEADER COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.
Case No. 2:18-cv-01390-DOC-RAOx

transaction and occurrence. Impleader claims are deemed "supplemental" to the plaintiff's original claims. Therefore, no independent basis for jurisdiction is required and a defendant can implead a third party who is a citizen of the same state as the plaintiff. *Burke v. Ernest W. Hahn, Inc.*, 592 F.2d 542 (9th Cir. 1972) (jurisdiction proper over third-party complaint for indemnity ancillary to main action).

4. Unity is subject to this Court's personal jurisdiction because Unity has established minimum contacts with the forum. Specifically, Unity has done business in this Judicial District, including making, using, selling, or importing technology in Feit Electric products that are accused by Nichia of infringing the Asserted Patents. Accordingly, there are Feit Electric products accessible in the United States, including California, which contain such products of Unity. The exercise of jurisdiction over Unity in this District would not offend traditional notices of fair play and substantial justice.

5. Venue is proper in this District to the extent venue is proper for the original claims against Feit Electric. Further, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b).

## **The Parties**

6. According to the Original Complaint, Nichia Corporation is a corporation organization and existing under the laws of Japan, with its principal place of business at 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima, Japan 774-8601. (Dkt. 1 ¶10.)

7. Feit Electric Company, Inc. is a corporation organized and existing under the laws of the State of California with a principal place of business at 4901 Gregg Road, Pico Rivera, California 90660.

8. Unity Microelectronics, Inc., upon information and belief, is a corporation organized and existing under the laws of the State of California with a principal place of business at 1445 Mac Arthur Drive, Suite 116, Carrollton, Texas 75007.

3

FEIT ELECTRIC CO., INC.'S THIRD PARTY IMPLEADER COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.
Case No. 2:18-cv-01390-DOC-RAOx

## Statement of Facts

9. In the Original Complaint, Nichia asserts infringement of the Asserted Patents, which are directed to the structure and method of making the structure of light emitting diode ("LED") packages.

10. Such LED packages are used in LED lighting devices, and most particularly with respect to the instant action, LED light bulbs.

11. Nichia has accused a number of Feit Electric products of infringing the asserted patents (the "Accused Products").

12. On information and belief, the LED packages used in the Accused Products form the basis for Nichia's infringement claims.

13. Certain of the Accused Products incorporate LED packages supplied by Unity.

14. Feit Electric issued Purchase Orders to Unity for finished products which incorporate LED packages supplied by Unity.

15. An exemplary true and correct copy of one such Purchase Order issued to Unity is attached hereto as **Exhibit B**, with confidential contract factory and pricing information redacted.

16. Each of the Purchase Orders issued by Feit Electric include the following provision:

> The terms and conditions of the Feit Electric Company's standard Indemnification and Hold Harmless Agreement are incorporated in this Purchase Order as if they were fully set forth herein. A current copy of Feit Electric Company's standard Indemnification and Hold Harmless Agreement is available at www.feit.com/indemnification.

(Ex. B at 1.)

17. A true and correct copy of Feit Electric's standard Indemnification and Hold Harmless Agreement referenced by the exemplary Purchase Order is attached hereto as **Exhibit C**. That agreement provides, in part:

> Supplier, at its sole cost and expense, even if any such allegation of liability is groundless, false or fraudulent, shall assume the defense of any such Claim upon written notice from the applicable Feit Electric Indemnitees.

(Ex. C at 2.)

18. Nichia has accused a number of Feit Electric products of infringing the Asserted Patents. Those accusations are based on the LED packages incorporated in Feit Electric's Accused Products. For example, and not by way of limitation, such Feit Electric product models are 73992/GV (at least lot number 280-5155) and BPOM60/830/LED (at least lot number 280-1-15-52) which incorporate LED packages supplied by Unity. (Original Compl. ¶35.)

19. On or about March 1, 2018, Feit Electric sent a notice letter to Unity identifying Unity-supplied Accused Products incorporating LED packages supplied by Unity (the "Notice"). The Notice letter identified the Nichia litigation, case number, description of the matter.

20. Feit Electric received confirmation that the Notice was received by Unity. The Notice demanded that Unity immediately undertake to defend Feit Electric from the claims of patent infringement by Nichia.

21. On or about March 20, 2018, Feit Electric obtained an extension of time to answer the Nichia complaint. (Dkt. 31.)

22. On or about April 20, 2018, Feit Electric filed and served an answer to the Original Complaint. (Dkt. 38.)

23. As of the filing of this Third Party Complaint, Unity has not undertaken to defend Feit Electric in the underlying action.

24. This Third Party Complaint and the relief sought herein are requested without prejudice or waiver of any and all rights and claims Feit Electric may have against Unity.

## Count One – Defense

25. Feit Electric incorporates by reference each of the allegations in the preceding paragraphs.

26. Feit Electric purchased LED packages from Unity and issued Purchase Orders to Unity for such LED packages.

27. The Purchase Orders issued to Unity include defense provisions and state: "The terms and conditions of the Feit Electric Company's standard Indemnification and Hold Harmless Agreement are incorporated in this Purchase Order as if they were fully set forth herein. A current copy of Feit Electric Company's standard Indemnification and Hold Harmless Agreement is available at www.feit.com/indemnification."

28. Feit Electric products incorporating Unity products are accused by Nichia in the Original Complaint in this litigation, including but not limited to at least 73992/GV (at least lot number 280-5155) and BPOM60/830/LED (at least lot number 280-1-15-52) which incorporate LED packages supplied by Unity.

29. Pursuant to the Unity Purchase Orders, Unity is obligated to defend Feit Electric for any litigation involving Feit Electric Products incorporating Unity LED packages.

30. Pursuant to the Unity Purchase Orders, Feit Electric is entitled to recover from Unity any award of damages and costs granted to Nichia in the underlying patent infringement case based on infringing products that comprise Unity LED packages.

31. Feit Electric has been and will be continued to be harmed if Unity does not fulfill its defense obligations.

## Prayer for Relief

Wherefore, Feit Electric prays the Court enter the following relief:

    a. permit Unity to enter the underlying action to defend those accused products comprising LED packages supplied by Unity;

    b. order Unity to honor its obligations as set forth in the Feit Electric Indemnification and Hold Harmless Agreement incorporated in the Purchased Orders issued to Unity;

    c. order Unity to defend Feit Electric from the claims of patent infringement by Nichia based on Feit Electric's Accused Products that comprise LED packages supplied by Unity; and

    d. award Feit Electric such further relief as this Court deems just and proper.

7

FEIT ELECTRIC CO., INC.'S THIRD PARTY IMPLEADER COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.
Case No. 2:18-cv-01390-DOC-RAOx

Dated:  June 22, 2018

*/s/ Kal K. Shah*
Kal K. Shah (Pro Hac Vice)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Tel:  (312) 212-4979
Fax:  (312) 757-9192
kshah@beneschlaw.com

Elizabeth A. Batts (Pro Hac Vice)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel:  (216) 363-4407
Fax:  (216) 363-4588
ebatts@beneschlaw.com

BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Defendant Feit Electric Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I electronically filed the foregoing *Feit Electric Co., Inc.'s Third Party Complaint Against Unity Microelectronics, Inc.* with the Clerk of Court using CM/ECF, which will send notification via electronic means to the following counsel of record:

William S O'Hare, Jr
wohare@swlaw.com
Deborah S Mallgrave
dmallgrave@swlaw.com
**Snell and Wilmer LLP**
600 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-7689

Robert P Parker
rparker@rothwellfigg.com
Daniel R McCallum
dmccallum@rfem.com
Mark T Rawls
mrawls@rfem.com
Martin M Zoltick
mzoltick@rfem.com
Michael H Jones
mjones@rfem.com
Nechama E Potasnick
npotasnick@rfem.com
Steven P Weihrouch
sweihrouch@rfem.com
Jenny Colgate
jcolgate@rfem.com
**Rothwell Figg Ernst and Manbeck PC**
607 Fourteenth Street NW Suite 800
Washington, DC 20005


    */s/ Kal K. Shah*
    Kal K. Shah (*Pro Hac Vice*)

9

FEIT ELECTRIC CO., INC.'S THIRD PARTY IMPLEADER COMPLAINT AGAINST UNITY MICROELECTRONICS, INC.
Case No. 2:18-cv-01390-DOC-RAOx