# EXHIBIT B

PAGE: 1

# PURCHASE ORDER

FEIT ELECTRIC CO., INC.
4901 GREGG RD • PICO RIVERA, CA 90660-2108
(562) 463-2852 • OUTSIDE CA (800) 543-3348
FAX: (562) 908-6360 • HTTP://WWW.FEIT.COM

VENDOR #: 900280
VENDOR NAME: UNITY MICROELECTRON
CONTACT #: 714-655-4000
TERMS: NET 30

P.O. DATE: 04/29/15    P.O. NUMBER: PO17879
DUE (BOARDING) DATE:
RFQ NO.

SHIP FROM:
UNITY MICROELECTRONICS INC.
RYAN CRABB
1501 SUMMIT AVE. SUITE 10
PLANO, 75074
TX

SHIP TO:
ON WATER

SHIP VIA: FREE ON BOARD

| LN | ITEM/UPC NO. | DESCRIPTION | MASTER | INNER | QTY | UNIT PRICE (USD$) | TOTAL PRICE (USD$) |
|---|---|---|---|---|---|---|---|
| 1 | **73991** | 4FT 2LAMP SHOPLIGHT WHT ENDCAP | 600 | | 2,400 | ▇ | ▇ |
|   | 017801739916 | Inner Case Qty: 0    Master Case Qty: 4 | | | | | |
| 2 | **BR40/DM/LEDG3/2** | LED DIMMABLE BR40 2PK | 2,000 | | 12,000 | ▇ | ▇ |
|   | 017801459159 | Inner Case Qty: 0    Master Case Qty: 6 | | | | | |
| 3 | **T4819/LEDIF/41K** | LED LINEAR FROST | 2,000 | | 24,000 | ▇ | ▇ |
|   | 017801906615 | Inner Case Qty: 4    Master Case Qty: 12 | | | | | |
| 4 | **BPOM75/850/LED** | LED DIMMABLE A19 1/CD | 1,000 | | 12,000 | ▇ | ▇ |
|   | 017801145496 | Inner Case Qty: 4    Master Case Qty: 12 | | | | | |
| 5 | **BPOM75/830/LED** | LED DIMMABLE A19 1/CD | 4,000 | | 48,000 | ▇ | ▇ |
|   | 017801145304 | Inner Case Qty: 4    Master Case Qty: 12 | | | | | |

Master Total: 9,600    Inner Total:    Subtotal: ▇
Total: ▇

* All product to use lead free solder on base of lamps and meet RoHS standards.
* Please acknowledge order & confirm prices.
* Please notify immediately if you are unable to ship complete by required date.
* Our order number must appear on all invoices, packages, etc.
* The terms and conditions of the Feit Electric Company's standard Indemnification and Hold Harmless Agreement are incorporated in this Purchase Order as if they were fully set forth herein. A current copy of Feit Electric Company's Indemnification and Hold Harmless Agreement is available at www.feit.com/indemnification

Additional comment:

Purchasing Agent
Signature _____