1  Yitai Hu (SBN 248085)
   yitai.hu@alston.com
2  Lenny Huang (SBN 264386)
   lenny.huang@alston.com
3  **ALSTON & BIRD**
4  1950 University Avenue, 5th Floor
   East Palo Alto, CA 94303
5  Telephone:    650-838-2000
   Facsimile:    650-838-2001
6
7  Attorneys for Proposed Intervenor-Defendant
   UNITY MICROELECTRONICS, INC.
8

9
                 **UNITED STATES DISTRICT COURT**
10
                 **CENTRAL DISTRICT OF CALIFORNIA**
11
                 **SOUTHERN DIVISION**
12

13  NICHIA CORP.,                      Case No. 2:18-cv-01390-DOC-RAOx

14                                     **UNITY MICROELECTRONICS,
                                       INC.'S CORPORATE
15          Plaintiff,                 DISCLOSURE STATEMENT**

16      v.

17                                     **DEMAND FOR JURY TRIAL**

    FEIT ELECTRIC CO., INC.,
18
            Defendant.
19

20

21

22

23

24

25

26

27

28

                            - 1 -

1    Pursuant to Fed. R. Civ. P. 7.1, Unity Microelectronics, Inc. ("UMI") hereby

2  identifies Unity Opto Technology Co., Ltd. as the corporate parent of UMI.  UMI also

3  states that Unity Opto Technology Co., Ltd., which is a publicly held corporation

4  organized under the laws of Republic of China (Taiwan), owns more than 10% of the

5  stock of UMI.

6

7

8  Dated:  July 23, 2018                    Respectfully submitted,

9

10                                          By:    /s/ Yitai Hu

11                                          Yitai Hu (SBN 248085)
                                            yitai.hu@alston.com
12                                          Lenny Huang (SBN 264386)
                                            lenny.huang@alston.com
13                                          **ALSTON & BIRD**
                                            1950 University Avenue, 5th Floor
14                                          East Palo Alto, CA 94303
                                            Telephone:   650-838-2000
15                                          Facsimile:   650-838-2001

16
                                            *Attorneys for*
17                                          *INTERVENOR-DEFENDANT UNITY*

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1

**CERTIFICATE OF SERVICE**

2       The undersigned certifies that the foregoing document was filed electronically in

3   compliance with Local Rule CV-5(a). As such, this document was served on all counsel

4   who have consented to electronic service on the date of filing.

5

6   Dated:  July 23, 2018

7

8                                   By:___/s/ Yitai Hu_____

9                                   Yitai Hu (SBN 248085)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28