Stacey H. Wang (SBN 245195)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
stacey.wang@hklaw.com

Michael B. Eisenberg (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Tel.: 212-513-3200
Facsimile: 212-385-9010
michael.eisenberg@hklaw.com

*Attorneys for Third-Party Defendant
Seoul Semiconductor Co., Ltd.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant, <br><br> v. <br><br> LG INNOTEK HUIZHOU CO., LTD., SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND UNITY MICROELECTRONICS, INC., <br><br> Third-Party Defendants. | Case No.: 2:18-cv-01390-DOC-RAOx <br> Assigned to: Hon. David O. Carter <br><br> **JOINT STIPULATION TO REQUEST STAY PENDING ARBITRATION** <br><br> Complaint Filed: June 22, 2018 |

# JOINT STIPULATION

This Stipulation is entered into by and between Third-Party Defendant Seoul Semiconductor Co., Ltd. ("SSC") and Plaintiff Nichia Corporation ("Nichia"), collectively "the Parties," by and through their respective counsel, and supported by the Declaration of Michael B. Eisenberg.

WHEREAS, on February 20, 2018, Nichia sued Defendant Feit Electric Co., Inc. ("Feit") in the United States District Court for the Central District of California for infringing U.S. Patent Nos. 8,530,250, 9,490,411, and 9,537,071 (the "Patents-in-Suit") (Dkt. No. 1);

WHEREAS, Feit filed a third-party complaint against SSC asserting a contractual obligation to defend any SSC-supplied LED Packages that are accused of infringement on June 22, 2018 (Dkt. No. 48);

WHEREAS, Feit has asserted a license defense in this litigation, on grounds that Nichia and SSC are parties to a written agreement entitled "Memorandum of Agreement" dated December 19, 2008 ("the MOA"), and pursuant to that agreement, all of the SSC LED Packages that are incorporated into the Feit Accused Products are licensed under the Patents-in-Suit;

WHEREAS, Nichia has alleged that not all SSC LED Packages constitute licensed packages under the MOA, and on that basis, requested discovery from SSC to determine whether the SSC LED Packages at issue in this litigation are licensed under the MOA;

WHEREAS, on January 22, 2019, the Special Master granted Nichia's request for discovery in part (Dkt. No. 171), however, Nichia believes that the provided discovery leaves the dispute unresolved;

WHEREAS, SSC and Nichia have agreed that further discovery should be taken in the course of the arbitration, as the MOA provides for arbitration of "any dispute, claim or controversy between the Parties arising out of or in connection with this MOA";

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

WHEREAS, on December 10, 2018, Seoul Semiconductor filed a Notice of Arbitration against Nichia before the International Center for Dispute Resolution, and Nichia submitted an Answer and Counterclaim on January 11, 2019;

WHEREAS, among the issues to be resolved during arbitration is whether the Seoul Semiconductor products at issue in this litigation constitute licensed products under the MOA;

THEREFORE, SSC requests a stay under Section 3 of the Federal Arbitration Act of all issues in this litigation related to SSC products until the conclusion of the arbitration, and Nichia does not oppose SSC's request;

ACCORDINGLY, the Parties hereby stipulate and request that the Court enter a stay of this action until the conclusion of the Parties' currently pending arbitration.

Dated: March 29, 2019

Respectfully submitted,
HOLLAND & KNIGHT LLP

By: /s/ *Michael B. Eisenberg*
Michael B. Eisenberg (*pro hac vice*)
Stacey H. Wang

*Attorneys for Third-Party Defendant Seoul Semiconductor Co., Ltd.*

Dated: March 29, 2019

ROTHWELL, FIGG, ERNST & MANBECK P.C.

By: /s/ *Jenny Colgate*
Robert P. Parker (*pro hac vice*)
Jenny L Colgate (*pro hac vice*)

*Attorneys for Plaintiff, Nichia Corporation*

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Stipulation, Michael B. Eisenberg, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

                                        /s/ *Michael Eisenberg*
                                        Michael B. Eisenberg

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

# PROOF OF SERVICE

State of California  )
                     )  ss.
County of Los Angeles )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On **March 29, 2019,** I served the document described as **JOINT STIPULATION TO REQUEST STAY PENDING ARBITRATION** on the interested parties in this action:

**[x] By Electronic Transfer to the CM/ECF System**

In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-3.2, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 29, 2019,** at Los Angeles, California.

                                             */s/ Elena Zyalyukova*
                                              Elena Zyalyukova

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

JOINT STIPULATION TO REQUEST STAY PENDING ARBITRATION