BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

KAL K. SHAH (*Pro Hac Vice*)
kshah@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Tel:  (312) 212-4979
Fax:  (312) 757-9192

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHIA CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>FEIT ELECTRIC CO., INC.,<br><br>    Defendant,<br><br>    and<br><br>UNITY MICROELECTRONICS, INC.<br><br>    Intervenor-Defendant. | Case No.  2:18-cv-01390-DOC-RAOx<br><br>**NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY**<br><br>Hearing Date: June 3, 2019<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9th Floor, 9D<br>Judge: David O. Carter<br>Complaint Filed:  February 20, 2018<br>Trial Date:  December 17, 2019 |

FEIT ELECTRIC CO., INC.

    Third-Party Plaintiff,

       v.

SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD.,

    Third-Party Defendants.

Plaintiff Nichia Corporation, Defendant Feit Electric, third-party Intervenor Unity Microelectronics, and third-party defendants Seoul Semiconductor Co., Ltd., Lumileds LLC and LG Innotek Huizhou Co., Ltd (collectively, the "Parties") hereby by agreement or without opposition respectfully move for a partial stay of this matter as set forth below.

This is a patent infringement action brought by Plaintiff Nichia Corporation ("Nichia") against Feit Electric based on patents relating to the manufacture and design of what are commonly referred to as "LED Packages." LED Packages are used in LED lighting products, such as LED lamps.

Feit Electric is a seller and distributor of LED lighting products. Feit Electric, however, does not manufacture or design the LED Packages used in its products. Feit Electric sources its LED Packages from the a number of suppliers, including suppliers such as Unity Microelectronics ("Unity"), Seoul Semiconductor Co., Ltd. ("SSC"), Lumileds LLC ("Lumileds") and LG Innotek Huizhou Co., Ltd ("LGITHZ"), among others. For this reason, Feit Electric sought to have its suppliers intervene or otherwise defend Feit Electric in this litigation.

Unity intervened, but SSC, Lumileds, and LGITHZ did not. As a result, Feit Electric also brought third-party complaints against SSC, Lumileds, and LGITHZ seeking indemnification and defense.

The Parties have engaged in various motions and cross-motions, and have been assisted in these proceedings by Hon. Irma Gonzalez as Special Master. More recently, at least two entities, Lumileds and SSC have begun separate arbitrations proceedings with

Nichia involving the LED packages at issue here.  As a result, Nichia stipulated it was no longer pursuing, and the Court ultimately dismissed, all claims by Nichia as to Feit Electric products with Lumileds LED Packages.  Similarly, Nichia formerly sought a stay as to its allegations with respect to Feit Electric products with SSC components; Feit Electric opposed that request and the request was denied.  Feit Electric believes that dismissal of such products is warranted and thus has brought a motion seeking the same (*see* Dkt. 198).

In the interim, the Parties have met and conferred and agreed that a stay as to Nichia's remaining claims against Feit Electric may further assist in resolution of some or all of the outstanding issues in the dispute between Nichia and Feit Electric.  Specifically, it would allot adequate time for the Parties to engage in discussions and a possible mediation process in an attempt to resolve all of the claims at issue.

A district court's power to stay proceedings is well-established and "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Alter v. Walt Disney Co.*, No. CV 16-06644 SJO (Ex), 2016 WL 9455627, *2 (C.D. Cal.) (*quoting Shipley v. U.S.*, 608 F.2d 770, 775 (9th Cir. 1979)).  The Court has "broad discretion" to decide whether a stay is warranted.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  When deciding whether to grant a stay, "the competing interests which will be affected by the granting or refusal to grant a stay must be weighed" by the Court as follows: "[1] the possible damage which may result from the granting of a stay, [2] the hardship or

inequity which a party may suffer in being required to go forward, and [3] the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Alter,* 2016 WL 9455627, *2 (*quoting CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

These factors weigh in favor of a stay in this case. The various concurrent proceedings and anticipated discussions, including through mediation, will potentially simplify the issues and streamline the matter. The stay will further reduce the burden of litigation on the parties and on the Court as certain issues, like claim construction, to which the Court and the parties would have to devote substantial resources, but that ultimately might be unnecessary (or further limited) through discussions at mediation. And, there is no prejudice here as the Parties jointly seek or otherwise do not oppose the sought stay as to the claims between Nichia and Feit Electric.

Therefore, as is set forth in the attached order, the Parties believe that the interests of judicial economy and efficiency would be served by staying this action as follows:

- Nichia's affirmative claims and Feit Electric's corresponding defenses, except as set forth herein, shall be stayed pending the anticipated discussion and potential mediation process;

- Nichia and Feit Electric agree to participate in direct discussions, including, if necessary, a mediation, at a mutually agreeable date and time in an effort to resolve this dispute;

- absent earlier, independent resolution of claims relating to Unity or LGITHZ, Unity and LGITHZ agree to also participate, as needed, in direct discussions and any mediation between Nichia and Feit Electric as to those products at issue with each entity's respective components. To that end, Unity and LGITHZ agree that each will have a representative with settlement authority participate in the direction discussions and any mediation session on a mutually agreeable date(s);

- the stay does not and shall not apply to Feit Electric's pending and fully briefed motion seeking dismissal with prejudice of Nichia claims against Feit Electric products incorporating SSC LED packages (Dkt. 198 and corresponding filings);

- the stay does not and shall not apply to Feit Electric's third-party impleader complaints against Lumileds, LGITHZ, and Seoul Semiconductor; however, the parties shall remain open to the possibility of resolution of these claims through direct discussions, mediation, and/or a similarly agreed upon process; and

- the stay shall not preclude Feit Electric from impleading further third-party suppliers whose participation may be required as a result of a duty to defend or indemnify, nor shall the stay prevent any such entity from intervening based on a duty to defend or indemnify.

All parties, including the Intervenor Defendant and third-party Defendants, were consulted regarding this motion. Intervenor Unity and third-party Defendant LGITHZ do not oppose. Third party Defendants Lumileds and SSC, while not in agreement with all statements herein, also do not oppose the requested stay. Accordingly Plaintiff Nichia and Defendant Feit Electric respectfully and submit this motion for partial stay as set forth above.

Dated: April 30, 2019

By: /s/ Jenny L. Colgate

**SNELL & WILMER L.L.P**
WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
DEBORAH MALLGRAVE (SBN 198603)
dmallgrave@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

**ROTHWELL, FIGG, ERNST & MANBECK P.C.**
ROBERT P. PARKER (pro hac vice)
rparker@rfem.com
MARTIN M. ZOLTICK (pro hac vice)
mzoltick@rfem.com
STEVEN WEIHROUCH (pro hac vice)
sweihrouch@rfem.com
JENNY COLGATE (pro hac vice)
jcolgate@rfem.com
MICHAEL JONES (pro hac vice)
mjones@rfem.com
DANIEL R. MCCALLUM (pro hac vice)
dmccallum@rfem.com
MARK RAWLS (pro hac vice)
mrawls@rfem.com

| | |
|---|---|
| 1 | D. LAWSON ALLEN (pro hac vice) |
| | lallen@rfem.com |
| 2 | ROTHWELL, FIGG, ERNST & MANBECK P.C. |
| 3 | 607 14th Street N.W., Suite 800 |
| | Washington, DC 20005 |
| 4 | Telephone: (202) 783-6040 |
| 5 | Facsimile: (202) 783-6031 |
| 6 | *Attorneys for Plaintiff Nichia Corporation* |
| 7 | |
| 8 | |
| 9 | */s/ Kal K. Shah* |
| | Kal K. Shah (Pro Hac Vice) |
| 10 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| | 333 West Wacker Drive, Suite 1900 |
| 11 | Chicago, IL 60606 |
| | Tel: (312) 212-4979 |
| 12 | Fax: (312) 757-9192 |
| | kshah@beneschlaw.com |
| 13 | |
| 14 | BRIAN LEDAHL (SBN 186579) |
| | bledahl@raklaw.com |
| 15 | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Boulevard, 12th Floor |
| 16 | Los Angeles, CA 90025 |
| | Tel: (310) 826-7474 |
| 17 | Fax: (310) 826-6991 |
| 18 | *Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing *JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY* with the Clerk of Court using CM/ECF, which will send notification via electronic means to the counsel of record believed to be:

William S O'Hare, Jr
  wohare@swlaw.com
Deborah S Mallgrave
  dmallgrave@swlaw.com
**SNELL AND WILMER LLP**
600 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-7689
Tel:  714-427-7000

Robert P. Parker (Pro Hac Vice)
  rparker@rfem.com
Martin M. Zoltick (Pro Hac Vice)
  mzoltick@rfem.com
Steven Weihrouch (Pro Hac Vice)
  sweihrouch@rfem.com
Jenny Colgate (Pro Hac Vice)
  jcolgate@rfem.com
Michael Jones (Pro Hac Vice)
  mjones@rfem.com
Daniel R. Mccallum (Pro Hac Vice)
  dmccallum@rfem.com
Nechama Potasnick (Pro Hac Vice)
  npotasnick@rfem.com
Mark Rawls (Pro Hac Vice)
  mrawls@rfem.com
**ROTHWELL, FIGG, ERNST & MANBECK P.C.**
607 14th Street N.W. – Suite 800
Washington, DC 20005
Telephone: (202) 783-6040

*Attorneys for Plaintiff Nichia Corporation*

Yitai Hu
  yitai.hu@wsgr.com
Lenny Huang
  lenny.huang@wsgr.com
Jennifer Liu
  celine.liu@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Tel:  650-493-9300

*Attorneys for Intervenor-Defendant Unity Microelectronics, Inc.*


Edward D. Johnson
  wjohnson@mayerbrown.com
Michael A. Molano
  mmolano@mayerbrown.com
Cliff A. Maier
  cmaier@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Pal Alto, CA 94306-2112
Tel:  650-331-2000

Evan Wooten
  ewooten@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel:  650-331-2000

*Attorneys for Third-Party Defendant Lumileds LLC*

| | |
|---|---|
| Michael Bradley Eisenberg<br>  michael.eisenberg@hklaw.com<br>**HOLLAND AND KNIGHT LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: 212-513-3200<br>Fax: 212-385-9010<br>*PRO HAC VICE* | Andrew V Devkar<br>  andrew.devkar@morganlewis.com<br>**MORGAN LEWIS AND BOCKIUS LLP**<br>2049 Century Park East Suite 700<br>Los Angeles, CA 90067-3109<br>Tel: (310) 907-1000<br>Fax: (310) 907-1001 |
| ***Attorneys for Third-Party Defendant Seoul Semiconductor Co., Ltd.*** | ***Attorney for Third-Party Defendant LG Innotek Huizhou Co., Ltd.***<br><br>  */s/ Kal K. Shah*<br>  Kal K. Shah (*Pro Hac Vice*) |

---

NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY;
Case No. 2:18-cv-01390-DOC-RAOx