1  BRIAN LEDAHL (SBN 186579)
   bledahl@raklaw.com
2  RUSS AUGUST & KABAT
   12424 Wilshire Boulevard, 12th Floor
3  Los Angeles, CA 90025
   Tel: (310) 826-7474
4  Fax: (310) 826-6991

5  KAL K. SHAH (*Pro Hac Vice*)
   kshah@beneschlaw.com
6  BENESCH, FRIEDLANDER, COPLAN
      & ARONOFF LLP
7  333 West Wacker Drive, Suite 1900
   Chicago, IL 60606
8  Tel:  (312) 212-4979
   Fax:  (312) 757-9192
9

10

11 *Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

12 **IN THE UNITED STATES DISTRICT COURT**
13 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHIA CORP.,<br><br>Plaintiff,<br><br>v.<br><br>FEIT ELECTRIC CO., INC.,<br><br>Defendant,<br><br>and<br><br>UNITY MICROELECTRONICS, INC.<br><br>Intervenor-Defendant. | Case No.  2:18-cv-01390-DOC-RAOx<br><br>**NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY OF THIRD-PARTY ACTIONS**<br><br>Hearing Date: August 26, 2019<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9th Floor, 9D<br>Judge: David O. Carter<br>Special Master: Irma Gonzalez<br>Complaint Filed:  February 20, 2018<br>Trial Date:  December 17, 2019 |

FEIT ELECTRIC CO., INC.

    Third-Party Plaintiff,

        v.

SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD.,

    Third-Party Defendants.

Defendant/Third-Party Plaintiff Feit Electric Co., Inc. ("Feit Electric") and Third-Party Defendants, Seoul Semiconductor Co., Ltd. ("SSC"), Lumileds LLC ("LL") and LG Innotek Huizhou Co., Ltd ("LGITHZ") (collectively, the "Parties") hereby by agreement or without opposition respectfully move for a partial stay of this matter as set forth below.

This is a patent infringement action brought by Plaintiff Nichia Corporation ("Nichia") against Feit Electric based on patents relating to the manufacture and design of what are commonly referred to as "LED Packages." LED Packages are used in LED lighting products, such as LED lamps.

In addition to the infringement claim brought by Nichia, Feit Electric also brought third-party claims against SSC, LL, and LGITHZ. In those actions, Feit Electric asserts claims of defense and indemnity against the Third-Party Defendants based on their supply of LED Packages to Feit Electric.

On or about May 7, 2019, Nichia and Feit Electric requested and subsequently obtained a partial stay of Nichia's affirmative claims pending anticipated discussion and mediation. (*See* Dkt. 218). That partial stay specifically did not apply to Feit Electric's third-party impleader actions against the Third-Party Defendants.

The Parties have since met and conferred and agreed that a stay as to Feit Electric's claims against the Third-Party Defendants may further assist in resolution of some or all of the outstanding issues in the dispute between the Parties. Specifically, it would allot

adequate time for the Parties to engage in discussions and a possible mediation process concurrent with the mediation between Nichia and Feit Electric so as to potentially facilitate a global resolution of all claims.

A district court's power to stay proceedings is well-established and "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Alter v. Walt Disney Co.*, No. CV 16-06644 SJO (Ex), 2016 WL 9455627, *2 (C.D. Cal.) (*quoting Shipley v. U.S.*, 608 F.2d 770, 775 (9th Cir. 1979)). The Court has "broad discretion" to decide whether a stay is warranted. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). When deciding whether to grant a stay, "the competing interests which will be affected by the granting or refusal to grant a stay must be weighed" by the Court as follows: "[1] the possible damage which may result from the granting of a stay, [2] the hardship or inequity which a party may suffer in being required to go forward, and [3] the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Alter,* 2016 WL 9455627, *2 (*quoting CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

These factors weigh in favor of a stay in this case. The various concurrent proceedings and anticipated discussions, including through mediation, will potentially simplify the issues and streamline the matter. The stay will further reduce the burden of litigation on the parties and on the Court as certain issues, such as depositions, require

international travel and may cause undue disruption. Such efforts would also require substantial resources that could be devoted to resolution efforts. And, there is no prejudice here as the Parties jointly seek or otherwise do not oppose the stay sought herein as to the claims between Feit Electric and the Third-Party Defendants.

Therefore, as is set forth in the attached order, the Parties believe that the interests of judicial economy and efficiency would be served by staying this action as follows:

- Feit Electric's Third-Party Impleader claims and the Third-Party Defendants' corresponding defenses, except as set forth herein, are stayed pending the current arbitration proceedings involving Plaintiff Nichia, anticipated discussion and potential mediation process;

- Feit Electric and the Third-Party Defendants shall participate in direct discussions and, if necessary, mediation at mutually agreeable date(s) in an effort to resolve this dispute;

- the stay shall not preclude Feit Electric from impleading further third-party suppliers whose participation may be required as a result of a duty to defend or indemnify, nor shall the stay prevent any such entity from intervening based on a duty to defend or indemnify; and

- the Parties shall provide a status update to the Court every sixty-days in the same cycle as that required for the corresponding stay regarding the claims between Nichia and Feit Electric.

All Third-Party Defendants were consulted regarding this motion. The Third-Party Defendants do not oppose the requested stay. Accordingly Defendant/Third-Party Plaintiff Feit Electric and the Third-Party Defendants respectfully submit this motion for partial stay as set forth above.

Dated: July 24, 2019

By: /s/ *Andrew V. Devkar* (via e-mail)

Andrew V Devkar
  andrew.devkar@morganlewis.com
**MORGAN LEWIS AND BOCKIUS LLP**
2049 Century Park East Suite 700
Los Angeles, CA 90067-3109
Tel: (310) 907-1000
Fax: (310) 907-1001

*Attorney for Third-Party Defendant LG Innotek Huizhou Co., Ltd.*

By: /s/ *Cliff A. Maier* (via e-mail)

Edward D. Johnson
  wjohnson@mayerbrown.com
Michael A. Molano
  mmolano@mayerbrown.com
Cliff A. Maier
  cmaier@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Pal Alto, CA 94306-2112
Tel: 650-331-2000

Evan Wooten
  ewooten@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel: 650-331-2000

*Attorneys for Third-Party Defendant Lumileds LLC*

By: */s/ Michael B. Eisenberg* (via e-mail)

Michael Bradley Eisenberg (Pro Hac Vice)
 michael.eisenberg@hklaw.com
**HOLLAND AND KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
Tel: 212-513-3200
Fax: 212-385-9010

*Attorney for Third-Party Defendant Seoul Semiconductor Co., Ltd.*


By: */s/ Kal. K. Shah*

Kal K. Shah (Pro Hac Vice)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Tel: (312) 212-4979
Fax: (312) 757-9192
kshah@beneschlaw.com

Brian Ledahl (SBN 186579)
bledahl@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY OF THIRD-PARTY ACTIONS;
Case No. 2:18-cv-01390-DOC-RAOx

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing *JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY OF THIRD-PARTY ACTIONS* with the Clerk of Court using CM/ECF, which will send notification via electronic means to the counsel of record believed to be:

William S O'Hare, Jr
  wohare@swlaw.com
Deborah S Mallgrave
  dmallgrave@swlaw.com
**SNELL AND WILMER LLP**
600 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-7689
Tel: 714-427-7000

Robert P. Parker (Pro Hac Vice)
  rparker@rfem.com
Martin M. Zoltick (Pro Hac Vice)
  mzoltick@rfem.com
Steven Weihrouch (Pro Hac Vice)
  sweihrouch@rfem.com
Jenny Colgate (Pro Hac Vice)
  jcolgate@rfem.com
Michael Jones (Pro Hac Vice)
  mjones@rfem.com
Daniel R. Mccallum (Pro Hac Vice)
  dmccallum@rfem.com
Nechama Potasnick (Pro Hac Vice)
  npotasnick@rfem.com
Mark Rawls (Pro Hac Vice)
  mrawls@rfem.com
**ROTHWELL, FIGG, ERNST & MANBECK P.C.**
607 14th Street N.W. – Suite 800
Washington, DC 20005
Telephone: (202) 783-6040

*Attorneys for Plaintiff Nichia Corporation*

Yitai Hu
  yitai.hu@wsgr.com
Lenny Huang
  lenny.huang@wsgr.com
Jennifer Liu
  celine.liu@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Tel: 650-493-9300

*Attorneys for Intervenor-Defendant Unity Microelectronics, Inc.*

Edward D. Johnson
  wjohnson@mayerbrown.com
Michael A. Molano
  mmolano@mayerbrown.com
Cliff A. Maier
  cmaier@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Pal Alto, CA 94306-2112
Tel: 650-331-2000

Evan Wooten
  ewooten@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel: 650-331-2000

*Attorneys for Third-Party Defendant Lumileds LLC*

---

NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY OF THIRD-PARTY ACTIONS;
Case No. 2:18-cv-01390-DOC-RAOx

| | |
|---|---|
| Michael Bradley Eisenberg<br>  michael.eisenberg@hklaw.com<br>**HOLLAND AND KNIGHT LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: 212-513-3200<br>Fax: 212-385-9010<br>*PRO HAC VICE*<br><br>***Attorneys for Third-Party Defendant Seoul Semiconductor Co., Ltd.*** | Andrew V Devkar<br>  andrew.devkar@morganlewis.com<br>**MORGAN LEWIS AND BOCKIUS LLP**<br>2049 Century Park East Suite 700<br>Los Angeles, CA 90067-3109<br>Tel: (310) 907-1000<br>Fax: (310) 907-1001<br><br>***Attorney for Third-Party Defendant LG Innotek Huizhou Co., Ltd.*** |

                                  */s/ Kal K. Shah*
                                Kal K. Shah (*Pro Hac Vice*)

NOTICE OF MOTION AND JOINT AND UNOPPOSED MOTION FOR A PARTIAL STAY OF THIRD-PARTY ACTIONS;
Case No. 2:18-cv-01390-DOC-RAOx