1  BRIAN LEDAHL (SBN 186579)
   bledahl@raklaw.com
2  RUSS AUGUST & KABAT
   12424 Wilshire Boulevard, 12th Floor
3  Los Angeles, CA 90025
   Tel: (310) 826-7474
4  Fax: (310) 826-6991

5  KAL K. SHAH (*Pro Hac Vice*)
   kshah@beneschlaw.com
6  BENESCH, FRIEDLANDER, COPLAN
     & ARONOFF LLP
7  71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
8  Tel:  (312) 212-4979
   Fax:  (312) 757-9192
9

10

11  *Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

12              **IN THE UNITED STATES DISTRICT COURT**
13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14  NICHIA CORP.,                          Case No.  2:18-cv-01390-DOC-RAOx

15          Plaintiff,                     **JOINT STIPULATION REGARDING**
                                           **EXTENSION TO SUPPLEMENT**
16          v.                             **EXISTING WRITTEN DISCOVERY**
                                           **AND DOCUMENT PRODUCTION**
17  FEIT ELECTRIC CO., INC.,

18          Defendant,

19                                         Judge: David O. Carter
            and                            Special Master: Irma Gonzalez
20
21  UNITY MICROELECTRONICS, INC.

22          Intervenor-Defendant.

23

24

25

26

27

28

FEIT ELECTRIC CO., INC.

     Third-Party Plaintiff,

          v.

SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD.,

     Third-Party Defendants.

JOINT STIPULATION REGARDING EXTENSION TO SUPPLEMENT EXISTING WRITTEN DISCOVERY AND DOCUMENT PRODUCTION;
Case No. 2:18-cv-01390-DOC-RAOx

This Stipulation is entered into by and between Plaintiff Nichia Corporation ("Nichia") and Defendant/Third-Party Plaintiff Feit Electric Co., Inc. ("Feit Electric") and by and between Feit Electric and Third-Party Defendants, Seoul Semiconductor Co., Ltd. ("SSC"), Lumileds LLC ("LL") and LG Innotek Huizhou Co., Ltd ("LGITHZ") (collectively, the "Third-Party Defendants"), by and through their respective counsel.

WHEREAS, the Court entered a Joint Amended Scheduling Order on April 14, 2021 (Dkt. No. 264) ("Scheduling Order"), setting, among other things, a deadline for all Parties to supplement existing written discovery and document production by May 27, 2021;

WHEREAS, settlement negotiations between Nichia and Feit Electric have progressed since the Court entered the Scheduling Order.  Specifically, revisions to a draft settlement agreement were sent by Feit Electric to Nichia on May 21, 2021, with comments and edits to be provided by Nichia by June 7, 2021;

WHEREAS, in light of the parties' ongoing settlement negotiations, Nichia and Feit Electric have agreed that an extension as to their deadline to supplement existing written discovery and document production may further assist in resolution of some or all of the outstanding issues in the dispute between them.  Specifically, extending the deadline, as between Nichia and all other Parties, until June 15, 2021, would allow for Nichia and Feit Electric to engage in additional settlement negotiations and a possible

resolution of Nichia's claims against Feit Electric[1];

WHEREAS, concurrent with the negotiations between Nichia and Feit Electric, Feit Electric and the Third-Party Defendants have agreed that an extension as to their deadline to supplement existing written discovery and document production may potentially facilitate a global resolution of all claims.  Specifically, extending the deadline, as between Feit Electric and the Third-Party Defendants, until June 30, 2021, would allow for Nichia and Feit Electric to engage in additional settlement negotiations, and in turn, provide further time for a possible resolution of Feit Electric's claims against the Third-Party Defendants;

WHEREAS, the extension will further reduce the burden of litigation on the Parties and on the Court.  And, there is no prejudice here as the Parties jointly seek the extension sought herein.

NOW, THEREFORE, as is set forth in the attached order, the Parties, by and through their respective undersigned counsel of record, hereby stipulate that the interests of judicial economy and efficiency would be served by extending the Scheduling Order as follows:

- The deadline to supplement existing written discovery and document productions between Nichia and all other Parties is extended until and

---

[1] Nichia and Feit Electric have also discussed the extension of the deadline for exchange of claim terms, proposed constructions, and supporting intrinsic and extrinsic evidence, Nichia's counsel does not currently have authority to agree to extend that date.

through June 15, 2021;

- The deadline for Feit Electric and the Third-Party Defendants to supplement existing written discovery and document productions served by and to each other is extended until and through June 30, 2021; and

- This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

Dated:  May 27, 2021

By: /s/ *Jenny L. Colgate*

William S. O'Hare (SBN 82562)
wohare@swlaw.com
Elizabeth M. Weldon (SBN 223452)
eweldon@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
Telephone:   (714) 427-7000
Facsimile:   (714) 427-7799

Robert P. Parker (*pro hac vice*)
rparker@rfem.com
Martin M. Zoltick (*pro hac vice*)
mzoltick@rfem.com
Steven Weihrouch (*pro hac vice*)
sweihrouch@rfem.com
Jenny L. Colgate (*pro hac vice*)
jcolgate@rfem.com
Michael Jones (*pro hac vice*)
mjones@rfem.com
Daniel R. McCallum (*pro hac vice*)
dmccallum@rfem.com
Mark Rawls (*pro hac vice*)
mrawls@rfem.com

**ROTHWELL, FIGG,**
**ERNST & MANBECK P.C.**
607 14th Street N.W. – Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040
Facsimile:  (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

By:  /s/ *Andrew V. Devkar*

Andrew V Devkar (SBN 228809)
andrew.devkar@morganlewis.com
**MORGAN LEWIS AND BOCKIUS LLP**
2049 Century Park East Suite 700
Los Angeles, CA 90067-3109
Tel:   (310) 907-1000
Fax:  (310) 907-1001

*Attorney for Third-Party Defendant LG Innotek Huizhou Co., Ltd.*

By:  /s/ *Michael A. Molano*

Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Michael A. Molano (SBN 171057)
mmolano@mayerbrown.com
Cliff A. Maier (SBN 248858)
cmaier@mayerbrown.com
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Pal Alto, CA 94306-2112
Tel:  (650) 331-2000

Evan Wooten (SBN 247340)
ewooten@mayerbrown.com
**MAYER BROWN LLP**
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Tel:  (650) 331-2000

*Attorneys for Third-Party Defendant Lumileds LLC*

By:  */s/ Michael B. Eisenberg*

Michael Bradley Eisenberg (*pro hac vice*)
michael.eisenberg@steptoe.com
**STEPTOE AND JOHNSON LLP**
114 Avenue of the Americas, 35th Floor
New York, NY 10036
Tel:   (212) 506-3931
Fax:  (212) 506-3950

Anna M. Targowska (*pro hac vice*)
atargowska@steptoe.com
**STEPTOE AND JOHNSON LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel:   (312) 577-1300
Fax:  (312) 577-1370

Robyn C. Crowther (SBN 193840)
rcrowther@steptoe.com
**STEPTOE AND JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel:   (213) 439-9428
Fax:  (213) 439-9599

Stacey Hsiang Chun Wang (SBN 245195)
stacey.wang@hklaw.com
**HOLLAND AND KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel:  (213) 896-2400
Fax: (213) 896-2450

***Attorney for Third-Party Defendant Seoul Semiconductor Co., Ltd.***

By: _/s/ Kal K. Shah_

Kal K. Shah (*pro hac vice*)
kshah@beneschlaw.com
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 212-4979
Fax:  (312) 757-9192

Michael S. Weinstein (*pro hac vice*)
mweinstein@beneschlaw.com
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel:  (216) 363-6228
Fax:  (216) 363-4588

Brian Ledahl (SBN 186579)
bledahl@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

***Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Kal K. Shah*
Kal K. Shah (*Pro Hac Vice)*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this JOINT STIPULATION REGARDING EXTENSION TO SUPPLEMENT EXISTING WRITTEN DISCOVERY AND DOCUMENT PRODUCTION was filed on May 27, 2021, using the electronic case filing (CM/ECF) system for the Central District of California, which will send notification of such filing to all counsel of record.

/s/ Kal K. Shah
Kal K. Shah (*Pro Hac Vice*)