WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH M. WELDON (SBN 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA  92626
Telephone:  (714) 427-7000

ROBERT P. PARKER (*pro hac vice*)
rparker@rfem.com
MARTIN M. ZOLTICK (*pro hac vice*)
mzoltick@rfem.com
STEVEN WEIHROUCH (*pro hac vice*)
sweihrouch@rfem.com
JENNY COLGATE (*pro hac vice*)
jcolgate@rfem.com
MICHAEL JONES (*pro hac vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*pro hac vice*)
dmccallum@rfem.com
MARK RAWLS (*pro hac vice*)
mrawls@rfem.com
D. LAWSON ALLEN (pro hac vice)
lallen@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK P.C.
607 14th Street N.W. – Suite 800
Washington, DC 20005
Telephone:  (202) 783-6040

*Attorneys for Plaintiff Nichia Corporation*

## IN THE UNITED STATE DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant. <br><br> and <br><br> UNITY MICROELECTRONICS, INC., <br><br> Intervenor-Defendant. | Case No. 2:18-cv-01390-DOC-RAOx <br><br> **JOINT STIPULATION REGARDING EXTENSION OF FILING DEADLINE FOR DISCOVERY MOTIONS ON WRITTEN DISCOVERY AND DOCUMENT PRODUCTION** <br><br> Judge:  Hon. David. O. Carter <br> Special Master:  Hon. Irma Gonzalez |

1

FEIT ELECTRIC CO., INC.,

2

      Third-Party Plaintiff,

3

      v.

4

SEOUL SEMICONDUCTOR CO., LTD.,
LUMILEDS LLC, AND LG INNOTEK
HUIZHOU CO., LTD.,

5

6

      Third-Party Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This stipulation is entered into by and between Plaintiff Nichia Corporation ("Nichia") and Defendant/Third-Party Plaintiff Feit Electric Co., Inc. ("Feit Electric") and Third-Party Defendants, LG Innotek Huizhou Co., Ltd., and Unity Microelectronics, Inc. (collectively with Feit Electric, "Defendants"), by and through respective counsel.

WHEREAS, the Court entered a Joint Amended Scheduling Order on April 14, 2021 (Dkt. No. 264) ("Scheduling Order"), setting, among other things, a deadline of May 27, 2021 for the parties to supplement existing written discovery and document production; a fact discovery deadline of July 30, 2021 for written discovery and document production (not depositions); and a filing deadline of August 13, 2021 for discovery motions on written discovery and document production;

WHEREAS, the parties previously stipulated to, and the Court ordered, an extension of the deadline for supplementing existing written discovery and document production, such that the deadline was extended from May 27, 2021 to June 15, 2021, with respect to discovery between Nichia and all other Parties;

WHEREAS, there is a disagreement at least as between Nichia and Feit Electric as to whether the June 15, 2021 deadline required the parties to supplement all prior written discovery and document productions, and to-date, Feit Electric and Unity Microelectronics, Inc. have not yet completed supplementation of prior written discovery and document productions, and at least Feit Electric represents that it intends to do so by no later than July 30, 2021;

WHEREAS, in an effort to resolve the parties' dispute and avoid burdening the Court with discovery conflicts, Nichia and Defendants have agreed to extend the filing deadline for discovery motions on written discovery and document productions such that the parties may raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than August 31, 2021;

WHEREAS, the extension will further reduce the burden of litigation on the parties and the Court, and there is no prejudice that will result as the parties jointly seek the extension sought herein.

NOW, THEREFORE, as is set forth in the attached order, the Parties, by and through their respective undersigned counsel of record, hereby stipulate that the interests of judicial economy and efficiency would be served by extending the Scheduling Order as follows:

- The August 13, 2021 filing deadline for discovery Motions on written discovery and document production will be extended to allow the parties to raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than August 31, 2021; and

- This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

Dated: July 20, 2021             By: /s/  Elizabeth M. Weldon

SNELL & WILMER L.L.P.
WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH WELDON (SBN 223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROTHWELL, FIGG, ERNST & MANBECK P.C.
ROBERT P. PARKER (pro hac vice)
rparker@rfem.com
MARTIN M. ZOLTICK (pro hac vice)
mzoltick@rfem.com
STEVEN WEIHROUCH (pro hac vice)
sweihrouch@rfem.com
JENNY COLGATE (pro hac vice)
jcolgate@rfem.com
MICHAEL JONES (pro hac vice)
mjones@rfem.com
DANIEL R. MCCALLUM (pro hac vice)
dmccallum@rfem.com
MARK RAWLS (pro hac vice)
mrawls@rfem.com
D. LAWSON ALLEN (pro hac vice)
lallen@rfem.com

ROTHWELL, FIGG, ERNST &MANBECK P.C.
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
*Attorneys for Plaintiff,*
*Nichia Corporation*

Dated: July 20, 2021        By: */s/Michael S. Weinstein*

Kal K. Shah (Pro Hac Vice)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4979
Facsimile: (312) 757-9192
kshah@beneschlaw.com

Michael S. Weinstein (Pro Hac Vice)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4407
Facsimile: (216) 363-4588
mweinstein@beneschlaw.com

BRIAN LEDAHL
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Defendant,*
*Feit Electric Co., Inc.*

Dated: July 20, 2021        By: */s/Elizabeth H. Rader*

Elizabeth H. Rader (SBN 184963)
Calliope Legal
Box 1041
3750 Olney Laytonsville Road

- 5 -

Olney, MD  20832
(202) 400-1003
(650) 346-9926
elizabeth@calliopelaw.com

*Attorney for Defendant-Intervenor,*
*Unity Microelectronics, Inc.*

Dated: July 20, 2021           By: */s/Andrew V. Devkar*

Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001

*Attorneys for Third-Party Defendant,*
*LG Innotek Huizhou Co., Ltd.*

4837-6374-3218.1

## ATTORNEY ATTESTATION

I, Elizabeth M. Weldon, am the ECF User whose ID and password are being used to file this stipulation.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 20, 2021                    SNELL & WILMER L.L.P.

By: */s/ Elizabeth M. Weldon*
Elizabeth M. Weldon
Attorneys for Plaintiff Nichia
Corporation