# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant, <br><br> and <br><br> UNITY MICROELECTRONICS, INC. <br><br> Intervenor-Defendant. | Case No. 2:18-cv-01390-DOC-RAOx <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF FILING DEADLINE FOR DISCOVERY MOTIONS ON WRITTEN DISCOVERY AND DOCUEMTN PRODUCTION** <br><br> Judge: David O. Carter <br> Special Master: Irma Gonzalez |
| FEIT ELECTRIC CO., INC. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD., <br><br> Third-Party Defendants. | |

1

Now before this Court is the Joint Stipulation Regarding Extension of Filing Deadline for Discovery Motions on Written Discovery and Document Production (the "Stipulation").  Having considered the Stipulation and finding good cause, **IT IS HEREBY ORDERED** that:

The August 13, 2021 filing deadline for discovery Motions on written discovery and document production will be extended to allow the parties to raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than August 31, 2021; and

This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

IT IS SO ORDERED.

Dated: _____  _____
Hon. David O. Carter
U.S. District Judge

4847-1644-0050.1