BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

KAL K. SHAH (*Pro Hac Vice*)
kshah@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 212-4979
Fax: (312) 767-9192

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant, <br><br> and <br><br> UNITY MICROELECTRONICS, INC. <br><br> Intervenor-Defendant. | Case No. 2:18-cv-01390-DOC-RAOx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF FACT DISCOVERY DEADLINES AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF FEIT ELECTRIC CO., INC. AND THIRD-PARTY DEFENDANTS** [277] <br><br> Judge: David O. Carter <br> Special Master: Irma Gonzalez |

| | |
|---|---|
| 1 | FEIT ELECTRIC CO., INC. |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD., |
| 6 | |
| 7 | |
| 8 | Third-Party Defendants. |

Now before this Court is the Joint Stipulation Regarding Extension of Fact Discovery Deadlines as Between Defendant/Third-Party Plaintiff Feit Electric Co., Inc. and Third-Party Defendants (the "Stipulation"). Having considered the Stipulation and finding good cause, **IT IS HEREBY ORDERED** that:

The deadline to complete existing written discovery and document productions responsive to previously-served discovery requests, as between Defendant/Third-Party Plaintiff Feit Electric Co., Inc. and Third-Party Defendants Seoul Semiconductor Co., Ltd., Lumileds LLC, and LG Innotek Huizhou Co., Ltd., is extended until and through August 30, 2021;

The filing deadline for discovery Motions on existing written discovery and document production responsive to previously-served discovery requests will be extended to allow Feit Electric and Third-Party Defendants Seoul Semiconductor Co., Ltd., Lumileds LLC, and LG Innotek Huizhou Co., Ltd. to raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than September 13, 2021; and

This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

**IT IS SO ORDERED**.

Dated: July 30, 2021

_____
Hon. David O. Carter
U.S. District Judge