BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

KAL K. SHAH (*Pro Hac Vice*)
kshah@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel:  (312) 212-4979
Fax:  (312) 757-9192

Michael S. Weinstein (*Pro Hac Vice*)
mweinstein@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

# IN THE UNITED STATE DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., | Case No. 2:18-cv-01390-DOC-RAOx |
| Plaintiff, | |
| v. | **JOINT STIPULATION REGARDING EXTENSION OF FILING DEADLINE FOR DISCOVERY MOTIONS ON WRITTEN DISCOVERY AND DOCUMENT PRODUCTION** |
| FEIT ELECTRIC CO., INC., | |
| Defendant. | |
| and | |
| UNITY MICROELECTRONICS, INC., | Judge:  Hon. David. O. Carter |
| Intervenor-Defendant. | Special Master:  Hon. Irma Gonzalez |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEIT ELECTRIC CO., INC.,

      Third-Party Plaintiff,

      v.

SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD.,

      Third-Party Defendants.

This stipulation is entered into by and between Plaintiff Nichia Corporation ("Nichia") and Defendant/Third-Party Plaintiff Feit Electric Co., Inc. ("Feit Electric") (collectively, "the Parties"), by and through respective counsel.

WHEREAS, the Court entered a Joint Amended Scheduling Order on April 14, 2021 (Dkt. No. 264) ("Scheduling Order"), setting, among other things, a filing deadline of August 13, 2021 for discovery motions on written discovery and document production;

WHEREAS, the Parties previously stipulated to, and the Court ordered, an extension of the deadline for filing deadline for discovery motions on written discovery and document productions such that the Parties may raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than August 31, 2021;

WHEREAS, settlement negotiations between Nichia and Feit Electric continue to progress with revisions to a draft settlement agreement sent by Feit Electric to Nichia on August 17, 2021;

WHEREAS, in light of the Parties' ongoing settlement negotiations and in an effort to otherwise allow the Parties to resolve their disputes without burdening the Court with discovery conflicts, Nichia and Feit Electric have agreed to extend the filing deadline for discovery motions on written discovery and document productions such that the Parties may raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than September 30, 2021;

WHEREAS, the extension will further reduce the burden of litigation on the Parties and the Court, and there is no prejudice that will result as the Parties jointly seek the extension sought herein.

NOW, THEREFORE, as is set forth in the attached order, the Parties, by and through their respective undersigned counsel of record, hereby stipulate that the interests of judicial economy and efficiency would be served by extending the Scheduling Order as follows:

- The August 31, 2021 filing deadline for discovery Motions on written discovery and document production will be extended to allow the Parties to raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than September 30, 2021; and

- This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

Dated: August 26, 2021                    By: /s/   *Jenny Colgate (with permission)*

WILLIAM S. O'HARE (SBN 82562)
wohare@swlaw.com
ELIZABETH WELDON (SBN 223452)
eweldon@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

ROBERT P. PARKER (*Pro Hac Vice*)
rparker@rfem.com
MARTIN M. ZOLTICK (*Pro Hac Vice*)
mzoltick@rfem.com
STEVEN WEIHROUCH (*Pro Hac Vice*)
sweihrouch@rfem.com
JENNY COLGATE (*Pro Hac Vice*)
jcolgate@rfem.com
MICHAEL JONES (*Pro Hac Vice*)
mjones@rfem.com
DANIEL R. MCCALLUM (*Pro Hac Vice*)
dmccallum@rfem.com
MARK RAWLS (*Pro Hac Vice*)
mrawls@rfem.com
D. LAWSON ALLEN (*Pro Hac Vice*)
lallen@rfem.com
**ROTHWELL, FIGG, ERNST**
   **& MANBECK P.C.**
607 14th Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Plaintiff Nichia Corporation*

Dated: August 26, 2021

By: /s/   Kal K. Shah

Kal K. Shah (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4979
Facsimile: (312) 757-9192
kshah@beneschlaw.com

Michael S. Weinstein (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4407
Facsimile: (216) 363-4588
mweinstein@beneschlaw.com

Brian Ledahl (SBN 186579)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
bledahl@raklaw.com

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Kal K. Shah*
Kal K. Shah (*Pro Hac Vice*)

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that this Joint STIPULATION REGARDING EXTENSION OF

FILING DEADLINE FOR DISCOVERY MOTIONS ON WRITTEN DISCOVERY

AND DOCUMENT PRODUCTION was filed on August 26, 2021, using the electronic

case filing (CM/ECF) system for the Central District of California, which will send

notification of such filing to all counsel of record.

*/s/ Kal K. Shah*
Kal K. Shah (*Pro Hac Vice*)
