1  WILLIAM S. O'HARE (SBN 82562)
   wohare@swlaw.com
2  ELIZABETH M. WELDON (SBN 223452)
   eweldon@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Blvd., Suite 1400
4  Costa Mesa, CA 92626
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6
   ROBERT P. PARKER (*pro hac vice*)
7  rparker@rfem.com
   MARTIN M. ZOLTICK (*pro hac vice*)
8  mzoltick@rfem.com
   STEVEN WEIHROUCH (*pro hac vice*)
9  sweihrouch@rfem.com
   JENNY COLGATE (*pro hac vice*)
10 jcolgate@rfem.com
   MICHAEL JONES (*pro hac vice*)
11 mjones@rfem.com
   DANIEL R. MCCALLUM (*pro hac vice*)
12 dmccallum@rfem.com
   MARK RAWLS (*pro hac vice*)
13 mrawls@rfem.com
   D. LAWSON ALLEN (pro hac vice)
14 lallen@rfem.com
   ROTHWELL, FIGG, ERNST & MANBECK P.C.
15 607 14th Street N.W. – Suite 800
   Washington, DC 20005
16 Telephone: (202) 783-6040
   Facsimile: (202) 783-6031
17
18 Attorneys for Plaintiff Nichia Corporation

19            UNITED STATES DISTRICT COURT

20            CENTRAL DISTRICT OF CALIFORNIA

21 NICHIA CORPORATION,               Case No. 2:18-CV-1390 DOC (RAOx)

22        Plaintiff,                 Judge: Hon. David. O. Carter
                                     Special Master: Hon. Irma Gonzalez
23        v.
                                     **DECLARATION OF DR. E. FRED**
24 FEIT ELECTRIC COMPANY, INC.,      **SCHUBERT IN SUPPORT OF**
                                     **PLAINTIFF NICHIA**
25        Defendant.                 **CORPORATION'S OPENING**
                                     **CLAIM CONSTRUCTION BRIEF**
26        and
                                     Date:    October 28, 2021
27 UNITY MICROELECTRONICS, INC.,     Time:    9:30 a.m.

28        Intervenor-Defendant.

| | |
|---|---|
| FEIT ELECTRIC CO., INC., | Dept.     Zoom Hearing, Gonzalez |
| Third-Party Plaintiff, | Fact Disc. Cut-off: January 28, 2022 |
| v. | Expert Disc. Cut-off: April 22, 2022 |
| SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD., | Pretrial Conference: August 1, 2022 |
| Third-Party Defendants. | Jury Trial: August 23, 2022 |

TABLE OF CONTENTS

I.     INTRODUCTION ....................................................................................................1
       A.   Qualifications .............................................................................................1
       B.   Materials Considered .................................................................................5

II.    LEGAL STANDARDS ...........................................................................................6
       A.   Claim Construction ....................................................................................6
       B.   Person of Ordinary Skill in the Art ...........................................................7
       C.   Indefiniteness .............................................................................................9

III.   SUMMARY OF PATENTS-IN-SUIT ...................................................................9

IV.    PRIOR CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT ...................13

V.     AGREED CONSTRUCTIONS .............................................................................14

VI.    THE UNDERSTANDING OF ONE OF ORDINARY SKILL IN THE ART
       WITH REGARD TO CERTAIN CLAIM TERMS ..............................................15
       A.   "Resin" –'250 Patent Claims 1, 2, 7, and 15; '411 Patent Claims 1, 2, 6, 7,
            15, 18, and 19; and '071 Patent Claims 15, 16, 17, 23, and 25 ...........17
       B.   The "Notch" Terms ...................................................................................19
            1.   "Notch [in the Lead Frame]" – '250 Patent Claim 1 .................... 21
            2.   "A Notch is Formed in the Metal Part" – '411 Patent Claim 1; '071
                 Patent Claims 15, and 16 ............................................................. 24
       C.   "Wherein Both a Part of the Metal Part and a Part of the Resin Part are
            Disposed in a Region Below an Upper Surface of the Metal Part, on Four
            Outer Lateral Surfaces of the Resin Package" – '411 Patent Claim 1 ...........28
            1.   The plain language of the term requires resin under metal on four
                 outer lateral surfaces of the resin package ................................ 29
            2.   Nichia's construction is consistent with the '411 specification and
                 the stated benefits of the claimed invention .............................. 31
            3.   The prosecution history is consistent with Nichia's proposed
                 construction .................................................................................. 41
            4.   Defendants' apparent interpretation is wrong .......................... 43
       D.   "The Cutting Step Being Performed such that an Outer Surface of the
            Resin Part and an Outer Surface of the at Least One Lead are Planar at an
            Outer Side Surface of the Resin Package" – '250 Patent Claim 1 ...........46
       E.   "Inner Side Wall Surface" – '250 Patent Claim 12 ................................48

VII.   RESERVATION TO RESPOND TO OPINIONS AND EXTEND REMARKS ...........51

I, Dr. E. Fred Schubert, hereby declare as follows:

## I.   INTRODUCTION

1.     My name is E. Fred Schubert, and I have been retained by counsel for Plaintiff Nichia Corporation ("Nichia"), to serve as an expert witness in the above-captioned proceeding. I understand that this proceeding relates to U.S. Patent Nos. 8,530,250 (the '250 Patent); 9,490,411 (the '411 Patent); and 9,537,071 (the '071 Patent) (collectively the "Patents-in-Suit").

2.     I further understand that this declaration will be submitted in support of Nichia's Opening Claim Construction Brief with respect to the Patents-in-Suit.

3.     The facts and opinions expressed herein are true and accurate to the best of my knowledge and understanding based on the information I have reviewed to date.

### A.   Qualifications

4.     My qualifications for forming the opinions set forth in this declaration are summarized here and explained in more detail in my *curriculum vitae*, which is attached as part of Appendix A and incorporated herein.  Appendix A also includes a list of my publications and the cases in which I have testified at deposition, hearing, or trial during the past four years.

5.     I am currently an active tenured full Professor in the Department of Electrical, Computer, and Systems Engineering at Rensselaer Polytechnic Institute (RPI) in Troy, New York.

6.     I received a Master's Degree in Electrical Engineering from the University of Stuttgart, Germany, in 1981.  I received a Ph.D. degree in Electrical Engineering from the University of Stuttgart, Germany, in 1986.  Subsequent to my education, starting in 1985, I worked in industry at AT&T Bell Laboratories in Holmdel and Murray Hill, New Jersey, for ten years.  In 1995, I joined academia.  My first position was at Boston University (Boston, MA), where I worked as a full professor for seven years.  In 2002, I joined RPI as a distinguished

professor, the Wellfleet Senior Constellation Professor and Head of the Future Chips Constellation with appointments in the Department for Electrical, Computer, and Systems Engineering and the Department for Physics, Applied Physics and Astronomy.  I am the founding Director of the Smart Lighting Engineering Research Center that was funded by the U.S. National Science Foundation at a volume of $40 million over 10 years.

7.     I am named as co-inventor in more than 35 U.S. patents and have co-authored more than 300 publications.  I authored the books "*Doping in III-V Semiconductors*" (1993), "*Delta Doping of Semiconductors*" (1996), and the first, second, and third editions of "*Light-Emitting Diodes*" (2003, 2006, and 2018); the latter book is known as a standard textbook in the field of LEDs, and the book has been translated into Russian, Japanese and Korean.  My publications have been well recognized by the technical community as illustrated by the more than 35,000 citations that my publications have received.

8.     I received several awards for my technical contributions.  They include: Senior Member IEEE (1993); Literature Prize of Verein Deutscher Elektrotechniker for my book "*Doping in III-V Semiconductors*" (1994); Fellow SPIE (1999); Alexander von Humboldt Senior Research Award (1999); Fellow IEEE (1999); Fellow OSA (2000); Boston University Provost Innovation Award (2000); Discover Magazine Award for Technological Innovation (2000); R&D 100 Award for RCLED (2001); Fellow APS (2001); RPI Trustees Award for Faculty Achievement (2002 and 2008); honorary membership in Eta Kappa Nu (2004); 25 Most Innovative Micro- and Nano-Products of the Year Award of R&D Magazine (2007); and Scientific American 50 Award (2007).

9.     My general expertise is in the field of electrical engineering and applied physics including semiconductor materials, processing, and devices.  My specific expertise is in the field

of light-emitting diodes (LEDs), including the structure, packaging, and manufacture of LEDs. My work has included the design, growth, fabrication, manufacturing, and testing of semiconductor devices as well as the employment of these devices in a variety of applications.

10.    I have been working in the field of semiconductor microelectronic and optoelectronic devices, including light-emitting diodes (LEDs), for about 30 years. I have conducted and directed research in this field, conducted and directed development in this field, and have published numerous papers, patents, and books on the topic of LEDs. My research and development activities have included the packaging, reliability, life-testing, heat-flow, and encapsulation of LEDs.  Specific packaging-related research topics, which I have personally worked and published on, include the following:

- The encapsulation of LED chips in an LED package using a transparent resin, and the control of the refractive index of the transparent resin by the inclusion of $TiO_2$ nanoparticles;

- The heat flow in LED packages and the thermal management in LED packages;

- The development of new approaches for the over-voltage protection of packaged LEDs without the use of Zener diodes;

- The spatial distribution of phosphor in LED packages including the analysis of remote-phosphor distributions;

- The reliability of LED packages including the lifetime testing under (i) elevated temperatures, (ii) enhanced humidity, and (iii) over-current conditions; and

- Delamination effects of optical thin films under stress conditions occurring in optoelectronic packages.

11.    I have made pioneering contributions to the following technical fields: Delta-doping, resonant cavity light-emitting diodes, enhanced spontaneous emission in Er-doped $Si/SiO_2$ microcavities, elimination of unipolar heterojunction band discontinuities, p-type superlattice doping in AlGaN, photonic-crystal light-emitting diodes, crystallographic etching of

GaN, polarization-enhanced ohmic contacts, delta-doped ohmic contacts, non-alloyed ohmic contacts, omni-directional reflectors, low-refractive index materials, anti-reflection coatings, light-emitting diodes with remote phosphors, the efficiency droop in GaInN LEDs, and solid-state lighting.

12.     I have extensive experience related to the packaging of LEDs.  I have conducted research and published articles on the following:

- the design, fabrication, and testing of LED packages with particular attention to the spatial phosphor distribution;

- the design and testing of LED packages with particular attention to the thermal management of packaged LEDs; and

- the occurrence of trapped optical modes inside the LED packages.

13.     Furthermore, I pioneered what is now known as the "remote phosphor" distribution in white LEDs; the associated research article (titled "Strongly enhanced phosphor efficiency in GaInN white light-emitting diodes using remote phosphor configuration and diffuse reflector cup") has been cited more than 350 times.

14.     I have written three editions of a book on LEDs with the second and third editions published in 2006 and 2018, respectively; both editions of the book contain chapters dedicated to the packaging of LEDs.

15.     At RPI, I regularly teach a course on LEDs which includes extensive discussions on the packaging of LEDs.  I have guided graduate students and post-doctoral researchers conducting research on the packaging of LEDs. My work in industry (AT&T Bell Laboratories) included the packaging of LEDs and lasers, including minimizing the cost of device packaging processes.

Schubert Declaration

16.     I am the founding director of the Smart Lighting Engineering Research Center funded by the US National Science Foundation (2009-2019); this center concerns LEDs and the packaging of these devices to make intelligent or "smart" lighting systems.

17.     In a previous trial involving Nichia and Everlight, I was found by the United States district court for the Eastern District of Texas to be "a qualified expert witness in the field of light-emitting diode and semiconductor technology, including packaging." *Nichia Corp. v. Everlight Elecs.*, No. 02:13-cv-702-JRG, Dkt. 193 (filed 01/25/2016), p. 6 (FF15).

18.     I have trained and guided numerous junior engineers (including graduate students) in the field of LEDs and have collaborated with numerous engineers active in the field of LEDs. Accordingly, I know from personal experience the level of ordinary skill in the art and I consider myself to have at least the same level of skill and experience as the person of ordinary skill in the art (POSITA) to which the Patents-in-Suit are directed, and had so as of the time of the invention (approximately 2008).

## B.     Materials Considered

19.     In preparation of this declaration and the opinions set forth herein, I have considered the Patents-in-Suit and the Joint Claim Construction Statement submitted by the parties on June 30, 2021.   In addition, I have also considered the documents and other information mentioned and cited to herein. My opinions are also based upon my knowledge, education, experience, research, and training in this field that I have accumulated over the course of my career.

## II.   LEGAL STANDARDS

### A.   Claim Construction

20.     I am not a lawyer.  Therefore, in formulating the opinions and conclusions set forth in this declaration, I have been provided with an understanding of the prevailing principles of U.S. patent law that govern the issues of patent claim construction.

21.     I understand that a patent infringement analysis consists of two steps.  First, the meaning and scope of the patent claims are construed and, second, the construed claims are compared to the accused device or method.

22.     I understand that the primary focus in determining the meaning of a claim limitation is to consider the intrinsic evidence of record, which includes the claims, the specification, and the prosecution history, from the perspective of one of ordinary skill in the art. I understand that claims must be adequately grounded in the specification and the meaning of claim terms must be discerned in the context of the disclosed invention and in the field of art.

23.     I further understand that extrinsic evidence, which includes information external to the claims, specification, and prosecution history, such as expert and inventor testimony, dictionaries, and textbooks, may also be considered, but may not be used to contradict or override the intrinsic evidence.

24.     I also understand that the words used in a claim are generally given their plain and ordinary meaning as understood by a person of ordinary skill in the art in question at the time of the invention, and if a disputed term has no previous meaning to those of ordinary skill in the art, the meaning must be found elsewhere in the patent, including the meaning given by the term's usage in the specification.  I further understand that, where a term is used consistently throughout the specification, the term may be found to be defined by implication.

25.     I understand that the parties will be submitting briefs setting forth their respective claim construction positions and the Court has scheduled a hearing in order to issue constructions of the terms found in the asserted claims.

26.     Since the meaning and scope of patent claims are in the process of being construed, I have not yet formed an opinion regarding the validity of the claims or possible infringement of the claims by Defendants.

### B.     Person of Ordinary Skill in the Art

27.     I am informed and understand that my interpretation of the patent claims, and my subsequent infringement analysis, must be undertaken from the perspective of a hypothetical "person of ordinary skill in the art" or POSITA.  The "art" is the field of technology to which the patent is related.  The field relevant to the inventions of the Patents-in-Suit is semiconductor light emitting devices, packaging for such devices, and the manufacture of such devices.

28.     In my opinion, a person of ordinary skill in the relevant field as of the September 2008 priority date of the Patents-in-Suit would have had (i) a Ph.D. degree in Electrical Engineering, Applied Physics, Materials Science, or a related field, and about 3 years of practical experience in industry; (ii) a Master's degree in Electrical Engineering, Applied Physics, Materials Science, or a related field, and about 5 years of practical experience in industry; or (iii) a Bachelor's degree in Electrical Engineering, Applied Physics, Materials Science, or a related field, and about 10 years of practical experience in industry.  These descriptions are approximate, and a higher level of education might make up for less experience, and vice versa.

29.     In determining who would be a person of ordinary skill, I considered at least the following criteria: (a) the type of problems encountered in the art; (b) prior art solutions to those problems; (c) the rapidity with which innovations are made; (d) the sophistication of the technology; and (e) the education level of active workers in the field.  I understand that one of

ordinary skill in the art is not a specific or real individual, but rather a hypothetical individual having the qualities reflected by the factors discussed above.  Furthermore, one skilled in the art would be familiar with the entire prior-art literature.

30.     As I have both a Ph.D. in Electrical Engineering and about 30 years of experience in the industry and academia,[1] I am well acquainted with the level of ordinary skill that would be required to design, develop, and/or implement the subject matter of the Patents-in-Suit.  *See* discussion above in Section I(A).

31.     I have direct experience with the relevant subject matter and am capable of rendering an informed opinion regarding what the level of ordinary skill in the art was for the relevant field as of the relevant time periods, as further discussed above.  I am also capable of rendering an informed opinion regarding what one of ordinary skill in the art would have understood as the relevant time periods, including the meaning of the claim limitations discussed below from the perspective of one of ordinary skill in the art.

32.     I am qualified as a person of ordinary skill in the art, both now and as of the time of the invention.

33.     I note that in connection with Nichia's lawsuit against Everlight in 2013, for the '250 Patent, I was asked to consider the asserted claims through the eyes of a hypothetical person of ordinary skill in the art.  Though my opinion in the Everlight lawsuit was with respect to the '250 Patent, that patent is related to the '411 and '071 Patents by a series of continuation applications.  I stand by my previous description of a POSITA.  Indeed, it is the definition that was adopted by the district court in Texas for the '250 Patent.  *See Nichia Corp. v. Everlight Elecs.*, No. 02:13-cv-702-JRG, Dkt. 193 (filed 01/25/2016) at p. 11 (FF24).

---

[1] This includes about ten years of work at AT&T Bell Laboratories and subsequent work in academia since 1995.

### C.     Indefiniteness

34.     I have been informed that, under current law, to establish indefiniteness of a patent claim, it must be established by clear and convincing evidence that the claim, read in light of the patent's specification and prosecution history, fails to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  I have been informed that indefiniteness is evaluated from the perspective of a person of ordinary skill in the art at the time of the claimed invention.  Further, I have been informed that it is not sufficient that a claim term can be ascribed some meaning.

### III.     <u>SUMMARY OF PATENTS-IN-SUIT</u>

35.     I have reviewed the Patents-in-Suit, including their prosecution histories.  I understand that the '250 Patent is the earliest of the three Patents-in-Suit, and that both the '411 Patent and the '071 Patent issued from applications which were continuation applications of application No. 12/737,940, filed as application No. PCT/JP2009/004170 on August 27, 2009, now the '250 Patent.  I also understand that the earliest patent application filing leading to each of the Patents-in-Suit was made on September 3, 2008, and I have analyzed the meaning of the claim terms as of that time frame.  I reserve the right to revise my opinion if a different date of invention is proven.

36.     The Patents-in-Suit relate to a fabrication process sequence for the packaging of light emitting diodes ("LEDs"), as well as LEDs themselves.  LEDs used in lighting applications are semiconductor devices made from inorganic (non-carbon-based) materials that produce light when electrical current flows through them.  LEDs provide superior performance and unique benefits over conventional lighting sources (such as incandescent and fluorescent lighting sources).  These unique benefits include their high efficiency, compact size, long lifespan,

resistance to mechanical impact, lack of ultraviolet emissions, ultra-fast response times, and the ability to control the brightness and color of the emitted light.

37.     The Patents-in-Suit are titled "Light emitting device, resin package, resin-molded body, and methods for manufacturing light emitting device, resin package and resin-molded body."  The Abstracts of the '411 and '071 Patents provide the following:

> A method of manufacturing a light emitting device having a resin package which provides an optical reflectivity equal to or more than 70% at a wavelength between 350 nm and 800 nm after thermal curing, and in which a resin part and a lead are formed in a substantially same plane in an outer side surface, includes a step of sandwiching a lead frame provided with a notch part, by means of an upper mold and a lower mold, a step of transfer-molding a thermosetting resin containing a light reflecting material in a mold sandwiched by the upper mold and the lower mold to form a resin-molded body in the lead frame and a step of cutting the resin-molded body and the lead frame along the notch part.

The patents state that "an object of the present invention is to provide a simple and low-cost method for manufacturing, in a short time, multiple light emitting devices which has high adhesion between a lead frame and a thermosetting resin composition."  *See, e.g.*, '250 Patent, 2:49-53.  (Unless otherwise noted, all citations to column and line number are to the '250 Patent.)

38.     An embodiment is shown in FIG. 1 of each of the Patents-in-Suit:

Fig. 1



39.      Aspects of the Patents-in-Suit relate to novel, non-obvious singulated light emitting devices, which are made using a simple, low-cost method that is significantly more efficient than prior methods.  '250 Patent, 2:49-53 ("In view of the above problems, an object of the present invention is to provide a simple and low-cost method for manufacturing, in a short time, multiple light emitting devices which has high adhesion between a lead frame and a thermosetting resin composition.").  One reason that the devices are made by a significantly more efficient method than prior methods is because of the use of array-based processing, where a single lead frame results in many different singulated devices.  *See, e.g.*, FIG. 5 (illustrating an example of bulk-formed LEDs according to the Patents-in-Suit):

Fig. 5



*See also* '250 Patent, 2:59-62, 12:41-43 ("The resin-molded body 24 in which a plurality of concave parts 27 are formed is cut in the longitudinal direction and lateral direction…."); *compare* FIG. 14.

40.     The following illustration (based on FIG. 5) shows how multiple singulated devices can result from a single molded lead frame:



(cutting)

41.     Not only is the disclosed method more efficient, but the resultant devices do not suffer from delamination problems that existed at the time of the invention.  '250 Patent, 2:30-35.   This is because of adhesion benefits that the patents describe.   According to some embodiments, the lead frame used to form the devices has etched notches, which have concavities/convexities in their sidewall surfaces.  *See, e.g.*, '250 Patent, 8:58-62; *see also* Section VI(C)(2) (discussing the concavities/convexities described in the Patents-in-Suit).   These concavities/convexities can result in improved adhesion between resin and lead frame.  *See* '250 Patent, 17:48-51 ("The lead frame is provided with the notch parts 21a by etching. Although not illustrated, a concavity and convexity are formed in the cross-sectional surface of the notch part 21a."), 3:8-13 ("resin is filled in the notch parts …"), 8:49-62 (describing etching the lead frame to form "concave-convex shapes" in the cross-section to improve adhesion); 12:53-57 ("[N]ot only the upper surface of the lead frame 21, but also the side surfaces corresponding to the notch

12

parts 21a adhere to the resin-molded body 24, so that the adhesion strength between the lead frame 21 and resin molded body 24 is improved").[2]

42.     Due to these concavities/convexities of the notches, when the lead frame is singulated along the notches to form the individual devices, resin is present in the regions below the exposed metal leads at the outer lateral surfaces. *See id.*; *see also* Section VI(C)(2).  This improves adhesion of the resin part to the metal leads, which is one of the stated goals of the Patents-in-Suit.  *See, e.g.*, '250 Patent, 15:53-56 ("An etched lead frame is used for the leads 322.  In the cut surface of the resin-molded body, the etched leads 322 have a concavity and convexity.  This concavity and convexity improve adhesion between the resin part and leads."); 8:58-62 ("However, etching can form concave-convex shapes in the entire sectional (etched part) part of the lead frame, so that it is possible to increase a bonding area between the lead frame and resin-molded body and mold a resin package of better adhesion"); 2:30-35.

43.     Additional aspects of the Patents-in-Suit are discussed in the relevant sections below with respect to the individual claim terms and phrases at issue.

## IV.     PRIOR CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT

44.     I understand that a court has previously construed the terms of the '250 Patent in the December 2014 Everlight Claim Construction Order.  *See Nichia Corp. v. Everlight Elecs.*, No. 02:13-cv-702-JRG, Dkt. 79 (filed 12/12/2014) ("Ex. A").  Specifically, the Texas court provided the following constructions:

---

[2] I note that not all etching generates such concavities/convexities (e.g., reactive ion etching does not create concavities).  However, the Patents-in-Suit make clear that the etching it uses results in such concavities/convexities.  *See, e.g.*, '250 Patent, 8:49-62.  The principles of etching, including the formation of concavities are taught at universities and are found in various teaching documents.  *See, e.g.*, "Wed and Dry Etching," E. Chen (2004), *available at* https://www.mrsec.harvard.edu/education/ap298r2004/Erli%20chen%20Fabrication%20III%20-%20Etching.pdf.

Schubert Declaration

| Term | The Court's Construction |
|---|---|
| the preambles of claims 1 and 17 | "The preambles of claims 1 and 17 are claim limitations" (Ex. A, pp. 52-55) |
| "lead" | "the portion of the device that conducts electricity" (Ex. A, pp. 55-57) |
| "lead frame," "resin," "resin part," "resin package," and "resin-molded body" | "plain and ordinary meaning" (Ex. A, pp. 58-61) |
| "the at least one lead comprises a step on a bottom surface or outer surface thereof" | "plain and ordinary meaning" (Ex. A, pp. 61-62) |
| "a portion of the resin part is disposed over a portion of the plating on the upper surface of the at least one lead" | "a portion of the resin part is located over a portion of the plating on the upper surface of the at least one lead" (Ex. A, pp. 62-64) |
| "notch" | "an opening that penetrates the lead frame" (Ex. A, pp. 64-67) |
| "cutting the resin-molded body and the plated lead frame along the at least one notch" | "plain and ordinary meaning" (Ex. A, pp. 67-69) |
| "planar" | "in a substantially same plane" (Ex. A, pp. 69-72) |

45.     I have reviewed the December 2014 Everlight Claim Construction Order, and agree with the analysis and claim constructions of the Texas court.

46.     Additionally, I have previously provided testimony regarding the proper interpretation of terms of the '250, '411, and '071 Patents.  The opinions set forth herein are consistent with that prior testimony.

## V.     AGREED CONSTRUCTIONS

47.     I understand that the parties have agreed to the construction of the following terms, phrases, or clauses:

Schubert Declaration

| Claim Terms | Agreed Construction |
|---|---|
| "A method of manufacturing a light emitting device, the method comprising:"<br><br>('250 Patent: claim 1) | The preamble of claim 1 of the '250 Patent is a claim limitation. |
| "planar"<br><br>('250 Patent: claim 1) | "in a substantially same plane" |
| "coplanar"<br><br>('411 Patent: claim 1; '071 Patent: claims 15, 16) | "in substantially the same plane" |
| "lead"<br><br>('411 Patent: claim 1; '071 Patent: claims 15, 16) | "the portion of the device that conducts electricity" |

## VI.  THE UNDERSTANDING OF ONE OF ORDINARY SKILL IN THE ART WITH REGARD TO CERTAIN CLAIM TERMS

48.    I have reviewed the Patents-in-Suit and the prosecution history, and have analyzed the meanings of the claim terms as of the time of the respective inventions.  I reserve the right to revise my opinion if a different date of invention is proven.

49.    I understand the constructions of the following terms, phrases, or clauses are disputed by the parties:

- "resin"

- "notch [in the lead frame]"

- "a notch is formed in the metal part"

- "wherein both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package"

- "the cutting step being performed such that an outer surface of the resin part and an outer surface of the at least one lead are planar at an outer side surface of the resin package"

50. I further understand that Defendants have asserted that the phrase "inner side wall surface" renders claim 12 of the '250 Patent indefinite.

51. The parties' positions are summarized in the table below:

| Term | Nichia's Construction | Defendants' Construction |
|---|---|---|
| "resin" | The words of the claims should be given their plain and ordinary meaning. | "thermosetting resin" |
| "notch [in the lead frame]" | "an opening that penetrates the lead frame" | "an opening or indentation with at least three sides in the lead frame" |
| "a notch is formed in the metal part" | "there is an opening or indentation in the metal part" | "an opening or indentation with at least three sides is formed in the metal part" |
| "wherein both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package" | "wherein both a part of the metal part and a part of the resin part are disposed in a region underneath an upper surface of the metal part, on four outer lateral surfaces of the resin package" | Plain and ordinary meaning |
| "the cutting step being performed such that an outer surface of the resin part and an outer surface of the at least one lead are planar at an outer side surface of the resin package" | The term "planar" is already construed; the remaining words of the claims should be given their plain and ordinary meaning. | "the cutting step being performed to form an outer side surface of the resin package where the at least one lead has an exposed surface at a bottom edge that is planar with an exposed surface of the resin part." |
| "inner side wall surface" | Not indefinite. | Indefinite. |

52. My opinion with respect to each of the foregoing terms, phrases, and clauses is set forth below. I list the proposed constructions and my opinions concerning each, including the intrinsic and, if appropriate, extrinsic evidence that I have relied on.

Schubert Declaration

A.      **"Resin" –'250 Patent Claims 1, 2, 7, and 15; '411 Patent Claims 1, 2, 6, 7, 15, 18, and 19; and '071 Patent Claims 15, 16, 17, 23, and 25**

| Nichia's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| The words of the claims should be given their plain and ordinary meaning. | "thermosetting resin" |

53.      Each of the Patents-in-Suit uses the term "resin" in the claims.[3]

54.      In my opinion, there is no need to construe the term "resin."  This term is well understood in the field and would be similarly well understood by a jury in the context of the asserted claims.  I have reviewed the claim language and the specification of the Patents-in-Suit, as well as the prosecution history, and one of skill in the art would have understood that the term is used in its typical way.  Nothing suggests that this term should be given anything other than its plain and ordinary meaning.

55.      I understand that Defendants propose to narrow the scope of the claims by arguing that "resin" means "thermosetting resin."  In my opinion, this is incorrect for multiple reasons.

56.      First, the plain and ordinary meaning of "resin" is not "thermosetting resin." There are types of resins that are suitable for light emitting devices, but that are not thermosetting, for instance, thermoplastic resins. *See, e.g.*, McGraw-Hill Dictionary of Scientific and Technical Terms 6th Ed., p. 1792 (2002) (Ex. E) (resin-"Any of a class of solid or semisolid organic products of natural or synthetic origin with no definite melting point, generally of high molecular weight; most resins are polymers."); Merriam-Webster Dictionary (Ex. F) (resin – "[2.a]: any of a large class of synthetic products that have some of the physical properties of

---

[3] For the '250 Patent, the term "resin" appears in claims 1, 2, 7, and 15; for the '411 Patent, the term "resin" appears in claims 1, 2, 6, 7, 15, 18, and 19; for the '071 Patent, the term "resin" appears in claims 15, 16, 17, 23, and 25.  The term is also found in other, non-asserted claims.

natural resins but are different chemically and are used chiefly in plastics"); The American Heritage Dictionary (Ex. G) (resin – "2.  Any of numerous physically similar polymerized synthetics or chemically modified natural resins including thermoplastic materials such as polyvinyl, polystyrene, and polyethylene and thermosetting materials such as polyesters, epoxies, and silicones that are used with fillers, stabilizers, pigments, and other components to form plastics.").  Accordingly, the term "resin" refers to a class of materials with "thermosetting resin" being a specific type or sub-class of resin.

57.    <u>Second</u>, nothing in the Patents-in-Suit would have suggested to one of skill in the art that the term "resin" was re-defined to narrowly cover only thermosetting resins.  To the contrary, a POSTIA, considering the claim language and the specification of the Patents-in-Suit, would have understood that the term "resin," as used in the Patents-in-Suit, is a broad term referring to any resin suitable for light emitting devices.  For instance, the specification of the Patents-in-Suit uses both the general term "resin" and also describes more specific types of resins, such as thermosetting resins (*see, e.g.*, '250 Patent, 3:4) and thermoplastic resins (*see, e.g.*, '250 Patent, 4:42).  When specific resins are meant, the Patents-in-Suit use clear language, referring for example to epoxy resins, modified epoxy resins, silicone resins, modified silicone resins, acrylate resins, and urethane resins (*see, e.g.*, '250 Patent, 8:24-28).  The specification even instructs that "[t]he resin package is ***not limited*** to the above mode [*i.e.*, a triazine derivative epoxy resin, which is a thermosetting resin that is preferably used]," and ***is preferably*** made of at least one selected from the group consisting of "an epoxy resin, modified epoxy resin, silicone resin, modified silicone resin, acrylate resin, and urethane resin of a thermosetting resin."  *See* '250 Patent, 8:24-28 (emphasis added).  That is, the specification clearly uses "resin" to refer to resins broadly, and also to more specific types of resins, *e.g.*, thermosetting resins and

thermoplastic resins.  In this respect, resin is used consistent with its plain and ordinary meaning in the art.  *See* Everlight Claim Construction Order (Ex. A), p. 61 ("the terms 'lead frame,' 'resin,' resin part,' 'resin package,' and 'resin-molded body' will be given their plain and ordinary meaning.").  Again, during the Everlight trial, I was able to testify regarding validity and infringement of the '250 Patent using the plain language of the claim, without issue.

58.     Third, reading the word "thermosetting" into the term "resin" would render a number of dependent claims meaningless.  For instance, claim 7 of the '411 Patent reads:

> 7.  The light emitting device according to claim 1, wherein the resin part is made using a thermosetting resin.

'411 Patent, claim 7 (emphasis added); *see also* '071 Patent, claim 17.  Similarly, re-defining "resin" to mean "thermosetting resin" would render the claims reciting a "thermosetting resin" nonsensical.  For instance, inserting Defendants' proposed construction of "resin" into claim 1 of the '250 Patent would render that claim: "transfer molding *a thermosetting thermosetting* resin." It would have been clear to one of skill in the art that when the Patents-in-Suit seek to limit what type of resin was being used or described, they do so expressly.  For at least this additional reason, it is my opinion that Defendants proposed, new limitation ("thermosetting") is improper.

59.     I have reviewed the intrinsic evidence identified by Defendants in support of their construction.  Joint Chart, pp. A1-A3.  None of the relied-upon passages would suggest to a POSITA that the term "resin" had been redefined or narrowed to a subset of resins.  Should Defendants proffer any additional evidence or expert testimony that they assert supports their construction, I will address that evidence and/or testimony if asked to do so.

## B.     The "Notch" Terms

60.     I understand that there are two "notch" terms disputed by the parties: (1) "notch [in the lead frame]" from the '250 Patent; and (2) "a notch is formed in the metal part" from the

'411 and '071 Patents.  In my opinion, these two uses of the term "notch" are related but require different constructions—the different contexts are important for understanding and construing the terms correctly and consistently.  In particular, and as explained below, the construction of a "notch [in the lead frame]" informs the construction of "a notch is formed in the metal part."

61.    For the '250 Patent, the term "notch" appears in claims 1, 12, 15, and 16, but in a different context than in the '411 and '071 Patents.  In the claims of the '250 Patent, the term "notch" is used to denote a feature of a lead frame, before the singulation of individual packaged LED devices.  For instance, claim 1 of the '250 Patent reads:

> 1. A method of manufacturing a light emitting device, the method comprising:
>
> **providing a lead frame comprising at least one notch**;
>
> plating the lead frame;
>
> after plating the lead frame, providing an upper mold on a first surface of the plated lead frame and a lower mold on a second surface of the plated lead frame, and transfer-molding a thermosetting resin containing a light reflecting material in a space between the upper mold and the lower mold to form a resin-molded body; and
>
> **cutting the resin-molded body and the plated lead frame along the at least one notch to form a resin package**, the resin package comprising a resin part and at least one lead, and the cutting step being performed such that an outer surface of the resin part and an outer surface of the at least one lead are planar at an outer side surface of the resin package,
>
> wherein the plated lead frame is cut so as to form an unplated outer side surface on the lead.

(emphasis added).

62.    In the claims of the '411 and '071 Patents, the "notch" denotes a feature in the metal part of a device that has been singulated by cutting a lead frame after molding.  For the '411 Patent, the term "a notch is formed in the metal part" appears in claim 1, which recites "wherein **a notch is formed in the metal part** at each of the four outer lateral surfaces of the

resin package."  Similarly, for the '071 Patent, the term "a notch is formed in the metal part" appears in claims 1, 14, 15, and 16.  *See, e.g.*, Claim 1 ("wherein ***a notch is formed in the metal part*** at each of the four outer lateral surfaces of the resin package").

### 1. *"Notch [in the Lead Frame]" – '250 Patent Claim 1*

| Nichia's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| "an opening that penetrates the lead frame" | "an opening or indentation with at least three sides in the lead frame" |

63.     I understand that Judge Gilstrap in the *Everlight* case adopted the claim construction that Nichia has proposed, and that his reasoning was as follows:

> The intrinsic evidence indicates that the recited "notch" is an opening in the lead frame that penetrates the lead frame.  The specification distinguishes a "notch" from a "groove" based on whether the feature penetrates the lead frame.  Specifically, the specification states "[w]hile the notch parts and hole parts penetrate the lead frame, grooves which are described later do not penetrate the lead frame." '250 Patent at 3:38–40.  Thus, the Court finds that a person of ordinary skill in the art would understand that the recited "notch" is an opening that penetrates the lead frame.

Ex. A, p. 66.  I agree with this reasoning and agree with this construction, which is consistent with the way in which notches of a lead frame are described in the '250 Patent.  At trial I was able to testify regarding validity and infringement of the '250 Patent using this construction, without issue.  It did not cause any confusion or present any other problems.

64.     The specification consistently illustrates the claimed "notch" as an "opening" in the lead frame.  *See, e.g.*, '250 Patent at 3:29-40; 9:7-20; FIGs. 5, 7, 8, and 10 (elements 21a, 121a, and 221a); *see also*:

Schubert Declaration



and



FIGs. 3 and 4 (colored/annotated) (exemplary notches identified with red circle); 6:26-31 ("notch parts 21a are provided in lead frame 21").  The specification further explains that these openings "penetrate" the lead frame.  *See, e.g.*, '250 Patent, 3:38-40 ("While ***the notch parts*** and hole parts ***penetrate the lead frame***, grooves which are described later do not penetrate the lead frame.") (emphasis added).  The distinction between notches and grooves is further shown by claims 13 and 14:

> 13. The method according to claim 1, wherein:
>
> ***the lead frame further comprises at least one groove***; and the lead frame is cut across the groove during the cutting step.

14. The method according to claim 13, wherein ***the groove does not penetrate*** the
lead plate.

'250 Patent, 20:37-42 (emphasis added).  One of skill in the art would recognize that in the '250

Patent "notches" are openings that penetrate the lead frame, while "grooves" do not.

65.     I understand that Defendants have taken the position that a "notch [in the lead

frame]" should be construed as "an opening or indentation with at least three sides in the lead

frame."  I disagree.

66.     Nothing in the '250 Patent limits notches to a particular shape, let alone to having

"at least three sides."  One of skill in the art would not understand the term "notch" to be so

limited.  To the extent this construction is intended to exclude rounded notches (or any notches

having a shape without distinct "sides"), it is inconsistent with the specification of the '250

Patent.  The '250 Patent is clear that the lead frame may be made by "etching" (*see, e.g.*, 8:49-

9:6) and such a process does not necessarily result in notches having a shape with clearly

defined, distinguishable "sides."  For instance, etching (e.g. isotropic etching) can result in

rounded features, such that it is not necessarily clear where a "side" would begin or end.  For

instance, isotropic etching could result in notches that are ovoid (or oval-shaped) in nature, and

therefore would not necessarily have at least three sides.  Given the '250 Patent's disclosure

relating to etching resulting in concavities and convexities, the use of such isotropic etching is

within the scope of the patent's disclosure, and a POSITA would understand the possibility of

rounded notches based on the patent's disclosure.  Indeed, because the patents' expressed

preference for etched lead frames (*see, e.g.*, '250 Patent, 8:46-9:6), it would be clear to one of

skill in the art that notches with rounded features would more likely be formed than notches with

multiple distinct sides.  Exclusion of such an embodiment from the claims would be improper.

67.     In support of their construction, Defendants have identified several figures (FIGS. 3, 6, and 7) and passages from the patents ('411, 7:3-18, 13:56-60, and 14:5-50).  *See* Joint Chart, pp. A9-A10.  The relied-upon portions do not place any restrictions on the shape—or number of "sides"—of a notch in the lead frame.  Should Defendants proffer any intrinsic evidence or expert testimony that they assert supports their construction, I will address that evidence and/or testimony if asked to do so.

### 2.   *"A Notch is Formed in the Metal Part" – '411 Patent Claim 1; '071 Patent Claims 15, and 16*

| Nichia's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| "there is an opening or indentation in the metal part" | "an opening or indentation with at least three sides is formed in the metal part" |

68.     This particular dispute is with respect to the term's use in the claims of the '411 and '071 Patents, which recite "a notch is formed in the metal part."  In my opinion, Nichia's proposed construction for this term is the proper extension of the construction of a notch *in a lead frame* (from the '250 Patent) to the claims of the '071 and '411 Patent, which have a notch *in a singulated device*.  That is, Nichia's construction properly describes the resultant geometry of a metal part following singulation of a device from a lead frame with an "opening that penetrates the lead frame."

69.     In my opinion, the proper construction of the term "a notch is formed in the metal part" is "there is an opening or indentation in the metal part."  This construction is not only consistent with Nichia's proposed construction of the other notch term (as well as the Texas court's prior construction of that term), but also the specification, claims, and prosecution histories of the '411 and '071 Patents.  Moreover, Nichia's construction is supported by dictionary definitions for the word "notch."  *See* Exs. H and I.

Schubert Declaration

70. In the claims of the '411 and '071 Patents, "a notch is formed in the metal part" is used to describe the shape of the metal part at each of the outside surfaces of a singulated LED:

1. A light emitting device comprising:

a resin package comprising a resin part and a metal part including at least two metal plates, said resin package having four outer lateral surfaces and having a concave portion having a bottom surface; and…

wherein *a notch is formed in the metal part at each of the four outer lateral surfaces of the resin package*.

'411 Patent, claim 1 (emphasis added).  In my opinion, one of ordinary skill in the art would have understood this shape as "there is an opening or indentation in the metal part."  This can be illustrated, for instance, with the figures of the Patents-in-Suit.

71. As described in the Patents-in-Suit, the process of manufacturing a light emitting device may begin with a lead frame having a plurality of notches:



'250 Patent, FIG. 3; 5:58-59; *see also*

The notch parts are formed such that a pair of positive and negative leads are provided when the resin-molded body is singulated to the resin package. The notch parts are formed such that the area for cutting the leads is reduced when the resin-molded body is cut. For example, the notch parts are provided in a

25

Schubert Declaration

horizontal direction such that a pair of positive and negative leads are provided,
and further notch parts are provided in positions corresponding to cut-out parts for
singulating the resin-molded body. Meanwhile, part of the lead frame is jointed
such that part of the lead frame does not drop or the leads are exposed in the outer
side surfaces of the resin package. To singulate the resin-molded body using a
singulation saw, the notch parts are preferably formed vertically and horizontally
or linearly in an oblique direction.

'250 Patent, 9:7-20. After molding a resin (illustrated in blue) to the lead frame, the lead frame

can be cut along the singulation notches (*i.e.*, openings that penetrate the lead frame) as shown

below:



'250 Patent, FIG. 5 (annotated to show exemplary singulation locations with red arrows); 12:40-

45 ("Next, the resin-molded body 24 and lead frame 21 are cut along the notch parts 21 *a*. The

resin-molded body 24 in which a plurality of concave parts 27 are formed is cut in the

longitudinal direction and lateral direction such that the sidewalls between adjacent concave

parts 27 are separated in the substantially center.").  The result is a singulated LED having a

notch formed in the metal part, as shown below:



(Prepared based on FIGS. 3 and 5.  Resin is shown filling the notches; resin located on the upper

side of the lead frame, as shown in FIG. 5, is omitted for clarity.).  That is, the result of

singulating along the notches of the lead frame (*i.e.*, openings that penetrate the lead frame) is

that "there is an opening or indentation in the metal part" of the singulated device.  In other

words, the openings that penetrate the lead frame are divided during cutting to form the notches

(*i.e.* openings or indentations) in the metal part at the outer surface of the singulated device.  This

point is further illustrated by considering an etched notch with rounded features; when it is singulated as shown above it would result in two devices having rounded features, without clearly distinguishable sides.

72.     My opinion is also consistent with the extrinsic evidence.  *See* Webster's Unabridged Dictionary of the English Language, PHR Press, pp. 1325 (2001) (Ex. H) (notch – "1. an angular or V-shaped cut, indentation, or slit in an object, surface, or edge"); The New American Oxford Dictionary, 2nd Ed., pp. 1163 (2005) (Ex. I) (notch – "[1] an indentation or incision on an edge or surface").

73.     I understand that Defendants have taken the position that "a notch is formed in the metal part" means "an opening or indentation with at least three sides is formed in the metal part."  Although I agree with Defendants that a "notch" in this context is an opening or indentation, as I explained above with respect to the other notch term, a construction requiring "at least three sides" is inconsistent with, and unsupported by, the Patents-in-Suit.

74.     As with the other "notch" term, Defendants have not identified any evidence that would support their narrow construction.  *See* Joint Chart, pp. A6-A7.  Should Defendants proffer any additional evidence or expert testimony that they assert supports their construction, I will address that evidence and/or testimony if asked to do so.

C.     **"Wherein Both a Part of the Metal Part and a Part of the Resin Part are Disposed in a Region Below an Upper Surface of the Metal Part, on Four Outer Lateral Surfaces of the Resin Package" – '411 Patent Claim 1**

| Nichia's Proposed Construction | Defendants' Proposed Construction |
| --- | --- |
| "wherein both a part of the metal part and a part of the resin part are disposed in a region underneath an upper surface of the metal part, on four outer lateral surfaces of the resin package" | Plain and ordinary meaning |

75.     In my opinion, Nichia's proposed construction is correct.  Claim 1 of the '411 Patent requires "wherein both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package."  As I explain below, it would be clear to one of skill in the art that this requires that there be resin below metal on the four outer lateral surfaces of the resin package.  Use of the word "underneath" accurately reflects this understanding, consistent with the specification and claims of the '411 Patent, including the stated benefits of the claimed invention.

### 1. *The plain language of the term requires resin under metal on four outer lateral surfaces of the resin package*

76.     As an initial matter, this claim element means that the condition described by "both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part" must be met on four outer lateral surfaces of the resin package.  That is, each of the four outer lateral surfaces must meet this condition, and if any one of the four outer lateral surfaces does not meet this condition, then the claim's requirements are not met.

77.     Further parsing the language, the condition that must be met on the four outer lateral surfaces, is that

> [*condition*] both [1] a part of the metal part and [2] a part of the resin part are disposed in [3] a region below [4] an upper surface of the metal part

78.     In my opinion, a POSITA reading the '411 Patent would understand that *below* here has its ordinary meaning.  That is, a region below an upper surface of the metal part means just that—the region being referred to is located below the upper surface of the metal part.  According to the plain and ordinary meaning of *below* in this field, *below* means underneath, not

next to,[4] in the general vicinity of, or merely at a lower level than.  Accordingly, "[3] a region below" refers to a region underneath an upper surface of the metal part, on an outer lateral surface of the resin package.

79.     The condition further states that both a part of the metal part and a part of the resin part are disposed in the claimed region.  That is, a part (or portion) of the metal part, and a part (or portion) of the resin part, are disposed (or located, arranged, or situated) in the claimed region.  Therefore, both [1] a part of the metal part and [2] a part of the resin part are disposed in means that both of [1] and [2] are located (or arranged, or situated) in the claimed region.  This means, then, that both of [1] and [2] are located in a region that is below (*i.e.*, underneath) an upper surface of the metal part, not merely that both of [1] and [2] are next to or in the general vicinity of a region that is underneath an upper surface of the metal part.

80.     Properly viewing the claim language in context, then, shows that a part of the resin part must be disposed in a region below an upper surface of the metal part.  That is, there is some amount of resin ([2] a part of the resin part) that is below metal ([3] in a region below [4] an upper surface of the metal part).  In other words, the claim element "wherein both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package" requires that there is some amount of resin under metal on the four outer lateral surfaces of the resin package.  Any other construction would be contrary to the plain language of the claims and the conditions set forth therein.

81.     In support of the plain meaning of "below" in the field of LEDs, I have reviewed the book titled "Light Emitting Diodes" (1st edition, 2003), authored by myself, which is an

---

[4] Resin next to a lead (*i.e.*, to the left and right of a lead) is an arrangement covered by a different patent—the '071 Patent.

exemplary publication in the field of LEDs.  Examining how the word "below" is used in the field of LEDs, and in particular in the book titled "Light Emitting Diodes," I found that the word "below" was used numerous times. A few examples, with page numbers provided for each, are presented below:

- "[...] the entire p-n junction plane of the LED chip lights up and not just the region ***below*** the top ohmic contact." (Page 19.) (Emphasis added.)
- "If the current flow is confined to the region ***below*** the contact, carriers will not "see" any semiconductor surfaces." (Page 43.) (Emphasis added.)
- "[...] electron-hole recombination occurs ***below*** the top metal contact" (Page 108.) (Emphasis added.)
- "Reabsorption of light by the active region in the current-injected area ***below*** the top contact can also be neglected." (Page 118.) (Emphasis added.)
- "Light rays are emanating from the active region at or ***below*** the base of the cone." (Page 120.) (Emphasis added.)
- "[...] AlAs/GaAs DBR. This DBR was located ***below*** the DBR made of phosphides." (Page 146.) (Emphasis added.)
- "This layer blocks the current from entering the active region ***below*** the top contact." (Page 147.) (Emphasis added.)
- "[...] thus effectively confining the pumped region to the area ***below*** the contact." (Page 203.) (Emphasis added.)
- "As the diode is turned on, the current crowds in the area ***below*** the contact." (Page 291.) (Emphasis added.)

*See* Ex. M.  In each instance where "below" is used to describe a geometrical relationship, "below" is used to mean "underneath." This is fully consistent with the plain and ordinary meaning of "below" being "underneath" in the field of LEDs.

### 2. *Nichia's construction is consistent with the '411 specification and the stated benefits of the claimed invention*

82.    In my opinion, not only is the plain meaning of "below" in this context "underneath," this interpretation is supported by the specification, and in particular, the stated benefits of the claimed invention relating to improvement of adhesion.

83.     The Patents-in-Suit explain that one of the problems it is addressing is how to improve adhesion, especially with respect to detachment problems during singulation.  '250 Patent, 1:54-56 (prior art "has little adhesion with a lead frame, and the resin part and lead frame are likely to be detached"); 2:30-35 (problem of prior art design is that "these wiring board and lead frame have a flat plate shape and have a small adhering area because a thermosetting resin composition is arranged on this flat plate shape, and therefore there is a problem that, for example, a lead frame and thermosetting resin composition are likely to be detached upon singulation").  In view of the problems discussed in the specification, the '411 Patent expressly states that "an object of the present invention is to provide … light emitting devices which [have] high adhesion between a lead frame and a thermosetting resin composition."  '250 Patent, 2:49-53.

84.     One way that the Patents-in-Suit provide for improved adhesion is through the use of notch parts in the lead frame, so that "an adhering area between the lead frame and the thermosetting resin becomes large, so that it is possible to improve adhesion between the lead frame and the thermosetting resin."  '250 Patent, 3:8-12; *see also id.* 4:5-8; 4:36-41; 5:32-35 ("The light emitting device … provides high adhesion between a lead frame and a resin-molded body.").  Specifically, the '411 Patent explains that "[a] concavity and convexity are formed in a sectional shape of the etched lead frame, so that it is possible to improve adhesion between the lead frame and resin molded body."  '250 Patent, 8:50-53.  Although other features can also provide for improved adhesion, the effect of some of those features "is little because the differences in level or concave-convex shapes are small."  *Id.*, 8:53-58.  The advantage of etching to form concave-convex shapes is that it can form such shapes "in the entire sectional (etched part) part of the lead frame, so that it is possible to increase a bonding area between the

lead frame and resin-molded body and mold a resin package of better adhesion." *Id.*, 8:58-62; *see also id.*, 12:53-57; 15:53-56.

85.     The '411 Patent further explains, in connection with the "Example 1" (*see* '250 Patent, 17:8-18:24), which describes an example in view of FIGS. 1-3, that "[a]lthough not illustrated, a concavity and convexity are formed in the cross-sectional surface of the notch part 21*a*." *Id.*, 17:48-53.  This concavity and convexity formed in the notch parts 21a, which the '411 Patent explains provides for better adhesion, results in resin being under metal on the four outer lateral surfaces.  That is, this concavity and convexity that is described in the '411 Patent, is covered by the claim language requiring that "both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package."

86.     Given this, in context of the '411 Patent, the claimed feature that "both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part, on four outer lateral surfaces of the resin package" provides for improved adhesion by having resin underneath metal at the outer edges of the package.  This improved adhesion results because of a greater adhesion area for the resin to surround and grip the metal lead frame.  In other words, meeting the claim element results in a greater mechanical interconnectedness between resin and lead frame.  Specifically, the type of adhesion that the '411 Patent is attempting to provide, is adhesion that will avoid having the resin "peel off" of the metal or detach upon singulation.  This is also referred to as delamination.

87.     To further explain this concept, it is instructive to consider the state of the art at the time of the claimed invention.  As explained in the background, there was a detachment problem with certain prior art designs that used a flat, printed-wiring board as the substrate:

However, these wiring board and lead frame have a flat plate shape and have a small adhering area because a thermosetting resin composition is arranged on this flat shape, and therefore there is a problem that, for example, *a lead frame and thermosetting resin composition are likely to be detached upon singulation*.

'250 Patent, 2:30-35 (emphasis added).  This portion of the background is referring to Japanese Appl. No. 2007-235085 to Urasaki (the "Patent Document 4" located in column 2 of the '411 Patent) (Ex. C).  In Urasaki, there was no resin located underneath the leads at the outer surfaces, and as such, "a lead frame and thermosetting resin composition are likely to be detached upon singulation" in the Urasaki design.  '250 Patent, 2:33-35:



(Urasaki, Figure 2)          (Urasaki, Figure 3)          (Urasaki, Figure 6)

Ex. C, FIGS. 2(a), 3, and 6 (annotated to show metal in blue, resin in green).

88.     As shown in the figures above from Urasaki, there is a limited area between the lead frame and the resin on which the resin may "grip" or adhere to the lead frame.  This limited adhesion area cannot prevent the detachment, or delamination, problem that is identified in the '411 Patent.  Specifically, there is not resin below the metal, meaning that the resin cannot grip underneath the metal to prevent delamination.  Delamination is a particular problem when devices with a small adhesion area are involved.  That is, the array employed by Urasaki has a relatively large adhesion area.  However, upon singulation, the adhesion area (of a single device) becomes much smaller (compared with the adhesion area of the array).  The small adhesion area in conjunction with the large forces inherent to the singulation process (e.g. by sawing) would

34

make the number of delamination events unacceptably large (as the '411 Patent notes, '250
Patent, 2:33-35).  Notches (as taught by the '411 Patent) help to improve the interconnectedness
between resin and metal.  However, notches by themselves do not necessarily provide resin
**below** (*i.e.* "underneath") the metal.  Having resin below the metal further and significantly
enhances the mechanical interconnectedness and engagement between resin and metal. *See, e.g.*,
'250 Patent, 8:49-62.  As demonstrated in the '411 Patent, having notches and having resin under
metal (e.g. because of ***etching*** a notch part in the lead frame to produce concavities/convexities
in the cross-sectional surface of the notch part, '250 Patent, 8:49-62, 17:48-53), both enhance
adhesion sufficiently so as to reduce delamination to acceptable levels.

89.     In contrast to the lack of resin under metal in Urasaki, embodiments of the '411
Patent use lead frames with etched singulation notches such that after cutting, the singulated
devices have resin-filled concavities or convexities at their outer surfaces, which improves
adhesion:

> An etched lead frame is used for the leads 322. In the cut surface of the resin-
> molded body, the etched leads 322 have a concavity and convexity. ***This
> concavity and convexity improve adhesion between the resin part and leads***.

'250 Patent, 15:53-56 (emphasis added).  In other words, as a result of etching notches in the
lead frame, concavities or convexities are formed in the regions below the upper surfaces of the
exposed leads, which then fill with resin during processing.  *See* '250 Patent, 17:48-51 ("The
lead frame is provided with the notch parts 21*a* by etching. Although not illustrated, a concavity
and convexity are formed in the cross-sectional surface of the notch part 21*a*."), 3:8-12 ("resin is
filled in the notch parts …"), 8:49-62 (describing etching the lead frame to form "concave-
convex shapes" in the cross-section to improve adhesion); 12:53-57 ("[N]ot only the upper
surface of the lead frame 21, but also the side surfaces corresponding to the notch parts 21*a*

adhere to the resin-molded body 24, so that the adhesion strength between the lead frame 21 and resin molded body 24 is improved").

90.     In order to better visualize the "entire sectional (etched part) part of the lead frame" and the "resin package of better adhesion" described above and in the '411 Patent, I provide the following illustrations.  Although the '411 Patent indicates that the concavity and convexity formed in the cross-sectional surface of the notch part are not always illustrated (*see, e.g.*, '250 Patent, 17:48-51), the following illustrations are consistent with the '411 Patent.  The figure below illustrates an example of how wet chemical etching can be used to form a concavity and convexity in the notch part.  A POSITA at the time of the invention would have been familiar with wet chemical etching, and would have understood from the figures and specification that wet chemical etching is used in the '411 Patent.



The figure below further illustrates the concavity and convexity formed in the lead frame, showing the lead frame after resin has been applied.

Schubert Declaration



Finally, the sequence of figures below show (1) a top view of the metal lead frame (adapted from FIG. 3 of the '411 Patent), with a cross-sectional line corresponding to the cross-section described at 18:50-55 of the '411 Patent ('250 Patent, 17:48-51); (2) a perspective view of the same; (3) a view of the cross section of the metal lead frame, corresponding to the cross-sectional line; and (4) a view of the resulting device:

**(1) Top view of metal lead frame (Nichia '411 Figure 3)**



Cross-sectional line

**(2) Perspective view of metal lead frame (Nichia '411 Figure 3)**



Cross-sectional line

**(3) Cross section of metal lead frame**



**(4) Device resulting from lead frame**



*See also* '411 Patent, FIG. 11.  As shown, the resulting device includes resin under metal on four outer lateral sides.  As I have explained, a POSITA would have understood this device to be what the '411 Patent describes by its various disclosures relating to etching a lead frame to result in concavities and convexities in the cross-sectional surface of the notch part.

38

91.     The resin below the upper surface of the lead improves adhesion of the resin part to the leads by increasing the mechanical engagement, and area on which the lead is surrounded by resin.  The increased mechanical engagement (and large area of engagement) allows the resin to grip the lead better, resulting in improved adhesion.  Specifically, because of the shape of the concavities and convexities, there is resin under the metal, which provides for additional grip along a vertical axis (with respect to the horizontal orientation of the leads).  This grip along a vertical axis helps to prevent delamination during singulation.  This is important, because during singulation, when the lead frame is cut, the cutting process can result in vertical forces being applied to the resin as well as metal.[5] These forces are naturally different for resin and metal. As a result, the vertical forces tend to peel the resin away from the metal lead frame.  Resin underneath the metal during singulation improves the mechanical engagement of resin and metal and therefore helps preventing peel off.

92.     Peeling processes naturally start from the outer edges of a laminated structure, *i.e.* from the lateral side surfaces of a resin package.  This is where the mechanical interaction of the singulation saw with resin and metal occurs. It is particularly important to prevent the peeling process at the locations where it starts, *i.e.* at the lateral side surfaces.  In claim 1, peeling-preventing features are advantageously provided at all four side surfaces.

93.     The '411 Patent explains that the concavities and convexities that improve adhesion are not generally illustrated with respect to the "Example 1" that is describing what is shown in the first three figures of the patent.  '250 Patent, 17:48-51.  Notwithstanding this, it is clear from the detailed description that the concavities and convexities (that result from etching

---

[5] There are friction forces between a saw blade and the substance being sawed. The forces' direction is vertically upward or downward depending on the saw blade's cutting direction (upward or downward). The friction forces exerted by the saw blade on resin and metal are naturally different so that there is a tendency for peeling and delamination.

the notch parts 21a) cause resin to be located below metal (*i.e.* "resin under metal"). This is further illustrated, for example, by FIG. 11 of the '411 Patent, which I have annotated below to show the concavity/convexity surrounded by a green circle:



FIG. 11 (annotated); *see also* '250 Patent, 15:53-56 ("[T]he etched leads 322 have a concavity and convexity. This concavity and convexity improve adhesion between the resin part and leads."). There is a concave profile with respect to the leads 322 in the figure above. This concave profile is mirrored by the convex profile in the resin 325 in the figure above, at the interface between the leads and the resin shown in the annotated green circle.

94.     The embodiment of FIG. 11 illustrates the described concavity and convexity with respect to two of the outer lateral surfaces (the one shown explicitly, the other by implication due to the symmetry of the lead frame). The same concavity and convexity illustrated here are described with respect to the other embodiments in the '411 Patent, such as the "Example 1" shown in FIGS. 1-3. '250 Patent, 17:48-51. In the embodiment of "Example 1", the concavity/convexity would be on all four outer lateral surfaces. This is apparent, for example, due to the symmetry of the lead frame shown in FIG. 3, and the description explaining that each of the notch parts 21a are provided by etching, thereby forming a concavity and convexity in the cross-sectional surface of the notch parts 21a.

Schubert Declaration

95.     Given the description in the '411 Patent regarding the need for improved adhesion, and given the description of how the concavities and convexities (resulting from the etched notch parts) result in improved adhesion, specifically due to the resin wrapping around and *filling in underneath the leads*, one of skill in the art would have understood the term "disposed in a region below the upper surface of the metal part" to reflect the adhesion benefits of having resin in the region below the metal part at the outer lateral surfaces.  Accordingly, in view of the specification of the Patents-in-Suit, the proper construction is "wherein both a part of the metal part and a part of the resin part are disposed in a region underneath an upper surface of the metal part, on four outer lateral surfaces of the resin package."

### 3.   *The prosecution history is consistent with Nichia's proposed construction*

96.     I have considered the prosecution history of the '411 Patent.  I understand that this is part of the intrinsic record, and should be considered when construing a claim term.  In my opinion, the Examiner's statement in his explanation for why the claims are allowable supports the plain and ordinary meaning of the claim term requiring resin below metal.  In the Notice of Allowance issued by the PTO on October 12, 2016, the Examiner stated the following:

> *Sorg et al* US (2004/0106234 Al) … *does not disclose or suggest the limitation* "wherein both a part of the metal part and a part of the resin part are disposed in a region below an upper surface of the metal part on four outer lateral surfaces of the resin package", *because Sorg et al disclose in Fig. 1 the resin part 6 which is an encapsulation material* (paragraph 0008) which transmits electromagnetic radiation (paragraph 0053) *above the metal part 2 and 3* (paragraph 0007), and Sorg et al also disclose a carrier 9 (paragraph 0008) which is a polyimide in an embodiment (paragraph 0021) and *Sorg et al also discloses that it is not desirable to have encapsulation material on the underside of the leadframe (paragraph 0060), which is a disclosure that it is not desirable to have encapsulation material below the upper surface of the*

> ***metal part***. Urasaki (JP2007/235085) was also cited in citation C3 of the IDS
> filed 9/29/2016.  Urasaki does not disclose all of the limitations of the allowed
> claims, for example Urasaki does not disclose or suggest the limitation "both a
> part of the metal part and a part of the resin part are disposed in a region
> below an upper surface of the metal part on four outer lateral surfaces of the
> resin package" as seen in the Figures.

Ex. D, p. 2-3 (emphasis added).

97.     In other words, the Examiner was stating that in his interpretation of the Sorg et

al. reference, it taught "that it is not desirable to have encapsulation material on the underside of

the leadframe (paragraph 0060), which is a disclosure that it is not desirable to have

encapsulation material below the upper surface of the metal part." *Id*.  The Examiner stated that

the encapsulation material corresponded to the resin part 6, and apparently understood Sorg et al.

to discourage "hav[ing] encapsulation material below the upper surface of the metal part." *Id*.

The Examiner based this understanding on a teaching that "it is not desirable to have

encapsulation material on the underside of [i.e. underneath] the lead frame." *Id*.  Thus, the

Examiner at the time of allowing the claims, appears to have understood "wherein both a part of

the metal part and a part of the resin part are disposed in a region below an upper surface of the

metal part, on four outer lateral surfaces of the resin package" to require resin below (on the

underside of, or underneath) metal on the four outer lateral surfaces of the resin package.

98.     It is my understanding that Nichia, as the applicant, subsequently filed a response

entitled Comments on Statement of Reason for Allowance, addressing other aspects of the

Notice of Allowance ***but not disputing the above-quoted comments of the Examiner***.  *See* Ex.

L, pp. 1-2.  This history suggests that both the Examiner and Nichia, as the applicant, recognized

the plain and ordinary meaning of the claim term that Nichia is advancing in this proceeding.

This consistency is contrasted by Petitioner's broadening construction that is not supported anywhere in the intrinsic record.

### 4. *Defendants' apparent interpretation is wrong*

99.     I understand that Defendants have taken the position that this term does not require construction, and should be given its plain and ordinary meaning.

100.     However, I further understand that Defendants have taken the position that their "plain and ordinary meaning" construction would encompass "on each of the four outer lateral surfaces of the resin package, at least a metal part and a resin part are positioned below the height of the top surface of the metal part." *See, e.g.*, Joint Claim Construction Chart of April 15, 2019 (Dkt. 201-1) (prior Joint Chart).  I disagree that this is consistent with the plain or ordinary meaning, or consistent with the Patents-in-Suit.  Instead, such an interpretation would improperly modify the scope of the claim as written in three ways: (1) by replacing "below" with "below *the height of*;" (2) by replacing "an upper surface" with "the *top surface*;" and (3) by eliminating the claimed "region."

101.     It would be immediately apparent to one of skill in the art that the scope of "a region below an upper surface" is fundamentally different than "positioned below the height of the top surface."  For instance, by adding the words "the height of" to the original words of the claim, Defendants' construction alters the geometric relationship of the resin and metal.  The un-altered claim requires resin below metal.  In contrast, <u>Defendants' re-written claim covers resin next to or between metal parts</u>.[6] This distinction can be visually understood as follows:

---

[6] This is equally applicable to interpreting the claim to merely require "at a lower level than," as suggested by Defendants' cited evidence. *See* Joint Chart, p. A12 (dictionary definition including "at a lower level than").



Not only is this contrary to what the claim says, but also contrary to the purpose of the feature, in which resin under metal improves adhesion.  *See* discussion above in Section VI(C)(2).

102.    Defendants' apparent interpretation, in effect, introduces the concept of a "plane."  That is, their construction would mean that resin must only be below a plane defined by the "height of" or the "level" of the "top surface."  This is wrong.

103.    First, it is improper because it imports language into the claim that is not plainly suggested, and that acts in this case to broaden the claim beyond its ordinary meaning.  Second, it is also improper because the upper surface of the metal part does not define a plane in all embodiments, and thus Defendants' construction is at odds with the specification.  Specifically, in the claimed embodiment—where etching results in concavities and convexities in a cross-sectional surface of the notch parts, which leads to resin below metal, as discussed above—the upper surface of the metal part includes concavities so that the upper surface of the metal part does not lie within a single plane.  That is, in such embodiments there is not a plane defined by the upper surface of the metal part, and it would therefore be improper to construe the claim to refer to one.  Third, nothing in the context of the claim or the '411 Patent would suggest to one of skill in the art that what the claim term really means is resin below a plane defined by the upper surface of the metal part.   For example, when the '411 Patent refers to the upper surface of the leads, it is referring to an actual, physical surface and not a theoretical plane.  *See, e.g.*, '250 Patent, 5:65-6:1, 13:10-14, 14:13-15.

104.    Moreover, one of skill in the art would not read the claim as Defendants suggest, in part, because it would lead to absurd results, such as resin that is merely next to or between leads being considered "below."   That is, the claim would cover devices where there isn't actually resin below metal.  Such an issue occurred in an *inter partes* review (IPR) of the '411 Patent.  I note that Defendants have specifically cited that IPR in their proposed evidence.  *See* Joint Chart, p. A12 ("IPR2018-00386").

105.    In that proceeding, the Petitioner attempted to use prior art that had resin between, but not underneath, the leads.  *See* Ex. J.  I have illustrated their position below:



In my opinion, this is an unnatural read of the claims.

106.    Finally, I see no reason why an "upper surface" should be replaced by the "top surface" or why the word "region" should be eliminated from the claim.  These terms are easily understood, and would cause no confusion in applying the claims to the prior art or accused products.  In particular, eliminating "region" from the claim is problematic.  In the original claim, as written, there is a region, that region is below an upper surface of the metal part, and the claim requires that there be two things disposed in that region—a part of the resin part and a part of the metal part.  Thus, any interpretation of the phrase "disposed in a region" must acknowledge that the region is bounded by being below an upper surface of the metal part.  If Defendants' construction covers a region that is not below an upper surface of the metal part, such a region cannot be the claimed region.

107.    Should Defendants proffer any additional evidence or expert testimony that they

assert supports their construction, I will address that evidence and/or testimony if asked to do so.

**D.    "The Cutting Step Being Performed such that an Outer Surface of the Resin Part and an Outer Surface of the at Least One Lead are Planar at an Outer Side Surface of the Resin Package" – '250 Patent Claim 1**

| Nichia's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| The term "planar" is already construed; the remaining words of the claims should be given their plain and ordinary meaning. | "the cutting step being performed to form an outer side surface of the resin package where the at least one lead has an exposed surface at a bottom edge that is planar with an exposed surface of the resin part." |

108.    In my opinion, aside from the agreed construction of "planar" (*see* Section V), this claim term should be given its plane and ordinary meaning.  There is nothing unclear about the remainder of this phrase, and no reason to add requirements.

109.    Claim 1 reads:

1. A method of manufacturing a light emitting device, the method comprising:

providing a lead frame comprising at least one notch;

plating the lead frame;

after plating the lead frame, providing an upper mold on a first surface of the plated lead frame and a lower mold on a second surface of the plated lead frame, and transfer-molding a thermosetting resin containing a light reflecting material in a space between the upper mold and the lower mold to form a resin-molded body; and

***cutting the resin-molded body and the plated lead frame*** along the at least one notch to form a resin package, the resin package comprising a resin part and at least one lead, and ***the cutting step being performed such that an outer surface of the resin part*** and ***an outer surface of the at least one lead*** are ***planar*** ***at an outer side surface*** of the resin package,

wherein ***the plated lead frame is cut*** so as to form an unplated outer side surface on the lead.

Schubert Declaration

As shown above, the claim itself is clear regarding what is planar, and where: it is "an outer surface of the resin part" and "an outer surface of the at least one lead" that are "planar," and they are planar "at the outer side surface."  In this respect, the claim is consistent with what is shown throughout the specification regarding the singulated devices that result from "cutting." *See, e.g.*, '250 Patent, 17:8-18:24 ("The resin part 25 and leads 22 are formed in the substantially same plane in the outer side surfaces 20b of the resin package 20"), 3:60-61 ("wherein a resin part and a lead are formed in a substantially same plane in an outer sided surface"); FIGs. 1, 2, 4, 6, 9, 11, 12, and 13.

110.    Moreover, the words of this phrase are used in their customary way.   For example, "the cutting step" clearly refers to the step requiring "cutting the resin-molded body and the plated lead frame along the at least one notch to form a resin package."  Cutting is used in its customary way.  Indeed, the Texas court found that the phrase "cutting the resin-molded body and the plated lead frame along the at least one notch to form a resin package" should be given its plain and ordinary meaning.  The phrase also notes that the cutting step is performed such that two surfaces (*an outer surface of the resin part* **and** *an outer surface of the at least one lead*) are planar at a specific location (*an outer side surface* *of the resin package*).  Because the parties have agreed on what it means to be planar, and the phrase simply specifies what is planar and where the planarity occurs, I see no reason why further construction is necessary.  The names of the surfaces recited are clear, and Defendants' proposed construction does not clarify them.  (Indeed, the construction introduces the notion of "an exposed surface at a bottom edge" that is not present in the claims, and does not help to clarify the language.)  I note that during the Everlight trial I was able to testify regarding validity and infringement of the '250 Patent using

the plain language of this phrase without issue. It did not cause any confusion; there was nothing to suggest that construction was required.

111. I understand that Defendants have taken the position that this phrase should be construed as "the cutting step being performed to form an outer side surface of the resin package where the at least one lead has an exposed surface at a bottom edge that is planar with an exposed surface of the resin part." I disagree.

112. In my opinion Defendants' construction is improper. As explained above, the claim already explicitly says what is planar, and where. Defendants' additional restrictions on planarity are unnecessary given the plain language of the claim. Furthermore, the additional requirement in Defendants' construction that the planarity be with respect to "a bottom edge" of an "exposed surface" of the at least one lead is not supported by the intrinsic evidence. Indeed, the '250 patent does not even use the word "edge" or "bottom edge" anywhere, let alone in connection with describing planarity of the lead.

113. I understand that, in support of their construction, Defendants have identified a list of figures (FIGS. 1, 3, 4, 6, 7, 9, 10, 12, and 13) and a single passage of the specification ('250 Patent, 11:58-59). Joint Chart, p. A14. From the view of a POSITA, none of these relied-upon portions would suggest that the claim should be re-written in the manner proposed by Defendants. Should Defendants proffer any additional evidence or expert testimony that they assert supports their construction, I will address that evidence and/or testimony if asked to do so.

### E. "Inner Side Wall Surface" – '250 Patent Claim 12

| Nichia's Proposed Construction | Defendants' Proposed Construction |
|---|---|
| Not indefinite | Indefinite |

114.   The term "inner side wall surface" appears in claim 12 of the '250 Patent, which requires "wherein a[n] **inner side wall surface** of the lead frame surrounding the at least one notch comprises concave portions."

115.   I understand that Defendants have asserted that the term "inner side wall surface" renders claim 12 of the '250 Patent indefinite.  I further understand that at this time, Defendants have not identified any evidence, or articulated any specific reason or argument, in support of their position.  Should Defendants provide evidence, specific reasons, or arguments regarding this term, I will respond.

116.   In my opinion, and based on my review of the claim language and the specification of the '250 Patent, the term "inner side wall surface" would have informed one of ordinary skill in the art of the scope of the claims with reasonable certainty.  Nothing about the scope of the claim is unclear.

117.   The phrase uses the words *inner*, *side*, *wall*, and *surface* in their typical way and consistent with their ordinary meaning.  *See* Webster's Unabridged Dictionary of the English Language, PHR Press (2001) (Ex. H), p. 984 (inner – "1. situated within or farther within; interior: an inner door."), 1776 (side – "1. one of the surfaces forming the outside of or bounding a thing, or one of the lines bounding a geometric figure"), 2139 (wall – "4. A wall-like, enclosing part, thing, mass, etc."), 1914 (surface – "1. the outer face, outside, or exterior boundary of a thing; outermost or uppermost layer or area").  Simply put, this claim element refers to the location (inner side) of the walls of the notches of the lead frame of claim 12.  As such, the term would have been clear to a POSITA.

118.   This feature can also be understood with reference to the specification.  *See, e.g.*, '250 Patent, 12:52-57 ("Further, not only the upper surface of the lead frame 21, but also the <u>side</u>

surfaces corresponding to the notch parts 21a adhere to the resin-molded body 24, so that the adhesion strength between the lead frame 21 and resin-molded body 24 is improved.") (emphasis added).  As explained in the '250 Patent:

> Although a metal plate of a flat plate shape can be used for a lead frame, a metal plate in which differences in level or concavity and convexity are provided can be used.
> The lead frame is formed by, for example, punching or etching a metal plate of a flat plate shape. A <u>concavity and convexity</u> are formed in a sectional shape of the etched lead frame, so that it is possible to improve adhesion between the lead frame and resin-molded body.

8:45-53 (emphasis added); *see also* 15:53-56 ("An etched lead frame is used for the leads 322. In the cut surface of the resin-molded body, the etched leads 322 have a concavity and convexity. This concavity and convexity improve adhesion between the resin part and leads."); *see* claim 12 ("wherein a[n] <u>inner side wall surface</u> of the lead frame surrounding the at least one <u>notch comprises concave portions</u>.") (emphasis added).  Additionally, "not only the upper surface of the lead frame 21, but also the <u>side surfaces</u> corresponding to the notch parts 21a adhere to the resin-molded body 24, so that the adhesion strength between the lead frame 21 and resin-molded body 24 is improved."  *Id.* at 12:52-57 (emphasis added); *see also*:



FIGS. 2 and 3 (annotated to indicate the "<u>side surfaces</u> corresponding to the notch parts 21a," 12:52-57 (emphasis added)); 5:57-59; 17:48-51 ("The lead frame is provided with the notch parts

21a by etching.  Although not illustrated, <u>a concavity and convexity</u> are formed in the cross-sectional surface of the notch part 21a.") (emphasis added).  The use of this term would have informed one of ordinary skill in the art of the scope of the claims with reasonable certainty.

## VII.   **RESERVATION TO RESPOND TO OPINIONS AND EXTEND REMARKS**

119.   I have reviewed the Joint Claim Construction Chart submitted by the parties on June 30, 2021.  However, I understand Defendants have not yet submitted an expert declaration in support of their positions.

120.   Accordingly, I reserve the right to amend or supplement my opinions if additional relevant information becomes available.  I specifically reserve the right to amend or supplement my opinions upon further discovery, production of additional information, and/or the submission of specific arguments or evidence by Defendants and/or their declarant(s), including the identification of intrinsic or extrinsic record evidence Defendants contend support their positions.

121.   I have not yet prepared any demonstrations or demonstrative charts, presentations or other exhibits to summarize or explain my opinions, but may do so if asked to.

122.   I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: August 26, 2021

Respectfully submitted,


Dr. E. Fred Schubert

Schubert Declaration

# APPENDIX A

## Curriculum Vitae: E. Fred Schubert

### Contact information

Department of Electrical, Computer, and Systems Engineering
Rensselaer Polytechnic Institute
110 Eighth Street, Troy, NY 12180
Telephone 518-276-8775 (office); Cell phone 518-253-3762
Email: EFSchubert@rpi.edu Homepage: http://www.rpi.edu/~schubert

### Citizenship

Born in Stuttgart, Germany (1956)
Naturalized United States Citizen (1995)

### Education

| | | | | |
|---|---|---|---|---|
| *University of Stuttgart* | Electrical Engineering | Vordiplom | (U. S. equivalent BSEE) | 1978 |
| *University of Stuttgart* | Electrical Engineering | Diplom Ingenieur (Honors) | (U. S. equivalent MSEE) | 1981 |
| *Oregon State University* | Electrical Engineering | Exchange Student | | 1977–1978 |
| *University of Stuttgart* | Electrical Engineering | Doktor Ingenieur (Honors) | (U. S. equivalent Ph.D.) | 1986 |

### Current appointment

2002 – present:   Professor, Department of Electrical, Computer, and Systems Engineering; Rensselaer Polytechnic Institute, Troy NY

### Previous appointments

2002 – 2015:   Head and Founder of the Future Chips Constellation; Rensselaer Polytechnic Institute

2002 – 2015:   Wellfleet Senior Constellation Professor, Future Chips (Chaired Professor); Rensselaer Polytechnic Institute

2002 – 2012:   Professor Department of Physics, Applied Physics, and Astronomy; Rensselaer Polytechnic Institute

2008 – 2009:   Director, Founding Director, and Principal Investigator, NSF Engineering Center for Smart Lighting, Rensselaer Polytechnic Institute

2002 – 2003:   Adjunct Professor, Boston University

1995 – 2002:   Professor, Boston University, Department of Electrical and Computer Engineering; Director of the Semiconductor Devices Research Laboratory; Affiliated Faculty of the Photonics Center.

1988 – 1995:   Member of Technical Staff; Principal Investigator; and Member of Management at AT&T Bell Laboratories in Murray Hill, New Jersey.

1985 – 1987:   Post-Doctoral Member of Technical Staff at AT&T Bell Laboratories in Holmdel, New Jersey.

1981 – 1985:   Scientific Member of Staff in the Department of Solid-State Chemistry at the Max Planck Institute for Solid State Research in Stuttgart, Germany. Ph.D. Dissertation title: "Modern Schottky gate field-effect transistors based on III–V semiconductors"

### Fields of Technical Expertise, Hands-on Experience, and Teaching

- Expertise, hands-on experience, and teaching in semiconductor opto-electronics including the following devices: LED, semiconductor laser, vertical cavity surface-emitting laser (VCSEL), solar cell, photo-detector, LED displays, micro-LED displays, and LCD displays. The activities include the design, fabrication, processing, and packaging of the devices, and the use of the devices in circuits and systems. (1981 to present)

- Expertise, hands-on experience, and teaching in semiconductor electronics including the following devices: MESFET, HFET, MOSFET, CMOS-FET, LDD MOSFET, LD MOS FET, FinFET, GAA FET, Vertical MOSFET (high-power MOSFET), thyristor, GTO thyristor, and IGBT. The activities include the design, fabrication, processing, and packaging of the devices, and the use of the devices in discrete and integrated circuits. (1979 to present)

- Expertise, hands-on experience, and teaching in thin-film deposition of metal, semiconductor, and insulator

Curriculum Vitae Alfred Schubert

films by PVD (physical vapor deposition) and CVD (chemical vapor deposition) including PECVD (plasma enhanced CVD), MOCVD (metal-organic CVD), ALE (atomic layer epitaxy), ALD (atomic layer deposition), and bulk crystal growth (AlN, GaN, and sapphire). Epitaxial growth of silicon, III-V arsenide, phosphide and nitride epitaxial layers on GaAs, sapphire, Si, and GaN substrates by epitaxy including molecular beam epitaxy (MBE), metal-organic chemical vapor deposition (MOCVD), and vapor-phase epitaxy (VPE). High-k materials, low-k-materials, phosphors, resins, polymers, encapsulants, alloy semiconductors and their deposition technologies such as epitaxy, CVD, and PVD. Doping of semiconductors by various means including delta doping and atomic monolayer doping. (1981 to present)

- Expertise, hands-on experience, and teaching in the design, operation, and usage of semiconductor devices in lighting systems, communication systems, and power-supply systems and in the analysis and development of LED power supplies using Boost and Buck Converters. (1993 to present)

## *Technical Research Activities*

- Design, development and fabrication of a Si pressure sensor based on the piezo-resistivity of Si using a bridge configuration of four thin-film Si resistors (1979 – 1980)
- Design of a electro-optic Mach-Zehnder Interference Modulator based on Lithium niobate ($LiNbO_3$) operating at a wavelength of 1300 nm (1980 – 1981)
- First study of hot electron effects in selectively doped $Al_xGa_{1-x}As/GaAs$ heterostructures (1983)
- Demonstration and elimination of parallel conduction in $Al_xGa_{1-x}As/GaAs$ heterostructures (1984)
- First analysis of semiconductors doped with simultaneously shallow and deep donors (1984).
- Development and use of thyristor circuits (including GTO thyristor circuits) for the control of a lamp heating system (1984 – 1985)
- Proposal and demonstration of the $\delta$-doped field-effect transistor. Short-channel effects in sub-micron field-effect transistors can be reduced to their theoretical minimum by using $\delta$-doped structures (1985)
- Development of the theory of alloy broadening in luminescence spectra of alloy semiconductors such as $Al_xGa_{1-x}As$. The current understanding of the low-temperature spectral linewidths of ternary and quaternary alloy semiconductors is based on this theoretical model. The publication analyzing the phenomenon of alloy broadening has been referenced far in excess of 100 times (1984)
- First demonstration of a light-emitting diode with a doping superlattice active region (1985)
- Application of $\delta$-doping to selectively doped heterostructures; Demonstration of high-electron-mobility transistors (HEMTs) with highest free electron concentrations; Analysis of structures by SEM, TEM, and SIMS (1986).
- Demonstration of delta-doped non-alloyed ohmic contacts with very low contact resistance and subsequent demonstration of self-aligned field-effect transistor with delta-doped non-alloyed ohmic contacts (1986)
- Demonstration of the spatial localization of dopants within 20 Å for a number of doping elements in delta-doped semiconductors including GaAs and Si for MESFET and lightly-doped drain (LDD) MOSFET applications and the analysis of delta-doped structures by SIMS (secondary ion mass spectrometry) (with colleague Henry S. Luftman, 1983-1995)
- Significant improvement of the optical properties of doping superlattices by employment of delta doping. Improvement is demonstrated by the first observation of quantized interband transitions in the absorption (1988) and in the emission spectra (1989)
- First demonstration of tunable doping superlattice laser (1989)
- First quantitative analysis of the capacitance-voltage (CV) profiling technique in semiconductors with quantum-confined carriers. Demonstration that resolution of CV profiles in quantum-confined semiconductors is not limited to the Debye screening length (1990)
- Invention and demonstration a new concept by which heterojunction band discontinuities occurring between two different semiconductors are eliminated. The *elimination of heterojunction barriers* is based on parabolic compositional grading of doped heterojunctions. This concept is widely used in the fabrication of vertical cavity surface emitting lasers and other heterojunction devices (1991)
- Invention and first demonstration of resonant cavity light-emitting diode (RCLED) which uses photon quantization in microcavities to enhance the spontaneous emission properties (1992)
- Demonstration of giant enhancement of luminescence intensity in Er-doped $Si-SiO_2$ microcavities (1992)
- First demonstration of a resonant-cavity detector which is useful for wavelength-selective detection (1993)

Curriculum Vitae of Fred Schubert

- Demonstration of resonant-cavity light-emitting diode (RCLED) with very high brightness. The experimental brightness of the RCLED is five times higher than that of conventional LEDs. Based on calculations, the brightness of RCLEDs is expected to exceed that of conventional LEDs by more than a factor of ten (1994)
- Demonstration of delta doping in silicon for the fabrication of scaled-down Si lightly-doped drain (LDD) MOSFETs for integrated circuits (Si ICs) (with colleague Dr. H. J. Gossmann, 1990 − 1995)
- Invention of a new concept, *superlattice doping*, for enhanced p-type doping of GaN. All acceptors in GaN are deep, resulting in a low electrical acceptor activation of only 5 %. The new concept of superlattice doping is expected to increase the electrical activation of acceptors by more than a factor of ten (with post-doctoral associate Dr. W. Grieshaber, 1995)
- Investigation of yellow luminescence in GaN and the use of microcavity effects in Ag / GaN / sapphire structures to determine the refractive index of GaN (with post-doctoral associate Dr. W. Grieshaber, 1996)
- Demonstration of the first GaN / GaInN double heterostructure laser. The laser has cleaved facets and was optically pumped. Laser action was demonstrated by (*i*) a threshold in the light-versus-current characteristic, (*ii*) spectral narrowing below $kT$ above threshold, (*iii*) a TE / TM polarization ratio greater than one hundred above threshold, and (*iv*) increased slope efficiency with increasing back-side facet reflectivity (with graduate student D. A. Stocker, 1997)
- Co-inventor of photonic-crystal light-emitting diode, PC-LED, jointly with group of Prof. John D. Joannopoulos at MIT (publication by Shanhui Fan *et al*. appeared in *Physical Review Letters* in 1997; US patent 5,955,749 was issued in 1999)
- First demonstration of crystallographic etching of GaN (with graduate student D. A. Stocker, 1998). The discovery, crystallographic etching, can be implemented by wet chemical etching, including photo-enhanced electrochemical (PEC) wet etching. The discovery is widely used in the LED industry to strongly enhance light extraction from LED chips and is found in LED light bulbs.
- Experimental demonstration of a ten-fold enhancement of p-type doping activation in $Al_xGa_{1-x}N$/GaN doped superlattices as compared to bulk GaN and $Al_xGa_{1-x}N$ (with graduate students D. A. Stocker and I. D. Goepfert, 1999)
- Invention and demonstration of the photon-recycling semiconductor light-emitting diode (PRS-LED) which emits *white* light and many other colors with very high luminous performance of > 300 lm/W (with graduate students X. Guo and J. W. Graff, 1999). Invention of the monolithically integrated GaInN/GaN PRS-LED (with graduate students X. Guo and J. W. Graff, 2000)
- Invention and demonstration of polarization-enhanced ohmic contacts in p-type and n-type GaN (with graduate students Y.-L. Li and J. W. Graff 2000)
- Invention and demonstration of AlGaInP light-emitting diode with omni-directional reflector (ODR) for high light extraction efficiency (with post-doctoral associate Th. Gessmann and graduate student J. W. Graff, 2001)
- Developed novel model for high diodes ideality factors ($n$ >> 2.0) in UV LEDs based on multiple rectifying elements (with graduate student J. M. Shah and Prof. Th. Gessmann, 2003)
- Developed new class of materials, low-refractive index materials, or low-$n$ materials, with an unprecedented low refractive index of $n$ < 1.10; use of these materials as low-$k$ materials for inter-metal-layer dielectrics in Si lightly-doped drain (LDD) MOSFETs in conjunction with ALD-deposited high-$k$ gate dielectric MOSFETs for integrated circuits (Si ICs) (with Dr. Jong Kyu Kim, "JQ" Xi, Professors Joel Plawsky, Bill Gill, starting in 2003)
- Developed theory for temperature coefficient of forward voltage in light-emitting diodes, particularly UV light-emitting diodes (with graduate student Yangang "Andrew" Xi, Dr. Jong Kyu Kim, and collaborators at Sandia National Laboratories, 2004, 2005)
- Invented highly efficient "remote phosphor configurations" in white light-emitting diodes (with Jong Kyu Kim, Hong Luo, and collaborators at SAIT-Samsung) (2004, 2005)
- Discovered whispering gallery modes in white LEDs with remote phosphors (with graduate student Hong Luo, Jong Kyu Kim, Yangang "Andrew" Xi, and collaborators at SAIT-Samsung, 2005)
- Developed graded-index antireflection coatings that, unlike conventional anti-reflection coatings, have broadband omni-directional characteristics; the graded-index antireflection coatings use novel low-$n$ materials (with Jingqun "JQ" Xi, Jong Kyu Kim, 2007)
- Developed efficiency-droop reducing GaInN / GaInN and GaInN / AlGaInN LED active regions grown by MOCVD and ALE that were demonstrated to reduce the efficiency droop by as much as 40% (with Jong Kyu Kim, Martin F. Schubert, Di Zhu, Jiuru Xu, Mary Crawford, and Dan Koleske, starting in 2007)
- Developed analytic model for efficiency droop based on drift-induced reduction of the carrier-injection

efficiency (with Guan Bo Lin, Jaehee Cho, and others, 2012)

## *Honors and awards*

- Google Scholar profile, including the Hirsch-index (h-index) can be found at < http://scholar.google.com > under profile "E. Fred Schubert"
- Elected to *Senior Member* of the *IEEE* "in recognition of professional standing" (1993)
- Recipient of the Literature Prize of the *Verein Deutscher Elektrotechniker* (*VDE*) for "Doping in III–V semiconductors" (Cambridge University Press, Cambridge, 1993). Citation: "The book concerns all aspects of doping in III–V semiconductors. Fundamental, practical, and technological issues of doping are addressed. The book covers the basic theory of shallow donors, shallow acceptors, deep levels, and their influence on the free carrier concentration. It also discusses doping during growth, epitaxy, diffusion, and ion implantation. In the field of semiconductor devices, the book emphasizes applications requiring highly controlled doping distributions. It is an excellent monograph equally suited for study, research, and industry" (1994)
- Elected as a member of the *Bohemian Physical Society* (Cornell University, Ithaca, NY). Citation: "For seminal contributions to the control of spontaneous emission by use of wavelength-size optical cavities, specifically the first demonstration in a glass host using rare earth implanted $Si/SiO_2$ resonant microcavities" (1994)
- Listed in "Who's Who In Science And Engineering" and "Who's Who in America" published by *Marquis Who's Who*, publishers of the original *Who's Who in America*. (*Marquis Who's Who*, New Providence, NJ) ISBN 0-8379-5755-9 (1996 – present)
- Elected Fellow *of the SPIE* "For pioneering research in semiconductor doping and sustained contributions to the development of high-efficiency light-emitting diodes and lasers". According to the Society's bylaws, a Fellow "shall be distinguished through his achievements and shall have made outstanding contributions in the field of optics, or optoelectronics, or in a related scientific, technical, or engineering field" (1997)
- Recipient of the *Alexander von Humboldt Senior Research Award* of the Alexander von Humboldt Foundation, a Bonn-based non-profit organization promoting the exchange of scientific knowledge between German and highly qualified foreign scholars. According to the Alexander von Humboldt Foundation, academic qualification is the only selection criterion for the award. The award resulted in two extended visits with the Microoptics Laboratory of Professor Jürgen Jahns at the University of Hagen, Germany (1999)
- Elected to *Fellow of the IEEE* "for contributions to semiconductor doping and resonant-cavity devices". According to the IEEE definition "the grade of Fellow is one of unusual professional distinction conferred by the Board of Directors only upon a person of extraordinary qualifications and experience" (1999)
- Listed in the "Dictionary of International Biography, 29th Edition" published by the *International Biography Center*, Cambridge, United Kingdom (2000)
- Recipient of the 2000 *Discover Magazine Award for Technological Innovation* presented by the *Christopher Columbus Foundation* in the category "Energy". The prize was awarded "for the invention and demonstration of the photon recycling semiconductor light-emitting diode", an all-semiconductor LED capable of emitting white light with very high efficiency, see < www.discover.com/awards > (2000)
- Recipient of the *RD100 Award* of the R&D Magazine that honors the "100 most technologically significant products of the year" (with Klaus Streubel of Osram-Sylvania Corp. and Rickard Marcks von Wurtemberg of Mitel Corp.). The prize was awarded for the "*Resonant-cavity light-emitting diode*" that uses enhanced spontaneous emission occurring in resonant cavities. The device is used in plastic optical fiber communication links, in telescopes for rifles, and many other applications (2000).
- Elected to *Fellow of the OSA* "for the invention and demonstration of the resonant-cavity LED and the photon-recycling semiconductor LED". OSA Fellows are elected by the OSA Board of Directors (2001)
- Recipient of the Boston University Provost Innovation Fund Award (Provost Dennis D. Berkey) valued at $ 25,000 for research and development of promising technologies (2001)
- Elected to *Fellow of the APS* "for pioneering contributions to the doping of semiconductors including delta doping, doping of compositionally graded structures resulting in the elimination of band discontinuities, and superlattice doping to enhance acceptor activation" (2001)
- Honored with RPI Medal as Senior Constellation Chair during Investiture Ceremony (2002)
- Received "2002 Rensselaer Polytechnic Institute Trustee Faculty Achievement Award" (2002)
- Inducted as Wellfleet Senior Constellation Professor, Future Chips, Rensselaer Polytechnic Institute, November 21 (November 2003)

- Distinguished Lecturer of the IEEE Electron Devices Society (2003–2006)
- Elected member in Eta Kappa Nu (2004)
- "Best Oral Presentation Award" was won by Ph. D. student Hong Luo (who was the presenter), J. K. Kim, Y. A. Xi, J. M. Shah, Th. Gessmann and E. F. Schubert "Improvement of extraction efficiency of GaInN light-emitting diodes by employment diffuse omni-directional reflectors" *Connecticut Microelectronics & Optoelectronics Consortium (CMOC)*, 14th annual symposium, New Haven CT, March 17 (March 2005).
- "Best Student Poster Award" of the *International Semiconductor Device Research Symposium (ISDRS)* was won by Ph. D. student J.Q. Xi (presenter), Jong Kyu Kim, Dexian Ye, Jasbir S. Juneja, T.-M. Lu, Shawn-Yu Lin, and E. Fred Schubert "Optical Thin Films with Very Low Refractive Index and Their Application in Photonic Devices", *International Semiconductor Device Research Symposium (ISDRS)*, Dec. 7–9, Bethesda, MD (December 2005)
- "MRS Silver Award" of the Materials Research Society was won by Ph. D. student Yangang Andrew Xi (who was the presenter), K. X. Chen, F. Mont, J. K. Kim, C. Wetzel, E. F. Schubert, W. Liu, X. Li, J. A. Smart "Extremely high quality AlN grown on (0001) sapphire by using metal-organic vapor-phase epitaxy" *Materials Research Society (MRS) Fall Meeting*, Boston MA, November 27 – December 1 (2006) Boston MA (December 2006)
- "25 Most Innovative Micro- and Nano-Products of 2007 Award" in July 2007 issue of *R&D Magazine* and *Micro/Nano Newsletter*. This recognition was given for the "Non-Reflective Coating" product that was published in *Nature Photonics* in 2007; full citation: Xi, J.-Q., Martin F. Schubert, J. K. Kim, E. F. Schubert, Minfeng Chen, Shawn-Yu Lin, Wayne Liu, and Joe A. Smart "Optical thin-film materials with low refractive index for broadband elimination of Fresnel reflection" *Nature Photonics* **1**, 176, March 2007 (July 2007)
- "Scientific American 50 Award" of 2007, as published in the January 2008 issue of *Scientific American*. According to the *Scientific American Magazine*, this award "celebrates visionaries from the worlds of research, industry and politics whose recent accomplishments point toward a brighter technological future for everyone" (January 2008)
- "Editors' Choice" of *Science Magazine*, *Science*, Volume **319**, page 1163, February 29 (February 2008). This distinction was awarded for the publication: Jong Kyu Kim et al., "Light-extraction enhancement of GaInN light-emitting diodes by graded-refractive-index indium tin oxide anti-reflection contact" that appeared in *Advanced Materials* **20**, 801, 2008 (February / March 2008)
- Received "2008 Rensselaer Polytechnic Institute Trustee Faculty Achievement Award" (2008)
- "Best Oral Presentation Award" won by David J. Poxson (who was the presenter), Frank W. Mont, Jong Kyu Kim, and E. Fred Schubert "Multilayer nano-structured anti-reflection coating with broad-band omni-directional characteristics" *Connecticut Microelectronics and Optoelectronics Conference* (*CMOC*), University of Connecticut, Storrs, Connecticut, April 9 (April 2008)
- "Best Oral Presentation Award" for presentation: David Meyaard, Sameer Chhajed, Jaehee Cho, E. Fred Schubert, Jong Kyu Kim, Daniel D. Koleske, and Mary H. Crawford "Temperature-dependent light-output characteristics of GaInN light-emitting diodes with different dislocation densities" *Connecticut Microelectronics and Optoelectronics Consortium* (CMOC) Symposium, New Haven CT, March 2 (March 2011)
- Identified as top 1% of patentees in the field of optoelectronics by study conducted by Professor Erica Fuchs of Carnegie Mellon University under a study supported by the US National Science Foundation (July 2011)
- Received "2012 Rensselaer Polytechnic Institute Trustee Faculty Achievement Award" (November 2012)
- My "LinkedIn" profile was one of the top 10% most viewed "LinkedIn" profiles during 2012 (January 2013)
- My graduate student, Mr. Ming Ma, received the $ 30,000.00 Lemelson-Rensselaer Student Prize for the invention entitled "Graded-refractive-index (GRIN) structures for brighter and smarter light-emitting diodes"; The Prize is awarded annually by the Lemelson Foundation (March 2013)

## *Service to the technical community*

- Current or former member of the *American Physical Society* (Member of the *Division of Materials Physics*, Member of the *Division of Condensed Matter Physics*), Institute of Electrical and Electronics Engineers, *Materials Research Society*, *Optical Society of America*, *Society for Optical Engineering* (*SPIE*), and the *Verein Deutscher Elektrotechniker*
- Co-author of hundreds of research articles, co-inventor of more than 30 United States patents, and numerous foreign patents (1981 – present)
- Gave many invited talks at scientific conferences organized by the *American Physical Society*, *Institute of Electrical and Electronic Engineers*, *Materials Research Society*, SPIE (*The International Society for Optical*

*Engineering*), *Electrochemical Society*, *American Vacuum Society*, *Engineering Foundation*, and other professional societies (1985 – present).

- Co-editor (with A. M. Glass) of a Special Issue of the *Journal of Optical and Quantum Electronics* (Vol. **22**, 1990) on "Charge-transport assisted optical non-linearities in semiconductors" (1990)
- Symposium chair of the *American Vacuum Society Greater New York and New Jersey Chapter* on "Epitaxially grown semiconductors with atomic level control" (1991).
- Moderator of MRS Internet discussion on "Doping and Dopants in GaN" (MRS Internet Journal, 1995 – 1997)
- Member of review panels of the National Science Foundation (1995 – present)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (1997)
- Technical work has been featured in popular journals, magazines and newspapers including the New Scientist, Discover Magazine, Wall Street Journal, Boston Globe, Focus, and on National Public Radio (1996 – present)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (1998)
- Program Committee Member: IEEE IEDM, International Electron Devices Meeting (1999 and 2000)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (1999)
- Program Committee Member: ISBLLED, International Symposium on Blue Laser and Light-Emitting Diodes, Berlin, Germany, March 5 – 10 (2000)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (2000)
- Conference Chair and Co-Organizer of the TMS- and ONR-sponsored conference on "Doping, Dopants, and Low Field Carrier Dynamics in Wide Gap Semiconductors", Copper Mountain, Colorado, April 2 - 6 (2000)
- Chair, IEEE LEOS, Central New England Chapter. During my tenure as Chair, the Central New England Chapter won the IEEE LEOS Chapter award for the highest membership growth (1999 – 2000)
- Expert Witness involving semiconductor materials, devices, and packaging including elemental and compound semiconductors such as Si, SiGe, SiC, as well as III–V arsenides, phosphides and nitrides (1998 – present)
- Member of the Board of Governors, IEEE Laser and Electro-Optics Society (LEOS) (1999 – 2000)
- Member of the Optoelectronics Industry Development Association (OIDA) Roadmap Panel on Solid-State Lighting, Albuquerque NM Oct. 26 – 28 (2000)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (2001)
- Panel Member of National Research Council meeting on "Solid State Lighting:" held at NAS and NAE, Washington DC, March 26 (2001)
- Program Committee Member of SPIE Photonics West conference on "Laser and LED Applications" chaired by Dr. Kurt Linden, San Jose CA Jan (2002)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose, CA (2002)
- Program Committee Member: ISBLLED, International Symposium on Blue Laser and Light-Emitting Diodes, Cordoba, Spain, March 11 – 15 (2002)
- Program Committee Member for subcommittee on "Semiconductor lasers and LEDs" for OSA Conference on Lasers and Electro-Optics and Quantum Electronics and Laser Science Conference (CLEO / QELS) (2002 – 2003) Baltimore MD June 1 – 6 (2003)
- Reviewer for the National Research Council of report entitled "Partnerships for Solid-State Lighting: Report of a Workshop" authored by the Board on Science, Technology, and Economic Policy. This report is forwarded to the US Congress for the initiation of a national Solid-State Lighting Initiative. (2002)
- Program Committee Member "Lester Eastman conference on high performance devices" University of Delaware, Newark, Delaware, August 6 – 8 (2002)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose CA (2003)
- OIDA Next Generation Lighting (NGL) Consortium. Member of "Light-Emitting Diode" Committee (2003)
- Program Committee Member, International Semiconductor Device Research Symposium (ISDRS) Washington DC, Dec. 8 – 12 (2003)
- Program Committee Member of "Display and Solid-State Lighting Devices" conference for OSA/IEEE

Curriculum Vitae of Fred Schubert

Conference on Lasers and Electro-Optics (CLEO) (2003 – 2004)
- Elected Member of the IEEE Electron Device Society Administration Committee (IEEE AdCom) (2003 – 2008)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose CA (2004)
- Program Committee Member "Fourth International Conference on Solid State Lighting" August 2 – 6 Denver, CO (2004)
- Program Committee Member for the "Blue 2004: Advanced LEDs and Lasers Conference" Hsinchu, Taiwan, May 10 – 12 (2004)
- Conference Chair of SPIE Photonics West conference on "Light-emitting diodes: Research, Manufacturing, and Applications" San Jose CA (2005)
- Program Committee Member "International Semiconductor Device Research Symposium" December 7 – 9 Washington, DC (2005)
- Chair of "Display and Solid-State Lighting Devices" conference of OSA/IEEE Conference on Lasers and Electro-Optics (CLEO) (2005)
- Best Oral Presentation Award (Presenter: Hong Luo) at *Connecticut Microelectronics & Optoelectronics Consortium* (CMOC), 14th annual symposium, New Haven CT, March 17 (March 2005)
- Conference Chair of MRS Spring meeting "Symposium DD: Solid-State Lighting Materials and Devices" San Francisco, April 17 – 21 (April 2006)
- Member on the International Advisory Committee of *First International Conference on Display LEDs* (ICDL 2007), Seoul, Korea, January 31 to February 2 (2007)
- Member, Program Committee of *SPIE Photonics West* conference "Light-Emitting Diodes: Research, Manufacturing, and Applications XI" San Jose, CA, January 20 – 25 (2007)
- Program Chair of *SPIE Photonics West* conference "Semiconductor Lasers and LEDs" San Jose, CA, January 20 – 25 (2007)
- Member, Executive Organizing Committee *SPIE Photonics West* conference "LASE 2007" San Jose, CA, January 20 – 25 (2007)
- Opto Track Chair of *SPIE Photonics West* conference "Semiconductor Lasers and LEDs" San Jose, CA, January 21 – 24 (January 2008)
- Member, Program Committee, Light-emitting diodes: Research, Manufacturing, and Applications, SPIE Photonics West 2008, San Jose, California, January 19 – 24 (January 2008)
- Program Committee Member of the 7th International Symposium on Semiconductor Light Emitting Devices (ISSLED-2008) held in Phoenix, Arizona (USA), April 27 – May 2 (April 2008)
- Member, Program Committee, China SSL 2008, Shenzhen Convention & Exhibition Center, China, July 24 – 26 (July 2008)
- Member, Program Committee, International Workshop on Nitride Semiconductors, IWN 2008, Montreux, Switzerland, October 6 – 10 (October 2008)
- Opto Track Chair of *SPIE Photonics West* conference "Semiconductor Lasers and LEDs" San Jose, CA, January 25 – 29 (January 2009)
- Guest Editor of Special Issue on *Solid-State Lighting* published in the *IEEE Journal of Selected Topic in Quantum Electronics*, July / August edition (August 2009)
- Honorable Conference Chair, 6th China International Forum on Solid State Lighting (China SSL), Shenzhen Convention & Exhibition Center, China, October 14 – 16 (October 2009)
- Program Committee Member, International Conference on Nitride Semiconductors (ICNS), Jeju, South Korea, October 18 – 23 (October 2009)
- Program Committee Member, The Second International Conference on White LEDs and Solid State Lighting, Taipei, Taiwan, December 13 – 16 (December 2009)
- Editor, *Compound Semiconductors and Energy Applications and Environmental Sustainability*, Materials Research Society (MRS) Symposium Proceedings Volume 1167 (MRS, Warrendale PA, 2009)
- Conference Chair, OPTO, *SPIE Photonics West 2010*, San Francisco, California, January 23 – 27 (January 2010)
- Guest Editor of Special Issue on *Light-Emitting Diodes* published in the *IEEE Transactions on Electron Devices* (January 2010)
- Program Committee Member, *8th International Symposium on Semiconductor Light Emitting Devices* (ISSLED), Beijing, China, May 16 – 21 (May 2010)

- International Advisory Committee Member of the 16th *Microoptics Conference* (MOC'10) held in Hsinchu, Taiwan, sponsored and endorsed by OSA and IEEE/Photonics Society and organized by National Chiao Tung University, Oct. 31 to Nov. 3 (October 2010)
- Member of Academic Committee of *China Solid-State Lighting Conference* (CHINA SSL 2010) Shenzhen, China, October 14 – 16 (October 2010)
- Conference Co-Chair, OPTO, *SPIE Photonics West 2011*, San Francisco, California, January 22 – 27 (January 2011)
- Executive Organizing Committee OPTO, *SPIE Photonics West 2011*, San Francisco, California, January 22 – 27 (January 2011)
- Program Committee Member of conference entitled: "Light-Emitting Diodes: Materials, Devices, and Applications for Solid State Lighting XV *SPIE Photonics West 2011*, San Francisco, California, January 22 – 27 (January 2011)
- Member of CLEO Subcommittee 15, entitled "LEDs, Photovoltaics and Energy-Efficient ("Green") Photonics" for the 2011 Conference on Lasers and Electro-Optics (CLEO), Baltimore, Maryland May 1 – 6 (May 2011)
- Member of the Academic Committee of the 8th China International Forum on Solid State Lighting (CHINA-SSL-2011) Guangzhou November 8 – 10 (November 2011)
- Program Committee Member of conference entitled: "Light-Emitting Diodes: Materials, Devices, and Applications for Solid State Lighting XV *SPIE Photonics West 2012*, San Francisco, California, January 21 – 26 (January 2012)
- Member of CLEO Subcommittee 15, entitled "LEDs, Photovoltaics and Energy-Efficient ("Green") Photonics" for the 2012 Conference on Lasers and Electro-Optics (CLEO), San Jose, California, May 6 – 11 (May 2012)
- Member of Academic Committee of the 9th China International Forum on Solid State Lighting (CHINA SSL 2012), Guangzhou, China, November 5 – 7, 2012 (November 2012)
- Program Committee Member of conference entitled: "Light-Emitting Diodes: Materials, Devices, and Applications for Solid State Lighting XVI *SPIE Photonics West 2013*, San Francisco, California, 2 – 7 February 2013 (February 2013)
- Member of CLEO Subcommittee in the topic area: "Science & Innovation 15: LEDS, Photovoltaics and Energy-Efficient ("Green") Photonics" for the CLEO 2013 conference, April 28 – May 3, 2013 in Baltimore, Maryland (May 2013)
- Member, International Advisory Committee of the International Conference on Advanced Electromaterials (ICAE 2013) held on Jeju Island, Korea, from November 12 – 15, 2013 (November 2013)
- Program Committee Member, *Solid State and Organic Lighting* (*SOLED*), OSA Topical Meeting, 3 – 7 November 2013, Marriott Tucson Star Pass, Tucson, Arizona, USA (November 2013)
- Co-Chair, OPTIC International Conference, Chung Li, Taiwan, National Central University, December 5 – 7, 2013 (December 2013)
- Program Committee Member of conference entitled: "Light-Emitting Diodes: Materials, Devices, and Applications for Solid State Lighting XVII" *SPIE Photonics West* 2013, San Francisco, California, 1 – 8 February (2014)
- Publication Committee Member, *5th International Conference on White LEDs and Solid State Lighting* (White LEDs), Jeju Island, Korea, May 25 – 28, 2014 (May 2014)
- Sub-Committee Chair of Track 6: Displays, Solid-State Lighting, Photovoltaics, and Energy-Efficient Photonics of *Asia Communications and Photonics Conference 2014* (ACP 2014). ACP is the largest and the most influential conference in Asia and Pacific Rim for communications and photonics technologies. ACP 2014, Shanghai International Convention Center, Shanghai, China, November 11 – 14 (2014)
- International Consultant of technical seminar of the 11th China International Forum on Solid State Lighting (SSL-China 2014) Guangzhou, China, November 6 – 8 (2014)
- Member of the International Advisory Committee of the 11th International Symposium on Semiconductor Light Emitting Devices (ISSLED 2017) held in Banff, Canada on October 8 – 13 (2017)
- Assisting the US Judicial Government Branch (various US District Courts), the USPTO (US Patent and Trademark Office) and the ITC (International Trade Commission) by serving as an independent Technical Expert Witness (1997 to present)

Curriculum Vitae of Fred Schubert

# Books

- ***Doping in III-V semiconductors*** (author) Hardback and paperback, 628 pages (Cambridge University Press, Cambridge, UK, 1993). The following excerpt is from a book review by D. L. Miller, *University of Pennsylvania*, University Park PA, which appeared in *Physics Today*, Oct. 1994, p. 71: "[...] Fred Schubert has written a book that very nicely fills two roles: It serves as a reference volume for those of us who use III-V materials, and it provides enlightening explanations of interesting and important problems in semiconductor physics. [...] Schubert, who is employed by AT&T Bell Laboratories, brings his extensive research involvement with III-V materials physics straight to this book. His lucid explanations of some of the important physics of doped semiconductors is a major strength. For example, the chapter on deep centers provides the clearest treatment of the DX center I can remember reading, and it uses the large lattice distortion model and configurational coordinates introduced for the DX center to describe the EL2 deep level. This book can also serve as an excellent reference volume, because it briefly describes epitaxial growth techniques and the doping methods used with them, catalogs dopant-related phenomena, describes characterization techniques and provides 45 pages of citations to published articles and books. [...] I will use it to help my graduate students in the physics of semiconductors. [...] It will certainly be available on my bookshelf, in part to remind me what the Burstein-Moss shift is and in part for the literally hundreds of references that it provides on nearly every topic related to III-V semiconductor doping. Because of its clarity in treating some interesting phenomena of modern semiconductor physics, you too might want to get a copy of this book, even if you believe that Ga and As are just poor alternatives for doping silicon"
- ***Delta doping in semiconductors*** (editor) Hardback and paperback, 616 pages (Cambridge University Press, Cambridge, U. K., 1996)
- ***Light-emitting diodes*** (author) Hardback and paperback, 328 pages (Cambridge University Press, Cambridge, UK, 2003). The following excerpt is from a book review by David Bour, *Agilent Laboratories*, Palo Alto CA, which appeared in *Physics Today*, Nov. 2004, p. 66: "[...] In "*Light-emitting diodes*", E. Fred Schubert provides an excellent review of the physics and technology of semiconductor LEDs. [...] Interesting anecdotes like [the first demonstration of electroluminescence], clearly written by someone with a broad perspective and expertise, appear throughout the book, making it enjoyable to read. [...] Schubert provides an excellent description of the undesirable [non-radiative] recombination pathway. [...] Schubert has made pioneering contributions to those devices, and this variety of LEDs may become more widely used in the future. [...] Overall, "*Light-emitting diodes*" is an excellent examination of the physics and technology of semiconductor LEDs. The narration is simple and direct, and the book is well referenced for those seeking a deeper understanding of the topic. Written for the graduate level, the text will appeal to a broad audience; and for specialists who make semiconductor LEDs and laser diodes, it will serve as a useful connection to the scientific literature."
- ***Light-emitting diodes, second edition*** (author) Hardback, 422 pages (Cambridge University Press, Cambridge, UK, 2006)
- ***Physical Foundations of Solid State Devices*** (author) eBook, 275 pages, ISBN-13: 978-0-9863826-2-8 (Google Books, Mountain View CA, 2015)
- ***Light-emitting diodes, 3rd edition*** (author) eBook, 672 pages with hundreds of colored illustrations, ISBN: 978-0-9 863826-6-6 (Google Books, Mountain View CA, 2018) "The 1st edition of the book "Light-Emitting Diodes" was published in 2003. The 2nd edition was published in 2006. The current 3rd edition of the book is a substantial expansion of the second edition and has 37 chapters. The book includes a thorough discussion of white light-emitting diodes (LEDs), phosphor materials used in white LEDs, packaging technology, and the various efficiencies and efficacies encountered in the context of LEDs. The background of light, color science, and human vision is provided as well. The fully colored illustrations of the 3rd edition are undoubtedly beneficial given the prominent role of light and color in the field of LEDs. The book is a comprehensive discussion of the LED, particularly its semiconductor physics, electrical, optical, material science, thermal, mechanical, and chemical foundations. The 3rd edition is published in electronic format in order to make the book affordable and easily accessible to a wide readership."

# Courses and laboratories developed at Boston University

- Developed first laboratory for "Physics of semiconductor devices" (SC-471) Fall (1998)
- Developed course "Quantum mechanics applied to semiconductor devices" (SC-574) Fall (1999)

Curriculum Vitae of Fred Schubert

- Developed course "Semiconductor light emitters" (SC-760) Fall (2000)
- Developed distance-learning course and NTU course on "Light-emitting diodes – Device physics and applications" Fall (2000)

### Courses taught at Boston University

- Undergraduate Course "Physics of semiconductor devices" (SC-471)
- Graduate course "Fiber optic communication systems" (SC-563)
- Graduate course "Quantum mechanics applied to semiconductor devices" (SC-574)
- Graduate course "Introduction to solid state physics of devices" (SC-577)
- Graduate course "Quantum electronics" (SC-700)
- Graduate course "Integrated optoelectronics" (SC-770)
- Graduate course "Compound semiconductor devices" (SC-771)
- Graduate course "Light-emitting diodes" (SC-760)
- Graduate course "Research seminar" (SC-860, SC-892)
- Other courses "Research", "Guided Study", "Master Thesis", and "Dissertation" (SC-900)

### Courses taught at Rensselaer Polytechnic Institute

- Graduate Course "Semiconductor devices and models II" (ECSE-6290)
- Undergraduate course "Microelectronics technology" (ECSE-2210)
- Undergraduate course "Fields and Waves 1" (ECSE-2100)
- Graduate course "Quantum mechanics applied to semiconductor devices" (ECSE-6968)
- Graduate course "Physical foundations of solid-state devices" (SC-6960)
- Graduate course "Light-emitting diodes and solid-state lighting" (SC-6961)
- Undergraduate course "Introduction to Electronics" (ECSE-2050)
- Other courses "Research", "Guided Study", "Master Thesis", and "Dissertation"

### Teaching evaluations and students' comments

(**1997**) Students made the following comments: "Clear … organized … excellent explanations … I've never had a professor like him – I wish all were like him … very clear and concise presentation … strong response to students' questions and concerns … Professor provided excellent notes … laid out lectures in a clear and precise manner which worked out wonderfully … well organized and confident … responsive to students' concerns … excellent for students going into the semiconductor industry … excellent hand-outs and course materials … well prepared … clear lectures … I was strongly encouraged … materials are very interesting … hand-outs were excellent … material is very important … the presentation of materials was very clear … hand-outs were excellent support to the class … efforts made by Prof. Schubert in keeping everyone at the same pace was remarkable …"

(**1998**) Students made the following comments: "Professor was always well prepared … excellent content … very relevant for the field of solid-state devices … excellent preparation for the class … handouts were very good … very well-organized teacher … excellent knowledge of material … provided a complete background of all material … easy to talk to … excellent overall teaching skills … really enjoyed coming to class … his choice of topics and homework helped me a lot … enthusiastic in teaching and helpful during the office hours … one of the best professors I have had at BU … course gave a very good overview of the different solid state physics principles … the course was very well organized … relevant examples and homework were given … good explanations were given … presented clearly … presentation was clear … communicated effectively … very knowledgeable … good demonstrations in class … gives clear descriptions … asks questions of class … grades homework fairly … good at answering questions … no weak points … excellent instructor and scientist … inspiring professor … thorough … the instructor is very precise and well prepared … his knowledge of the material is exact … very responsive to feedback … encourages student questions, class participation and discussion … the instructor cared about whether students understood material … the instructor used applications immediately after showing theory … handouts were excellent … guest lecture and lab tour excellent idea … excellent class notes … presented topics neatly … well prepared … review of ongoing research topics was great … Professor Schubert is undoubtedly an expert in his area …"

(**1999**) Students made the following comments: "He enjoyed teaching the material and was very clear … the

presentation of the material in class was excellent … he helped me to understand a lot about semiconductors … Prof. Schubert always tried to make sure that we would all have a clear understanding of the material … manuscripts were very helpful … encouraged lots of class participation and was always readily available for help … presentation was excellent … the instructor was always willing to help me … very helpful … clearly, Prof. Schubert is *more* than just extremely knowledgeable about this material … very thorough and exact communication of points … excellent course packet written by the instructor … he was very well prepared for class … He is extremely fair and encourages participation … he is also very accessible … excellent instructor … very approachable and easy to ask questions of … handouts were very effective and helpful … Prof. Schubert is very prepared and concepts are well explained … [materials] will be very useful for my future … very open to questions …"

(**2000**) Students made the following comments: "He did a lot of experiments which really helped … the material is very interesting and cutting edge … clear presentations … good in-class demonstrations … very clear lectures … the material really does challenge you … takes the time to answer your questions … very interesting material … relevant to today's world of communication … the field trip was fun … in-class demonstrations really added to class … good understanding of course material … excellent details, willing to help, good explanations … in-depth details on quantum mechanics … the instructor was extremely accessible to students … he encouraged participation in class … he gave intuitive arguments and explained concepts in a very physical way … I very much enjoyed Professor Schubert and would like to take more classes with him … material was very beautiful … I *very much* enjoyed the papers that were discussed … everything is well organized … hand-out material is very complete and clear … lectures are clear … the professor prepared an excellent manuscript … explained things very clearly … he has strong enthusiasm to solve students' questions … it's a very important course … Professor follows the course notes exactly, so one can concentrate on material without having to focus on details … clearly presented material … the course is great preparation for future courses in solid state … I greatly admire Professor Schubert …"

(**2001**) Students made the following comments: "He has a thorough understanding of the subject … I like the fact that he shows us examples in class demonstrations … the manuscript was good … instructor provides good notes … materials are presented clearly … in this course you learn a lot … very illustrative and in depth … very interesting course … Professor presented the material well … Professor seemed to have a strong grasp on what he was teaching … the basics were presented correctly … smooth transition into more complex materials … presented basics well … Professor's strong points are knowledge, organization and class materials … clear conception … very important and useful class … Professor knew what was going on … manuscript and his notes were very helpful … responded to suggestions … notes were comprehensive … just fine … manuscript was good … knows the material very well … notes handed out are good … expert knowledge of material … developed lectures logically and straightforward … lecture notes were prepared for us - very nice touch … Professor has deep knowledge of the materials … Professor is always prepared for lectures … he emphasizes principles and the concepts … good preparation … good stuff and clear presentation … good research and industry experience … excellent handout notes and materials … excellent teaching skills … inspires the interest of students … great knowledge of material … well organized course notes … Professor Schubert gave very clear instructions … listening to his presentation is a true enjoyment of an excellent art of lecture style … the manuscript has the quality of an excellent book … the manuscript was an excellent reference source book … the instructor was very clear and well organized and encouraged participation … text [written by Schubert] was extremely good … expert knowledge of materials … class demonstrations were very beneficial … can clearly relate complex ideas – very good … has a high amount of patience … excellent understanding of material … very enthusiastic in teaching … always available for discussion … very knowledgeable … I don't see any weak points … he explains the theory very clearly …"

(**2002**) Students made the following comments: "Always prepared … presented difficult material in a manner that was easy to understand … presented everything neatly … very helpful and organized … presents subjects in a very easy and friendly format … very well qualified … great experience … very detailed notes … well organized … very useful … very good diagrams and explanations … he knows the material extremely well … notes given to us are extremely helpful … professor was very knowledgeable … was able to answer any of our questions … very informative course … very knowledgeable and a great teacher … the instructor is enthusiastic to teach students … the instructor can explain theory very clearly …"

(**2003**) Students made the following comments: "Great overall knowledge … good organization skills … demonstrations were very interesting and useful … effective instructor … handouts were extremely useful and

organized … good course for completely understanding many points of fiber optics …"

(**2004**) SPIE short course: "Encouraged questions and handled them well … excellent short course … I really appreciated and enjoyed this course … good course – covered very broad matters … the instructor was very knowledgeable on the topic … excellent! …"; RPI Semiconductor devices and models II (ECSE 6290): Overall excellence of teacher: 4.8 out of 5.0. Student comments: "course was very well prepared … [course] was very organized … this is an excellent course … I learned a lot from this course … the course was very good … thanks Prof. Schubert for a wonderful course … it's been a great course … thank you …" RPI Microelectronics Technology (ECSE 2210): Overall excellence of teacher: 4.7 (average 4.2). Overall excellence of course: 4.3 (average 3.9). Student comments: "Understandable presentation … great job [of] Prof. Schubert … very nicely done class … very helpful throughout the entire course … provided timely explanations to complicated material … very informative … course was fun and interesting … very interesting lecturer … very down to earth and easy to ask for help … [instructor] did a good job in presenting [material] … good course … fun course … excellent instructor … he is a great guy and very knowledgeable … I would definitely take a class from him again" **Book review** by Neal Oldham (San Jose, CA, USA) on "Doping in III–V semiconductors" (E. F. Schubert, Cambridge University Press, Cambridge UK, 1993) on amazon.com (May 17, 2002): "[This is the] best book I've encountered in the semiconductor field. This is, no question, the best book that I've encountered in the entire field of semiconductor physics. It is expertly organized and indexed, easy to follow, complete in its treatment of electrical and materials-science aspects of III-V semiconductor production and measurement, well-written … worth every penny if you even have the most remote interest in the subject." **Book review** by Debdeep Jena (Santa Barbara, CA, United States) on "Doping in III–V semiconductors" (E. F. Schubert, Cambridge University Press, Cambridge UK, 1993) on amazon.com (July 6, 2001): "Very useful text for semiconductor crystal growers. Doping is a big, big issue in semiconductors; this text does appreciable justice in its treatment of the issue. In addition, Schubert treats heterostructure physics appreciably well (in fact better than many textbooks on semiconductor physics!). Perusal of this book has proved very rewarding for me, and I expect it will do the same wonder for you too."

(**2005**) SPIE Photonics West short course student comments: "Very good instructor! … very knowledgeable … clear on complex subjects … good job fielding questions … (numerical score 4.3 out of 5.0). Educational materials on the web: … I have greatly enjoyed your LED slideshow. CLEO short course: … very good and well-organized course!" ECSE 6968: "Class presentations were very helpful in learning … very useful in learning *the details* of fundamental concepts … the course is very good … the course is excellent for engineers … your […] treatment brought about a much better understanding … examples were great and helpful … [discussion of] history and photons […] helped increase interest … after your course now, I can actually approach a quantum mechanics text book without fear … overall, I just wanted to say – *thank you* … excellent course … the instructor made it interesting and taught very effectively … the manuscript provided was also very well written … class was excellently structured … will benefit my studies in the future … especially liked the term paper requirement … Prof. Schubert is an excellent instructor, who is well prepared …" (excellence of instructor: 4.8 out of 5.0). SPIE Photonics North short course: "Very good and clear in presentation …" (numerical score 4.4 out of 5.0). ECSE 6960 mid-course and final feedback by students: "Professor has provided all course materials … I really appreciate it … well presented … technical support was great … my learning experience has been good … responses to my homework questions have been very timely … I have enjoyed the course and found it interesting and useful … homework assignments has been extremely beneficial … the set of notes is very comprehensive … good class structure …" (numerical scores of students' course and instructor evaluation: 5.0 out of 5.0). Comment on web educational materials: "Notes look very thorough and clear …"

(**2006**) SPIE Photonics West short course student feedback: "Excellent, knowledgeable … excellent presentation …" (numerical score 3.91 out of 5.0). ECSE 6961 (Light-emitting diodes and solid-state lighting): "excellent … Informative, comprehensive and interesting … the best part of this course, in terms of my learning experience, has been the course materials … just an outstanding class … so much is newly discovered and so much is current on-going research and commercially relevant … Dr. Schubert is obviously a leading researcher and did a great job of conveying his experience and understanding to the class … a highly technical topic that still makes a good general conversational topic … I liked the course material … I liked the fact that Prof. Schubert lectured directly from the textbook … I liked the structure of the course … I learned a lot about lasers and LEDs and other optical devices … it is a basic and fundamental class … the instructor gives ideas, concepts, and samples very clearly … very good course … students interested in LEDs and solid-state lighting are strongly recommended to take it … liked the overall coverage … the teaching pace was good … he covered a lot of material that is important for the subject, but it was clearly always related to the topic … the manuscript that he let us use was

excellent in my opinion … the most important thing I liked about the course was the course material and the structure of the course … right amount of homework and the two exams and the term paper presentation … it was great to learn this course from someone who is a world leader in this field … well-organized material … liked the course format … organization was good … allowed me to know exactly what we were covering so I could look through the material prior to the lecture … course content was good, starting with LED basics and covering materials through modern technologies, and then a look at solid-state lighting and sort of an intro to communication devices … good fundamentals in LEDs … GREAT Professor … awesome course … informative course … ability to view course materials online was helpful … very fruitful course … covering a lot of materials … very good and very important for graduate students to take this one … for people in industry it's also useful … for the instructor, this course is thought through very clearly … the text book is also very good … great course … excellent instructor … cute instructor … course is very good … I benefited a lot from it …" (numerical scores: 4.7 out of 5.0). ECSE 2210 (Microelectronics Technology) student comments "Excellent teaching method … I like that the Professor asks random questions at the end of class – it helped me understand the subject better … I thought Prof. Schubert was fabulous … his organization of the class encouraged learning … I highly recommend this class to everyone … a devoted and involved teacher … displayed more enthusiasm in teaching than other Professors I had … he also seemed to have a philosophy about teaching that was beyond helping students get good grades … he emphasized real-world applications of material and had general advice about working in the real world after leaving academia … helpful … although he was harder in grading and exams, Prof. Schubert challenged us more and made the course more interesting … the many class activities provide lots of practice of materials just learned … provided good back-up information … made sure students understand concepts …thank you for asking students questions during class to reinforce concepts … thank you for allowing open book exams …" (numerical scores: excellence of teacher 4.4 out of 5.0; excellence of course 4.3 out of 5.0; overall average of ratings 4.4 out of 5.0)

(**2007**) Book review by Steven J. Wojtczuk (Lexington, MA, USA) on "Light-Emitting Diodes" (E.F. Schubert, Cambridge University Press, Cambridge UK, 2003) on amazon.com (March 14, 2006): "Schubert (RPI) has written an excellent book on LEDs that manages to explain and derive simple quantitative models for many phenomena of current interest … many monographs are a compendium of results in the field with hundreds of references … in contrast, Schubert, while giving copious references, is the sole author, leading to a coherent presentation well suited to learning … there are plentiful and good figures and drawings, as well as many exercises and solutions integrated into the text …" SPIE photonics West Short Course: "Excellent talk …" ECSE 2210 (Microelectronics Technology) "Thank you … great course … excellent instructor … interesting course … appreciated that you did not lecture completely from the slides and that you probed the class to ensure that we were understanding the key points … course is fine … good professor … Professor Schubert is one of the best lecturers I had … the pace at which he moves the topic, the way he explains things, and the manner in which he asks students questions all came together to help me learn much more form his lectures than I could on my own … instructors are absolutely very intelligent … Professor Schubert was a good professor … I actually learned things when Professor Schubert taught …" ECSE 6968 (Physical Foundations of Solid-State Devices) "The instructor explained every concept in a very simple and effective manner … I really enjoyed taking this course …" (numerical scores: 4.5 out of 5.0)

(**2008**) SPIE Photonics West short course feedback: "Very good … clear … very nice … answered questions readily …" (numerical score 4.3 out of 5.0) … ECSE 6961 (Light-emitting diodes and solid-state lighting) feedback: "It was great for me to have the opportunities to take two consecutive classes, *Physical Foundation* and *LEDs*, from you … both these classes have taught me a lot … they were very well organized … thank you for all the help … I have really enjoyed your classes … relevant material … very good professor …" (numerical scores: 4.3 out of 5.0) … Internet educational materials feedback: "I recently came across your course notes while trying to get a basic understanding about semiconductors and I wanted to thank you. Your notes for course "ECSE-2210 Microelectronics Technology" are the most useful and informative thing I have found on semiconductors on the Internet. I'm a chemist by trade and this is a great introduction for me …" 2007 Chautauqua Short Course and High School Teacher Summer Course, held at RPI June 26 and July 12, 2007 (numerical average of scores: 9 out of 10) … ECSE 6968 (Physical Foundations of Solid-State Devices) feedback: "Prof. Schubert is one of the best professors I've ever had … his ability to explain difficult and complex materials in a clear and concise manner is unmatched … the presentations, although time consuming, I felt were a great idea … thanks for your efforts professor! … I have really enjoyed taking this course …" By email: "Thank you professor … it has been a pleasure taking this course with you …" (numerical scores: 4.4 out of 5.0)

(**2009**) SPIE Photonics West short course feedback by students: "One of the best short courses I have taken …

it was very nice to hear about the history of LEDs … very interesting but also very theoretical …" (numerical score 4.1 out of 5.0). ECSE 2210 (Microelectronics Technology) "Great course … instructors were excellent … encourages students to stay up to date with the subject matter … Thanks for this well-organized class … [the instructor] tries to get students to come out with the best grade possible … this was a good class …" ECSE 6968 (Physical Foundations of Solid-State Devices) feedback by students: "It is really an excellent course … clear hand script … great professor! …" (numerical scores: 4.7 out of 5.0)

(**2010**) SPIE Photonics West short course feedback by students: "Good to get the latest data and charts … very good … very broad course and well organized … it was great …" (numerical score 4.04 out of 5.0) … ECSE 6961 (Light-emitting diodes and solid-state lighting) feedback by students: "A good course … this was a wonderful course … it has given me a lot of understanding … the course has inspired me to take up LED research … useful … straight forward … very good advisor … good course …" (numerical scores: 4.3 out of 5.0) … ECSE 6220 (Physical Foundations of Solid-State Devices) feedback by students: "Overall excellent course … Professor Schubert is a good teacher … he can explain every discipline very clearly and relate them to practical applications … I like his teaching style very much … overall, it was a nice course … material explained in a clear organized manner …" (numerical scores: 4.7 out of 5.0)

(**2011**) SPIE Photonics West short course feedback: "Very nice overview … instructor was excellent! … very good instructor … I would recommend lengthening to 6 hours … excellent presentation, materials and text … thanks … very clear and easy to follow … to be recommended … excellent presentation … good compromise for a person with a busy schedule …" (numerical score 4.45 out of 5.0); … ECSE 2210 (Microelectronics Technology) "This was a great course … I enjoyed Professor Schubert's views … I was successful … this course was taught very well … this subject I now find quite interesting and am no longer intimidated by it … I liked the material of this course … thank you …" (numerical scores: 3.3 out of 5.0); Feedback on book *Light-Emitting Diodes*: "I am a graduate student from National Chiao Tung University, Taiwan … your wonderful book *Light-Emitting Diodes*, both first- and second-edition, gave me a lot of information and help … I would like to ask when can the third of the masterpiece be published? I wish I can get it as soon as possible and study more about the lighting devices; Feedback on Internet pages: I found your website and information […] quite enlightening and provides a great start … I simply wish to quickly express my thanks and gratitude." Feedback on book *Physical Foundations of Solid-State Devices*: "Dear Prof. Schubert, I have read your book Physical Foundations of Solid-State Devices and I must say it is amazing the explanations are really good and I am most thankful that you have decided to put the book online thank you." Itamar Jade Balla, The Israel Institute Of Technology. Feedback on book *Light-Emitting Diodes* by Trung Nguyen (San Jose, California): "It is a good book about Light Emitting Diodes (LEDs). It provides very good info and it is a good reference for engineers who work in the LED field"; … ECSE 6220 (Physical Foundations of Solid-State Devices) feedback: "Amazing course … great instructor … very good course … The text and lectures were very useful and informative … I definitely learned a lot from taking this course … I liked the course materials! …" (numerical scores: 4.6 out of 5.0)

(**2012**) Feedback on Internet-based materials: "I'm Cheng Liu [Wuhan National Laboratory for Optoelectronics, China], currently a graduate student major in Physical Electronics … I deeply admire your profound knowledge on this field and your unselfish sharing of it …"; … SPIE Photonics West short course feedback: "Dr. Schubert was very clear and very patient with people who had questions … the materials were comprehensive …"; Feedback on Internet-based materials: "Supremely-rich course contents posted on your website. Thank you very much for showing such awesome materials for the world to see …" (Prof. Natee Tangtrakarn, Thailand) … ECSE 6962 (Light-Emitting Diodes and Solid-State Lighting) feedback: "… very interesting course … Professor Schubert did a great job explaining the material … his textbook is very clear and understandable … nice course … I learned a lot of new things by taking it …" (numerical scores: 4.7 out of 5.0)

(**2013**) *SPIE Photonics West short course* feedback (SC-052, Light-Emitting Diodes): "Great instructor with admirable combination of knowledge in academic and commercial knowledge … I appreciated the depth of his knowledge and experience … the length of the course was good … Overall this was an excellent course … Thank you … course is very easy and I understand it easily … Excellent course! … Instructor was fantastic -- clear, explicit, took questions as we went and answered well … One of the best SPIE courses I've taken (and I've taken lots)! … Great course -- thanks! … I was happy that the slides were updated with 2012 data". *RPI course numerical scores (ECSE-6962, Light-Emitting Diodes and Solid-State Lighting)*: Numerical scores of students' evaluations: 4.67 out of 5.0; Verbatim comments: "The course is pretty good … needs no improvement … I can appreciate the more wide-angle approach from the course … These areas are very important and previously I had no knowledge of

them … It was a pleasure attending your class …" *RPI course numerical scores (ECSE-6968, Physical Foundations of Solid-State Devices)*; Verbatim comments: "It has been an awesome experience of learning for me in this course ... Thank you for everything ... Thank you for the great semester ... Have a good break ... Thank you for the great semester ... Have a good break ... Professor, thank you for an engaging and interesting class this semester ... I enjoyed the subject of my paper and learned quite a bit particularly about GaN, which I had not had a chance to really do any research into before ... Very good and interactive class ... I liked the style of the class ... I thought the topics covered were very interesting ... I think I got much more out of the class this way than if we would have followed the manuscript chapter by chapter …" Numerical score of students' evaluations: 4.83 out of 5.0

(2014) *SPIE Photonics West short course* verbatim feedback (SC-052, Light-Emitting Diodes): "Very knowledgeable instructor ... the course was packed with information ... handouts are excellent ... Excellent presentation and contents ... the color rendering section which was interesting and fun ..." Numerical score of students' evaluations: 4.36 out of 5.0; *RPI Course ECSE-2210 Microelectronics Technology*; Verbatim comments: "Instructor is clearly very knowledgeable about the topics ... Very clear and comprehensive ... This is the best class ever ... I'm quite enjoying this course ... I don't really have any recommendations on things to change ... The homework and lectures being sent out at the beginning was very helpful ... Both the TA and the professor were able to explain things very well ... I think he is a good lecturer ... I think the homework each was very, very good at teaching me the material, and the exam is fairly graded and easy to understand ... I definitely like the professor and I would have him again ... A good class ... I enjoyed Prof. Schubert's style of teaching ... I would still recommend Prof. Schubert as a professor ... Microelectronics is a good class ... Prof. Schubert keeps it interesting though ... he's a great professor ... The two TAs are also great ..." Numerical score of students' evaluations of instructor: 4.25 out of 5.0. *RPI Course ECSE-6220 Physical Foundations of Solid-State Devices*; Verbatim comments: "The book and lectures seem to be entirely in sync with one another ... it really enforces the material covered in the book ... the material is covered thoroughly and improves students' understanding of quantum physics ... The class was interesting with excellent learning materials ... I loved how the course was so well organized ... The lectures were very well put together ..." Numerical score of students' evaluations of instructor: 4.75 out of 5.0.

(2015) SPIE Photonics West Short Course SC-052 titled Light Emitting Diodes, Verbatim comments: "I was very satisfied with this short course" Numerical score of students' evaluations: 4.53 out of 5.0; *RPI Course ECSE-6960 Light-Emitting Diodes*; Verbatim comments: "the class has been excellent! ... I've learned a good amount about LEDs ... Also I'd like to thank you for a great semester and say that you've peaked my interest in the LED field! ... I would like to add that the course was an excellent experience for me and that I really enjoyed learning about LED technology! ... Thank you very much for teaching such a wonderful class ... It was a great learning course" Numerical score of students' evaluations: 5.0 out of 5.0. *RPI Course ECSE-2100 Fields and Waves 1*; Verbatim comments: "This class is going perfectly and I love the way it's run ... The material is great and understandable ... the pace is perfect ... I like the pacing of the course and the fact that we spend time really developing an understanding of the theory and concepts that we will be using ... I like the Professor ... The lectures are great ... I really enjoy this professor and he is very understanding of the students' levels of learning and focused on that ... Professor Schubert is clear and easy to understand ... Overall a very good professor ... very knowledgeable and helpful ... I thought the professor was very knowledgeable and was an excellent instructor ..." Numerical score of students' evaluations of instructor: 4.17 out of 5.0.

(2016) *SPIE Photonics West Short Course SC-052 titled Light Emitting Diodes*, Verbatim comments: "This has been my favorite course (over 3 years) ... Well-structured presentation, and well given ... I was surprised by how much I didn't know. I learned a lot ... Explained difficult concepts in a clear and simple manner ... Able to go "off script" to clarify during questions." Numerical score of students' evaluations: 4.56 out of 5.0; *RPI Course ECSE-2100 Fields and Waves 1*; Verbatim comments: "This is cool material ... This class was one of the most well put together I have ever taken in terms of lecture pace, lecture clarity, TA support, and quality of teaching and communication ... The lectures never felt too long or too short, the pace was good, I never felt lost or without an option to turn for help ... The homework was neither too long nor too short, and was well balanced with conceptual and quantitative questions ... Prof. Schubert's lecture style was very clear, concise, and to the point, with many useful examples in real life scenarios which made the material more interesting ... Very well done ... Great class ... I liked the pace of the class ... it helps with understanding the material a lot ... The labs [...] were fun and very educational ... Overall I learned a lot from this course ... The speed of the class is perfect ... I really got a chance to learn ... This professor is very good ... Also, [in] the lab section I was able to really break down what I learned in class ... Schubert has the neatest handwriting of any professor I've ever had in my 3 years here ... His diagrams are extremely neat and he is

easy to understand verbally too … Lots of conceptual knowledge covered … Overall […] it was an enjoyable class …" Numerical score of students' evaluations: 5.0 out of 5.0. ***RPI Course ECSE-2210 Microelectronics Technology***; Verbatim comments: "So far, this has been one of my favorite courses at RPI … I'm a huge fan of Prof. Schubert's ability to clearly describe concepts both conceptually and mathematically … Class activities […] were really helpful! … Otherwise the class is great! … Prof Schubert knows his stuff … Best professor I have had … This course was well taught … Professor Schubert's explanations were very clear and understandable … he took time to address student questions with in-depth answers … I feel as though I gained a lot from this course, especially with regards to explanations of why certain things in ECSE-2050 (Intro to Electronics) occur the way they do like where the diode property comes from and how material properties of electronic components give rise to the very real circuit characteristics we see in ECSE-2050 labs … In this sense, Microelectronics Tech is a very good companion class to Intro to Electronics, and I highly recommend future students take them at the same time … this was a quite good class … Best MET instructor … I was so actively engaged during the lectures that it was kind of scary … The lecture notes and lectures were mostly great … The material covered in it was succinct and interesting, yet still covered the knowledge needed to tackle engineering problems in semiconductors …" Numerical score of students' evaluations: 4.64 out of 5.0.

(**2017**) ***RPI Course ECSE-2100 Fields and Waves 1***; Verbatim comments: "I thoroughly enjoy this class … Schubert is awesome! … Enjoyed the class … He is a good teacher … Most teachers talk really fast making it hard to follow … Schubert talks slow and explains things really well … Professor Schubert is an excellent professor, and has been one of my favorites at RPI so far … He made a difficult topic approachable, interesting and understandable … I hope I have him as a professor in the future … Thank you … I enjoyed this class, especially the labs … Lectures were good too … great class! … The professor does a great job of engaging the students by asking questions and making students ask questions to make them think about the labs … This course is overall excellent in that the professor does know the pace of class and gives feedback appropriately …"; Numerical score of students' evaluations: 4.63 out of 5.0. ***SPIE Photonics West Short Course SC-052 titled Light Emitting Diodes***, Verbatim comments: "the course covered a wide variety of concepts …" Numerical score of students' evaluations: 4.03 out of 5.0.

(**2018**) ***RPI Course ECSE-2100 Fields and Waves 1***; Verbatim comments: "Professor Schubert is great and very entertaining to listen to in the lab and in lecture … Really appreciate how Prof. Schubert structures lectures … Schubert is great! … The professor is excellent at relaying concepts … This course is very interesting and it goes at a good pace … One of the better professors here at RPI … He cares about his students and helps them to learn the most through lectures and labs … Fantastic course that goes into great detail into not only knowing the material but also understanding the material … [the course] has been clarified and allowed for a greater learning process." Numerical score of students' evaluations of instructor: 4.17 out of 5.0. ***RPI Course ECSE-6220 Physical Foundations of Solid-State Devices***; Verbatim comments: "Perfect professor, no complaints." Numerical score of students' evaluations (median): 5.0 out of 5.0.

(**2019**) ***RPI Course ECSE-2100 Fields and Waves 1***; Verbatim comments by students: "Schubert is excellent in relating information in a practical manner especially in the lab … Overall, both the professor and TAs prioritize if students understand material over semantics in reports and homework, which is really helping me in the course, and feedback given is incredibly helpful in both … Schubert is a mystery. He speaks very slowly and clearly, but you somehow learn everything at a very fast rate … Class […] being just the right amount focused and adequately paced … Overall great class … Labs were educational and we were allowed to have fun with it … Otherwise great lectures, notes were available and understandable … this was one of my favorite classes … Very well run by Schubert … lectures were informative and easy … labs were fun … The TA's were allowed to have personalities and interact with the students … 10/10 would take again … Schubert was okay … The best parts about the course for me were everything was online and I could copy the notes at my leisure with my busy schedule … I also liked that exams were open book and we had a lot of opportunities for practice … I have nothing but good things to say about both TAs and Professor Schubert – this has been my favorite class this semester … Though challenging, I have found the course material very interesting and all teachers have been excellent … Course was good … I like Professor Schubert's class notes online. They're super well written and helpful." Numerical score of students' evaluations of instructor: 4.63 out of 5.0 (average) and 5.0 out of 5.0 (median). ***RPI Course ECSE-6280 Light Emitting Diodes***; Verbatim comments by students: "This was a great course … I learned a lot during the semester … Great class … Really enjoyed Professor Schubert's expertise on the subject … Gives both in-depth technical knowledge as well as high level background to better understand the driving factors of the LED industry … Would

highly recommend to anyone in ECSE." Numerical score of students' evaluations: 4.83 out of 5.0 (average) 5.0 out of 5.0 (median).

(**2020**) *RPI Course ECSE-2100 Fields and Waves 1*; Verbatim comments by students: "I really enjoyed this class … the cool labs with good help and good lectures made me really enjoy this class and help the information stick in my head better … The labs provided a great use to show theory in practice and how certain concepts are applied to real-life applications … The laboratory session was also a great time to ask questions and have in-depth talks about the material … I would have already commended this professor for class organization and material availability prior to online courses (course material easily available, organized well, and easy to understand; interactive lectures; interactive labs better than most other ECSE courses), Prof. Schubert handled the change to online coursework best of all of my professors and maintained the quality of lecture almost perfectly … The 'live' online classes were interactive and courteous by students and the professor, organized, and just as in-depth as before, even including miniature homemade demonstrations and experiments … The course was taught very fundamentally which allowed me to think and learn more … Thank you, Professor Schubert … I really missed your live lectures and labs! … Professor Schubert made the best of the situation of online learning … Great class … I learn a lot from this class … I enjoy lab sessions and try never to miss any class … Prof. Schubert is really good!" Numerical score of students' evaluations: 4.75 out of 5.0 (average) 5.0 out of 5.0 (median).

(**2020**) *RPI Course ECSE-2050 Introduction to Electronics*; Verbatim comments by students: "I really enjoyed how easy it was to follow along with the lecture … I really enjoyed the content of this course, and I feel that the applications of this content in the lab were extremely effective to help students understand the content … the concepts in general were extremely interesting … I liked how the lecture sessions for this class provided much more room for discussion and examples than nearly any other ECSE course I have taken at RPI so far … Schubert was very aware of the students ability to fully comprehend the topic … He was very patient with the students that needed extra explaining … I learned a lot about the course material … I liked the one-on-one attention we received in the in-person lab … I enjoyed the in person laboratory sessions, they were a good place to get all my questions answered … I really like the lecture notes and the detailed diagrams / graphs that help explain the concepts … Professor Schubert does a great job of breaking down the material, he always tries to engage the students in every lecture … Very clear notes, responded quickly, answered any confusing questions really well, and very nice and accommodating towards the current COVID situation everyone is going through … He had very organized notes that helped especially with the difficulties of online learning … I loved the explanation of diodes, it's never been so clear to me before! … Examples were excellent … The course was great! … I learned a lot and this course stimulated my interest … Very engaging … stimulates participation … Professor Schubert was a refreshing exception … the professor was very knowledgeable in the subject area … explanations were clear and easy to understand … I really like the format of this class compared to my other classes … I really enjoyed the format … Very detailed lecture, very helpful with students, made very complex material easy to understand … Prof is really understanding and cares about his students … He is really willing to work with us which I found is really rare at RPI … He is easily one of the best professors I have had … He cares most about whether we are learning and understanding, rather than following his desired schedule perfectly … Cannot say anything bad about Prof Schubert … Class is great" Overall instructor rating: 4 out of 5. Overall course rating: 4 out of 5.

(**2021**) *RPI Course ECSE-2050 Introduction to Electronics*; Verbatim comments by students: "Class has been going smoothly … Professor Schubert includes real world-examples of devices in his lectures, showing the importance of our course materials … He is always very considerate of students, trying to adapt to what would help people most … He engages students in lectures." Overall instructor rating: 4.8 out of 5.0. Overall course rating: 4.6 out of 5.0.

### *Post-doctoral & visiting personnel for which I served as Major Research Advisor*

| | | |
|---|---|---|
| Dr. Li-Wei Tu | Post-Doctoral Fellow | 1988–1990 |
| Dr. Neil Hunt | Post-Doctoral Fellow | 1991–1993 |
| Dr. Matthias Passlack | Post-Doctoral Fellow | 1993–1995 |
| Dr. Wolf Grieshaber | Post-Doctoral Fellow | 1995–1997 |
| Dr. Thomas Gessmann | Post-Doctoral Fellow | 2000–2002 |
| Dr. Jong Kyu Kim | Post-Doctoral Fellow | 2003–2005 |
| Dr. Min Ho Kim, SEMCo | Visiting Engineer | 2007–2008 |
| Prof. Ji-Myon Lee, Sunchon University | Visiting Professor | 2007–2008 |

| Dr. Jaehee Cho | Post-Doctoral Fellow | 2008–2009 |
| Dr. Yongjo Park, Samsung LED | Visiting Vice President | 2010–2012 |
| Dr. Yangang Andrew Xi | Visiting Scientist | 2013–2014 |
| Dr. Guan-Bo Lin | Post-Doctoral Fellow | 2014–2015 |

### *Graduate students for which I served as Major Research Advisor*

| Dr. Dean A. Stocker | Ph.D. Dissertation | Ph. D. completed in 1999 |
| Xiaoyun (Jane) Guo | Master Thesis | M.S.E.E. completed in 1999 |
| John W. Graff | Master Thesis | M.S.E.E. completed in 1999 |
| Dr. Ian D. Goepfert | Ph.D. Dissertation | Ph. D. completed in 2000 |
| Yun-Li Li | Master Thesis | M.S.E.E. completed in 2000 |
| Dr. Xiaoyun (Jane) Guo | Ph.D. Dissertation | Ph. D. completed in 2001 |
| Dr. John W. Graff | Ph.D. Dissertation | Ph. D. completed in 2002 |
| Dr. Erik L. Waldron | Ph.D. Dissertation | Ph. D. completed in 2002 |
| Jay M. Shah | Master Thesis | M.S.E.E. completed in 2002 |
| Dr. Yun-Li Li | Ph.D. Dissertation | Ph. D. completed in 2003 |
| Jingqun ("JQ") Xi | Master Thesis | M.S. completed in 2003 |
| Yangang Andrew Xi | Master Thesis | M.S. completed in 2003 |
| Ronald Jackson | Master Thesis | M.S. completed in 2004 |
| Sameer Chhajed | Master Thesis | M.S. completed in 2004 |
| Hong Luo | Master Thesis | M.S. completed in 2005 |
| Xiaolu Li | Master Thesis | M.S. completed in 2005 |
| Kaixuan Chen | Master Thesis | M.S. completed in 2005 |
| Dr. Jay M. Shah | Ph.D. Dissertation | Ph. D. completed in 2006 |
| Frank Mont | Master Thesis | M.S.E.E. completed in 2006 |
| Dr. Hong Luo | Ph.D. Dissertation | Ph. D. completed in 2006 |
| Dr. Jingqun ("JQ") Xi | Ph.D. Dissertation | Ph. D. completed in 2006 |
| Dr. Yangang Andrew Xi | Ph.D. Dissertation | Ph. D. completed in 2006 |
| Won Seok Lee | Master Thesis | M.S. completed in 2007 |
| Qi Dai | Master Thesis | M.S. completed in 2007 |
| Di Zhu | Master Thesis | M.S. completed in 2007 |
| Jiuru Xu | Master Thesis | M.S. completed in 2007 |
| Ahmed Noemaun | Master Thesis | M.S. completed in 2007 |
| Roya Mirhosseini | Master Thesis | M.S. completed in 2008 |
| David Poxson | Master Thesis | M.S. completed in 2008 |
| Qifeng Shan | Master Thesis | M.S. completed in 2009 |
| Ming Ma | Master Thesis | M.S. completed in 2010 |
| Xing Yan | Master Thesis | M.S. completed in 2010 |
| Dr. Roya Mirhosseini | Ph.D. Dissertation | Ph. D. completed in 2010 |
| Dr. Sameer Chhajed | Ph.D. Dissertation | Ph. D. completed in 2010 |
| Dr. Jiuru Xu | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Frank Mont | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Wonseok Lee | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Di Zhu | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Qi Dai | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Ahmed Noemaun | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. David Poxson | Ph.D. Dissertation | Ph. D. completed in 2011 |
| Dr. Qifeng Shan | Ph.D. Dissertation | Ph. D. completed in 2012 |
| Dr. Ann Mao | Ph.D. Dissertation | Ph. D. completed in 2013 |
| Dr. Xing Yan | Ph.D. Dissertation | Ph. D. completed in 2013 |
| Dr. Ming Ma | Ph.D. Dissertation | Ph. D. completed in 2013 |
| Dr. David Meyaard | Ph.D. Dissertation | Ph. D. completed in 2013 |
| Dr. Guan-Bo Lin | Ph.D. Dissertation | Ph. D. completed in 2013 |

## Technical Expert Witness Consulting

**1997**  *Action*: Hewlett-Packard Company versus CEO of United Epitaxy Company (Taiwan)
*Nature*: Trade secret misappropriation
*Venue*: U.S. District Court.
*Law firm*: Morrison & Foerster LLP, Washington DC.
*Role*: I served as technical expert witness on behalf of United Epitaxy (Defendant). I wrote one or more expert reports.

**1998**  *Action*: Hewlett-Packard Company versus United Epitaxy Company (Taiwan)
*Nature*: Patent infringement.
*Venue*: U.S. District Court for the Northern District of California.
*Law firm*: Quinn Emanuel Urquhart Oliver and Hedges LLP
*Role*: I served as technical expert witness on behalf of United Epitaxy (Defendant). I wrote one or more expert reports.

**2006**  *Action*: Kerr Company versus 3M and Dentsply International Company.
*Nature*: Patent infringement.
*Venue*: U.S. District Court for the Western District of Wisconsin.
*Law Firm*: Woodcock Washburn LLP, Philadelphia, Pennsylvania.
*Role*: I served as technical expert witness on behalf of Dentsply (Defendant). I wrote one or more expert reports.

**2006**  *Action*: Nichia Corporation (Japan) versus Seoul Semiconductor Company (Korea).
*Nature*: Design patent infringement.
*Venue*: U.S. District Court for Northern District of California, San Francisco Division.
*Law firm*: Foley & Lardner LLP Washington DC.
*Role*: I served as technical expert witness on behalf of Nichia (Plaintiff). I wrote one or more expert reports; I was deposed.

**2008**  *Action*: Seoul Semiconductor (SSC) Company LTD (Korea) versus Nichia Corporation (Japan).
*Nature*: Patent infringement.
*Venue*: U.S. District Court for the Eastern District of Texas, Beaumont Division.
*Law firm*: Morrison & Foerster LLP, Palo Alto, California.
*Role*: I served as technical expert witness on behalf of Nichia (Defendant). I wrote one or more expert reports; I testified in District Court during claim construction hearing (Markman hearing).

**2008**  *Action*: Professor Gertrude Rothschild versus Toshiba Company (Japan).
*Nature*: Patent infringement.
*Venue*: U.S. International Trade Commission (ITC), Washington DC.
*Law firm*: DLA Piper LLP, San Francisco California.
*Role*: I served as technical expert witness on behalf of Toshiba (Defendant). I wrote one or more expert reports; I was deposed.

**2008**  *Action*: Honeywell Company versus Cree Company and Lumileds Company.
*Nature*: Patent infringement and Reexamination of patent.
*Venue*: U.S. District Court for the Eastern District of Texas, Marshall Division and Reexamination before the USPTO's Patent Trial and Appeal Board.

*Law firms*: Paul Hastings LLP, Washington DC and Ingrassia, Fisher & Lorenz PC, Washington DC.
*Role*: I served as technical expert witness on behalf of Honeywell (Plaintiff). I wrote one or more expert reports. I testified at the USPTO during a re-examination hearing.

2010    *Action*: Landmark Screens Company versus MLB Company and Kohler.
*Nature*: Mishandling of a patent application.
*Venue*: U.S. District Court for the Northern District of California, San Jose Division.
*Law firm*: Keker & Van Nest LLP, San Francisco, California.
*Role*: I served as technical expert witness on behalf of MLB and Kohler (Defendant). Negligence in conjunction with a patent application; I wrote one or more expert reports.

2011    *Action*: Koninklijke Philips Electronics N.V. versus Seoul Semiconductor (SSC) Company LTD.
*Nature*: Patent infringement.
*Venue*: U.S. District Court for the Central District of California Southern Division
*Law firm*: Latham & Watkins LLP, Washington DC.
*Role*: I served as technical expert witness on behalf of SSC (Defendant). I wrote one or more expert reports.

2011    *Action*: Jeou-Nan Tseng versus Home Depot USA Inc. and Guangde LEDup Enterprise Inc.
*Nature*: Patent infringement.
*Venue*: U.S. District Court for the Western District of Washington at Seattle.
*Law firm*: DLA Piper, Philadelphia, Pennsylvania.
*Role*: I served as technical expert witness on behalf of Home Depot (Defendant). I wrote one or more expert reports.

2011    *Action*: Lightpanels Ltd. Company versus Fuzhou F&V Photographic Company.
*Nature*: Patent infringement.
*Venue*: U.S. International Trade Commission (ITC), Washington DC.
*Law firm*: Locke Lord LLP, New York, New York.
*Role*: I served as technical expert witness on behalf of Fuzhou F&V and Nanguang Photographic (Defendant). I wrote one or more expert reports; I was deposed.

2012    *Action*: Osram Company versus LG Company.
*Nature*: Patent infringement.
*Venue*: U.S. International Trade Commission (ITC), Washington DC.
*Law firm*: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington DC.
*Role*: I served as technical expert witness on behalf of LG (Defendant). I wrote one or more expert reports; I was deposed; I testified at the ITC Hearing.

2012    *Action*: Osram Company versus LG Company and Samsung Company.
*Nature*: Patent infringement.
*Venue*: U.S. International Trade Commission (ITC), Washington DC.
*Law firm*: Covington & Burling LLP, Washington DC.
*Role*: I served as technical expert witness on behalf of LG and Samsung (Defendant). I wrote one or more expert reports; I was deposed; I testified at the ITC Hearing.

2013    *Action*: Chao Tai Electron Co. LTD. versus LEDup Enterprise Inc. and others.
*Nature*: Patent infringement.

**Venue**: U.S. District Court for the Central District of California.
**Law firm**: Hunton & Williams LLP, Washington DC.
**Role**: I served as technical expert witness on behalf of LEDup Enterprise Inc. and others (Defendants). I wrote one or more expert reports.

**2013**  **Action**: Nichia Corporation versus Everlight Company and Emcore Company.
**Nature**: Inter Partes Review (IPR).
**Venue**: USPTO Patent Trial and Appeal Board.
**Law firm**: Foley & Lardner LLP, Washington DC.
**Role**: I served as technical expert witness on behalf of Nichia Corporation (Petitioner). I wrote one or more expert reports; I was deposed.

**2014**  **Action**: Everlight Electronics Co. LTD. versus Nichia Corporation.
**Nature**: Patent infringement.
**Venue**: U.S. District Court for the Eastern District of Michigan, Southern Division.
**Law firm**: Foley & Lardner LLP, Washington DC.
**Role**: I served as technical expert witness on behalf of Nichia Corporation (Defendant). I wrote one or more expert reports; I was deposed; I testified at Phase 1 of trial (jury trial) and I testified at Phase 2 of trial (bench trial).

**2014**  **Action**: LEDup Company versus Nicolas Holiday Company.
**Nature**: Patent infringement.
**Venue**: U.S. District Court for the Central District of California.
**Law firm**: Pendleton, Wilson, Hennessey, and Crow PC, Denver, Colorado.
**Role**: I served as technical expert witness on behalf of LEDup (Plaintiff). I wrote one or more expert reports.

**2014**  **Action**: Nichia Corporation versus Everlight Electronics Co. LTD.
**Nature**: Patent infringement.
**Venue**: U.S. District Court for the Eastern District of Texas, Marshall Division.
**Case number**: 02:13-cv-702-JRG (E.D. Texas).
**Law firm**: Rothwell, Figg, Ernst & Manbeck PC, Washington DC.
**Role**: I served as technical expert witness on behalf of Nichia (Plaintiff). I wrote one or more expert reports; I was deposed; I testified at trial (bench trial).

**2015**  **Action**: Cree Company versus Unity Opto, Unity Microelectronics, and Feit Electric Company
**Nature**: Patent infringement.
**Venue**: U.S. International Trade Commission (ITC), Washington DC.
**Law firm**: Alston & Bird LLP, Silicon Valley, East Palo Alto, California.
**Role**: I served as expert witness on behalf of Unity Opto Technology *et al*. (Defendants). I wrote one or more expert reports; I was deposed; I testified at trial (ITC Hearing).

**2015**  **Action**: Honeywell International Inc. versus Cree Inc.
**Nature**: Inter Partes Review (IPR).
**Venue**: USPTO Patent Trial and Appeal Board.
**Law firm**: Arnold & Porter LLP, San Francisco, California.
**Role**: I served as expert witness on behalf of Honeywell International Inc. (Plaintiff). I wrote one or more expert reports.

**2015**    *Action*: Honeywell International Inc. versus Cree Inc.
         *Nature*: Patent infringement.
         *Venue*: U.S. District Court for the District of New Jersey.
         *Law firm*: Arnold & Porter LLP, San Francisco, California.
         *Role*: I served as expert witness on behalf of Honeywell International Inc. (Plaintiff).

**2015**    *Action*: Cree Inc. versus Kingbright Electronic Co. LTD and SunLED Corporation.
         *Nature*: Patent infringement.
         *Venue*: U.S. District Court for the Western District of Wisconsin.
         *Law firm*: Hansen Reynolds Dickinson Crueger LLC, Milwaukee, Wisconsin.
         *Role*: I served as technical expert witness on behalf of Kingbright and SunLED (Defendants). I wrote one or more expert reports; I was deposed.

**2016**    *Action*: Acuity Brands Lighting Inc. versus Lynk Labs Inc.
         *Nature*: Inter Partes Review (IPR).
         *Venue*: USPTO Patent Trial and Appeal Board.
         *Law firm*: Haynes Boone LLP, Chicago, Illinois.
         *Role*: I served as technical expert witness on behalf of Lynk Labs (Plaintiff). I wrote one or more expert reports.

**2016**    *Action*: Godo Kaisha IP Bridge 1 Company versus Broadcom Company and others.
         *Nature*: Patent infringement.
         *Venue*: U.S. District Court for the Eastern District of Texas, Marshall Division.
         *Law firm*: Ropes and Gray LLP, New York City, New York.
         *Role*: I served as technical expert witness on behalf of IP Bridge 1 (Plaintiff). I wrote one or more expert reports; I was deposed.

**2016**    *Action*: TSMC Company versus Godo Kaisha IP Bridge 1 Company.
         *Nature*: Inter Partes Review (IPR).
         *Venue*: USPTO Patent Trial and Appeal Board.
         *Law firm*: Greenblum & Bernstein, P.L.C., Reston, Virginia.
         *Role*: I served as technical expert witness on behalf of IP Bridge (Patent Owner). I wrote one or more expert reports; I was deposed.

**2017**    *Action*: Harvard University versus Micron Technology Company.
         *Nature*: Patent infringement.
         *Venue*: U.S. District Court for MA, Boston; U.S. District Court for Delaware, Wilmington.
         *Law firm*: Weil Gotshal & Manges LLP, Redwood Shores, California.
         *Role*: I served as technical expert witness on behalf of Micron Technology Company (Defendant). I wrote one or more expert reports; I was deposed.

**2017**    *Action*: Seoul Viosys Company versus P3 Company.
         *Nature*: Patent infringement.
         *Venue*: U.S. District Court, Southern District of New York, New York City.
         *Law firm*: Holland & Knight LLP, New York City, New York.
         *Role*: I served as technical expert witness on behalf of Seoul Viosys (Plaintiff). I wrote one or more expert reports.

**2017**  ***Action***: Nitride Semiconductor Company versus Rayvio Company.
***Nature***: Patent infringement.
***Venue***: US District Court for the Northern District of California.
***Law firm***: Dentons LLP, Palo Alto, California.
***Role***: I served as technical expert witness on behalf of Rayvio (Defendant).

**2018**  ***Action***: CRX Tech LLC versus Samsung Electronics Co. LTD.
***Nature***: Patent infringement.
***Venue***: U.S. District Court for the Eastern District of Texas, Marshall Division.
***Law firm***: Arnold & Porter LLP, Los Angeles, California.
***Role***: I served as technical expert witness on behalf of Samsung (Defendant).

**2018**  ***Action***: Macom Technology Solutions Holdings Inc. versus Infineon Technologies AG.
***Nature***: Patent infringement.
***Venue***: U.S. District Court Central District of California Western Division, Los Angeles.
***Law firm***: Perkins Coie LLP, Denver, Colorado.
***Role***: I served as technical expert witness on behalf of Macom (Plaintiff). I wrote one or more expert reports; I was deposed.

**2018**  ***Action***: Vizio Inc. versus Nichia Corporation.
***Nature***: Inter Partes Review (IPR).
***Venue***: USPTO Patent Trial and Appeal Board.
***Case number***: Case No. IPR-2017-01608 and IPR-2017-01623 (PTAB).
***Law firm***: Rothwell, Figg, Ernst & Manbeck, P.C., Washington DC.
***Role***: I served as technical expert witness on behalf of Nichia Corporation (Patent Owner). I wrote one or more expert declarations.

**2018**  ***Action***: Lowe's Companies Inc. versus Nichia Corporation.
***Nature***: Inter Partes Review (IPR).
***Venue***: USPTO Patent Trial and Appeal Board.
***Case number***: Case No. IPR2017-02014 (PTAB).
***Law firm***: Rothwell, Figg, Ernst & Manbeck, P.C., Washington DC.
***Role***: I served as technical expert witness on behalf of Nichia Corporation (Patent Owner). I wrote one or more expert declarations.

**2018**  ***Action***: Ultravision Technologies LLC versus Prismaflex USA Inc.
***Nature***: Patent infringement.
***Venue***: US International Trade Commission (ITC), Washington DC.
***Case number***: Investigation No. 337-TA-1114 (ITC)
***Law firm***: Womble Bond Dickinson LLP, Winston-Salem, NC
***Role***: I served as technical expert witness on behalf of Prismaflex USA (Defendant). I wrote one or more expert reports. I was deposed.

**2019**  ***Action***: Carl Zeiss AG versus Nikon USA Inc.
***Nature***: Patent infringement.
***Venue***: US International Trade Commission (ITC), Washington DC.
***Case number***: Investigation No. 337-TA-1129 (US ITC)
***Law firm***: Morrison & Foerster LLP, Los Angeles CA.

**Role**: I served as technical expert witness on behalf of Nikon USA (Defendant). I wrote one or more expert reports. I was deposed.

**2019**   **Action**: ASM IP Holding B.V. versus Hitachi Kokusai Electric Inc.
**Nature**: Arbitration related to IP licensing dispute.
**Venue**: ICDR (International Centre for Dispute Resolution), Palo Alto CA.
**Case number**: Case No. ICDR 01-17-0005-1963 (Palo Alto CA)
**Law firm**: Quinn Emanuel Urquhart & Sullivan LLP, San Francisco CA.
**Role**: I served as technical expert witness on behalf of ASM IP Holding B.V. (Complainant). I authored multiple witness statements. I testified at the Arbitration Hearing.

**2019**   **Action**: Power Integrations Inc. versus C. W. Park.
**Nature**: Breach of employment contract.
**Venue**: US District Court, Northern District of California, San Jose Division.
**Case number**: 5:16-cv-02366-BLF (Northern District of California)
**Law firm**: Miclean Gleason LLP, San Mateo CA.
**Role**: I served as technical expert witness on behalf of Power Integrations Inc. (Complainant). I performed analyses relating to switched-mode power supplies (SMPS) including flyback transformers. The matter ended in settlement.

**2019**   **Action**: Omni MedSci Inc. versus Apple Inc.
**Nature**: Patent infringement.
**Venue**: US District Court, Eastern District of Texas, Marshall Division.
**Case number**: Civil Action No. 2:18-cv-134-RWS (E.D. Texas)
**Law firm**: Sidley Austin LLP, Washington DC.
**Role**: I served as technical expert witness on behalf of Apple Inc. (Defendant). I performed a non-infringement analysis relating to the heart rate monitor of the Apple Watch, authored an expert report, and testified at a deposition.

**2019**   **Action**: Fluxwerx Illumination Inc., versus OKT Lighting USA LLC
**Nature**: Design patent infringement.
**Venue**: US District Court, Southern District of Texas, Houston Division.
**Case number**: Civil Action No. 4:19-CV-01113 (S.D. Texas)
**Law firm**: Burns & Levinson LLP, Boston MA.
**Role**: I served as technical expert witness on behalf of Fluxwerx Illumination, Inc. (Plaintiff). I performed an infringement analysis.

**2020**   **Action**: Lighting Science Group Corporation versus Nichia Corporation and others
**Nature**: Patent infringement.
**Venue**: US ITC, OUII (Office for Unfair Import Investigations), Washington DC
**Case number**: Investigation No. 337-TA-1168
**Law firm**: Shearman & Sterling LLP, New York, NY.
**Role**: I served as technical expert witness on behalf of Nichia Corporation. I performed a non-infringement analysis, authored an expert report, was deposed, and testified at the ITC hearing as key technical witness on behalf of Nichia and Respondents (6 hours live testimony).

**2020**   **Action**: Regents of the University of California versus Amazon, Walmart, Ikea, Target, and others
**Nature**: Patent infringement.
**Venue**: US ITC, OUII (Office for Unfair Import Investigations), Washington DC

*Case number*: Investigation No. 337-TA-1172
*Law firm*: Nixon Peabody LLP, Los Angeles CA.
*Role*: I served as technical expert witness on behalf of the Regents of the University of California. I performed an infringement analysis, authored an expert report, and was deposed.

**2020**   *Action*: Samsung Electronics Company versus Acorn Technologies Company.
*Nature*: USPTO Inter Partes Review.
*Venue*: USPTO, Patent Trial and Appeal Board, Alexandria VA.
*Case numbers*: IPR-2020-01183 ('261), IPR-2020-01182 ('423), IPR-2020-01204 ('336), IPR-2020-01264 ('336), IPR-2020-01205 ('167), IPR-2020-01241 ('167), IPR-2020-01206 ('691), IPR-2020-01279 ('691), IPR-2020-01207 ('395), and IPR-2020-01282 ('395)
*Law firm*: Desmarais LLP, New York NY.
*Role*: I serve as technical expert witness on behalf of Samsung Electronics Company. I authored several expert declarations.

**2020**   *Action*: Satco Company versus The Regents of the University of California.
*Nature*: USPTO Inter Partes Review.
*Venue*: USPTO, Patent Trial and Appeal Board, Alexandria VA.
*Case number*: IPR-2020-00579, IPR-2020-00695, IPR-2020-00780, and IPR-2020-00813.
*Law firm*: Nixon Peabody LLP, Los Angeles CA.
*Role*: I serve as technical expert witness on behalf of The Regents of the University of California. I authored several expert declarations.

**2020**   *Action*: Godo Kaisha IP Bridge 1 Company versus Micron Technology Company.
*Nature*: Patent infringement.
*Venue*: US District Court for the Western District of Texas, Waco Division.
*Case number*: C.A. No. 6:20-cv-178-ADA.
*Law firm*: Orrick Herrington & Sutcliffe LLP, Menlo Park CA.
*Role*: I serve as technical expert witness on behalf of Micron Technology Company. I authored one or more expert reports.

**2020**   *Action*: Nichia Company versus Healthe Company and Lighting Science Group Company.
*Nature*: Patent infringement.
*Venue*: US District Court for the Middle District of Florida, Orlando Division.
*Case number*: 6:19-cv-1332-RBD-EJK and 6:19-cv-1333-RBD-EJK.
*Law firm*: Rothwell, Figg, Ernst & Manbeck, PC, Washington DC.
*Role*: I serve as technical expert witness on behalf of Nichia Company. I authored one or more expert reports.

**2021**   *Action*: The University of California versus General Electric, Ikea, Home Depot and others
*Nature*: Patent infringement.
*Venue*: US ITC, OUII (Office for Unfair Import Investigations), Washington DC
*Case number*: Investigation No. 337-TA-1220
*Law firm*: Nixon Peabody LLP, Los Angeles CA.
*Role*: I served as technical expert witness on behalf of the University of California. I performed multiple analyses, authored several expert reports, and was deposed multiple times.

**2021**   *Action*: Tianma Company versus Japan Display Incorporated (JDI)
*Nature*: USPTO Inter Partes Review.

Curriculum Vitae of Fred Schubert

**Venue**: USPTO, Patent Trial and Appeal Board, Alexandria VA.
**Case number**: IPR-2021-01029, IPR-2021-01057 and IPR-2021-01058
**Law firm**: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington DC.
**Role**: I served as technical expert witness on behalf of Tianma. I performed multiple analyses and authored several declarations.

Curriculum Vitae Fred Schubert

## United States Patents

1. A. Fischer, Y. Horikoshi, K. Ploog, and E. F. Schubert "Semiconductor devices with at least one monoatomic layer of doping atoms" European Patent No. 0183 146 A2; US Patent No. 4,882,609; issued on November 15 (1985)

2. J. E. Cunningham, E. F. Schubert, and W. T. Tsang "Delta doped ohmic metal to semiconductor contacts" US Patent No. 4,772,934; issued on September 20 (1988)

3. J. E. Cunningham, E. F. Schubert, and W. T. Tsang "Field-effect transistor having a delta-doped ohmic contact" US Patent No. 4,780,748; issued on October 25 (1988)

4. J. E. Cunningham, E. F. Schubert, and W. T. Tsang "Method for fabricating a field-effect transistor with a self-aligned gate" US Patent No. 4,784,967; issued on November 15 (1988)

5. E. Fred Schubert "Optical communications modulator device" US Patent No. 4,929,064; filed on July 21 (1988) issued on May 29 (1990)

6. J. E. Cunningham, A. M. Glass, and E. F. Schubert "Devices having asymmetric delta-doping" US Patent No. 4,974,044; issued on November 27 (1990)

7. J. E. Cunningham, A. M. Glass, and E. F. Schubert "Devices having asymmetric delta-doping" US Patent No. 5,031,012; issued on July 9 (1991)

8. J. E. Cunningham, T. D. Harris, E. F. Schubert, and J. P. van der Ziel "Optical system including wavelength tunable semiconductor laser" US Patent No. 4,980,892; issued on December 25 (1990)

9. R. F. Kopf, J. M. Kuo, H. S. Luftman, and E. F. Schubert "Doping procedures for semiconductor devices" US Patent No. 5,024,967; issued on June 18 (1991)

10. D. G. Deppe, R. D. Dupuis, and E. F. Schubert "Vertical cavity semiconductor lasers" US Patent No. 5,018,157; issued on May 21 (1991)

11. D. G. Deppe, L. C. Feldman, R. F. Kopf, E. F. Schubert, L.-W. Tu, and G. J. Zydzik "Vertical cavity surface emitting lasers with electrically conducting mirrors" US Patent No. 5,068,868; issued on November 26 (1991)

12. D. G. Deppe, E. F. Schubert, L.-W. Tu, and G. D. Zydzik "Optical devices with electron-beam evaporated multilayer mirror" US Patent No. 5,206,871; issued on April 27 (1993)

13. R. F. Kopf, E. F. Schubert, H. O'Brian, L.-W. Tu, Y. H. Wang, and G. J. Zydzik "Vertical cavity surface emitting lasers with transparent electrodes" US Patent No. 5,115,441; issued on May 19 (1992)

14. E. F. Schubert, L.-W. Tu, and G. J. Zydzik "Elimination of heterojunction band discontinuities" US Patent No. 5,170,407; issued on December 8 (1992)

15. S. W. Downey, A. B. Emerson, R. F. Kopf, and E. F. Schubert "Devices having repetitive layers" US Patent No. 5,226,055; issued on July 6 (1993)

16. A. Y. Cho, E. F. Schubert, L.-W. Tu, and G. J. Zydzik "Resonant cavity light emitting diode" US Patent No. 5,226,053; issued on July 6 (1993)

17. L. C. Feldman, N. E. J. Hunt, D. C. Jacobson, J. M. Poate, E. F. Schubert, A. M. Vredenberg, Y. H. Wong, and G. J. Zydzik "Erbium-doped optical devices" US Patent No. 5,249,195; issued on September 28 (1993)

18. R. F. Kopf and E. F. Schubert "PN junction devices with group IV element-doped group III-V compound semiconductors" US Patent No. 5,268,582; issued on December 7 (1993)

19. N. E. J. Hunt and E. F. Schubert "Single mirror light-emitting diodes with enhanced intensity" US Patent No. 5,362,977; issued on November 8 (1994)

20. N. E. J. Hunt, E. F. Schubert, and G. J. Zydzik "Photodetector with a resonant cavity" US Patent No. 5,315,128; issued on May 24 (1994)

21. A. M. Glass, N. E. J. Hunt, J. M. Poate, E. F. Schubert, and G. J. Zydzik "Absorption resonant rare-earth-doped microcavities" US Patent No. 5,363,398; issued on November 8 (1994)

22. N. E. J. Hunt, M. Passlack, E. F. Schubert, and G. J. Zydzik "Electron beam deposition of gallium oxide thin films using a single high purity crystal source" US Patent No. 5,451,548; issued on September 19 (1995)

23. N. K. Dutta, R. J. Fischer, N. E. J. Hunt, M. Passlack, E. F. Schubert, and G. J. Zydzik "Gallium oxide coatings for optoelectronic devices using electron beam evaporation of a high purity single crystal $Gd_3Ga_5O_{12}$ source" US Patent No. 5,550,089; issued on August 27 (1996)

24. U. K. Chakrabarti, J. de Jong, E. F. Schubert, J. Wynn, and G. J. Zydzik "Mechanical fixture and procedure for in-vacuum coating of semiconductor laser facets" US Patent No. 5,719,077; issued on February 17 (1998)

25. E. F. Schubert "Enhanced p-type doping of wide-gap semiconductors" US Patent No. 5,932,899; issued on August 3 (1999)

26. J. D. Joannopoulos, S. Fan, P. R. Villeneuve, and E. F. Schubert "Light emitting device utilizing a periodic dielectric structure" US Patent No. 5,955,749; issued on September 21 (1999)

27. E. F. Schubert and D. A. Stocker "Crystallographic wet chemical etching on GaN" US Patent No. 6,294,475; issued on September 25 (2001)

28. E. F. Schubert "Light-emitting diode with omni-directional reflector" US Patent No. 6,784,462; issued on August 31 (2004)

29. Jaehee Cho, Hong Luo, Jong Kyu Kim, Yong Jo Park, Cheolsoo Sone, and E. Fred Schubert "Light emitting device having protection element and method of manufacturing the light emitting device" US Patent No. 7,411,221 B2; issued on August 12 (2008)

30. Jaehee Cho, Frank Wilhelm Mont, Cheolsoo Sone, Jong-kyu Kim, June-o Song, E. Fred Schubert "Optical thin film, semiconductor light emitting device having the same and methods of fabricating the same" US Patent No. 7,483,212; issued on January 27 (2009)

31. Jaehee Cho, Martin F. Schubert, E. Fred Schubert, Jong Kyu Kim, Cheolsoo Sone "Light emitting diodes and display apparatuses using the same" US Patent No. 7,560,746; issued on July 14 (2009)

32. Martin F. Schubert, Sameer Chhajed, Jong Kyu Kim, E. Fred Schubert, and Jaehee Cho "Reflector shapes for light-emitting diode-polarized light sources" US Patent No. 7,765,495; filed on June 24 (2008); issued on August 3 (2010)

33. Martin F. Schubert, Ahmed Noemaun, Sameer Chhajed, Jong Kyu Kim, E. F. Schubert, Cheolsoo Sone "Encapsulant shapes for light emitting devices lacking rotational symmetry designed to enhance extraction of light with a particular linear polarization" US Patent No. 7,819,557; filed on June 24 (2008); issued on October 6 (2010)

34. Jaehee Cho, Jong-Kyu Kim, Cheolsoo Sone, and E. F. Schubert "LED device having diffuse reflective surface" US Patent No. 7,816,855; filed on December 28 (2005); issued on October 19 (2010)

35. Jaehee Cho, E. Fred Schubert, and Xing Yan "Liquid crystal display with refractive index matched electrodes" US Patent No. 8,164,727; filed on April 28, 2010; issued on April 24 (2012)

36. Mary H. Crawford, Daniel Koleske, Jaehee Cho, Di Zhu, Troy, Ahmed Noemaun, Martin F. Schubert, and E. Fred Schubert "High efficiency III-Nitride light-emitting diodes" US Patent No. 8,451,877; filed on March 17, 2011; issued on May 28 (2013)

37. Min-ho Kim, Martin F. Schubert, Jong Kyu Kim, E. Fred Schubert, Yongjo Park, Cheolsoo Sone, and Sukho Yoon "Nitride semiconductor light-emitting device" US Patent No. 8,502,266; filed on September 8 (2010); issued on August 6 (2013)

38. David J. Poxson, Frank W. Mont, E. Fred Schubert, and Richard W. Siegel "Tunable nanoporous film on polymer substrates, and method for their manufacture" US Patent No. 9,732,427; filed on April 23 (2013); issued on August 15 (2017)

***Patent Licensing***: Several patents listed above have been licensed to companies, including Luminus Devices, Samsung, Epistar, Cree, Osram, and Lumileds Company.

Curriculum Vitae – Fred Schubert

## Journal Publications

**1982**

1.   H. Künzel, H. Jung, E. F. Schubert, and K. Ploog "Influence of growth conditions and of alloy composition on electrical and optical properties of MBE AlGaAs" *Journal Physique Colloque C5*, **C5/175**, 42 (1982)

**1984**

2.   E. F. Schubert, K. Ploog, H. Dämbkes, and K. Heime "Selectively doped n-AlGaAs/ GaAs heterostructures with high-mobility two-dimensional electron gas for field-effect transistors. Part I: Effect of parallel conductance" *Applied Physics* **A33**, 63 (1984)

3.   E. F. Schubert, K. Ploog, H Dämbkes., and K. Heime "Selectively doped n-AlGaAs/ GaAs heterostructures with high-mobility two-dimensional electron gas for field-effect transistors. Part II: Hot electron effects" *Applied Physics* **A33**, 183 (1984)

4.   E. F. Schubert and K. Ploog "Transient photoconductivity in selectively doped n-type AlGaAs/GaAs heterostructures" *Physical Review* **B29**, 4562 (1984)

5.   E. F. Schubert, E. O. Göbel, Y. Horikoshi, K. Ploog, and H. J. Queisser "Alloy broadening in photoluminescence spectra of AlGaAs" *Physical Review* **B30**, 813 (1984)

6.   E. F. Schubert and K. Ploog "Shallow and deep donors in direct-gap n-AlGaAs:Si grown by molecular-beam epitaxy" *Physical Review* **B30**, 7021 (1984)

**1985**

7.   E. F. Schubert, J. Knecht, and K. Ploog "Transient and persistent photoconductivity in n-AlGaAs and selectively doped n-AlGaAs/GaAs heterostructures*" Journal of Physics C: Solid State Physics* **18**, L215 (1985)

8.   E. F. Schubert, A. Fischer, and K. Ploog "GaAs sawtooth superlattice light-emitting diode operating monochromatically at λ > 0.9 μm" *Electronics Letters* **21**, 411 (1985)

9.   E. F. Schubert, A. Fischer, Y. Horikoshi, and K. Ploog "GaAs sawtooth superlattice laser emitting at wavelengths λ > 0.9 μm" *Applied Physics Letters* **47**, 219 (1985)

10.  E. F. Schubert, A. Fischer, and K. Ploog "Electron-impurity tunneling in selectively doped n-type AlGaAs/GaAs heterostructures" *Physical Review* **B31**, 7937 (1985)

11.  E. F. Schubert, Y. Horikoshi, and K. Ploog "Radiative electron-hole recombination in a new sawtooth semiconductor superlattice grown by molecular-beam epitaxy" *Physical Review* **B32**, 1085 (1985)

12.  E. F. Schubert and K. Ploog "The delta-doped field-effect transistor" *Japanese Journal Applied Physics Letters* **24**, L608 (1985)

13.  K. Ploog, A. Fischer, E. F. Schubert "Preparation and properties of a new GaAs sawtooth doping superlattice" *Proceedings of the Second International Conference (Yamada Conference) on Modulated Semiconductor Structures*; September 9-13 (1985), Kyoto, Japan

14.  E. F. Schubert and K. Ploog "Electron subband structure in selectively doped n-AlGaAs/ GaAs heterostructures*" IEEE Transactions on Electron Devices*, **ED-32**, 1868 (1985)

15.  E. F. Schubert and K. Ploog "Optical properties of a new sawtooth superlattice grown by molecular beam epitaxy" *Journal de Physique* (Paris), **46**, 147 (1985)

**1986**

16.  E. F. Schubert, A. Fischer, and K. Ploog "The delta-doped field-effect transistor" *IEEE Transactions on Electron Devices*, **ED-33**, 625 (1986)

17.  E. F. Schubert and K. Ploog "Interpretation of capacitance-voltage profiles from delta-doped GaAs grown by molecular-beam epitaxy" *Japanese Journal of Applied Physics* **25**, 966 (1986)

18.  E. F. Schubert and W. T. Tsang "Photoluminescence line shape of excitons in alloy semiconductors" *Physical Review B, Rapid Communications*, **B34**, 2991 (1986)

19.  E. F. Schubert, J. E. Cunningham, W. T. Tsang, and T. H. Chiu "Delta-doped ohmic contacts to n-GaAs" *Applied Physics Letters* **49**, 292 (1986) and *Applied Physics Letters* **49**, 984 (1986)

20.  K. Ploog, A. Fischer, and E. F. Schubert "Preparation and properties of a new GaAs sawtooth doping superlattice" *Surface Science* **174**, 120 (1986)

21.  B. I. Miller, E. F. Schubert, U. Koren, A. Ourmazd, A. H. Dayem, and R. J. Capik "High quality narrow

GaInAs/InP quantum wells grown by atmospheric organometallic vapor phase epitaxy" *Applied Physics Letters* **49**, 1384 (1986)

22. E. F. Schubert, Cunningham J. E., and Tsang W. T. "Self-aligned enhancement and depletion-mode GaAs field-effect transistors employing the delta-doping technique" *Applied Physics Letters* **49**, 1729 (1986)

23. W. T. Tsang, E. F. Schubert, A. H. Dayem, J. E. Cunningham, T. H. Chiu, J. A. Ditzenberger, J. Shah, and J. L. Zyskind "Very high quality GaInAs grown by chemical beam epitaxy" *Journal of Electronic Materials* **15**, 307 (1986)

24. W. T. Tsang and E. F. Schubert "Extremely high quality GaInAs/InP quantum wells grown by chemical beam epitaxy" *Applied Physics Letters* **49**, 220 (1986)

25. W. T. Tsang, A. H. Dayem, T. H. Chiu, J. E. Cunningham, E. F. Schubert, J. A. Ditzenberger, J. Shah, J. L. Zyskind, and N. Tabatabaie "Chemical beam epitaxial growth of extremely high quality GaInAs on InP" *Applied Physics Letters* **49**, 170 (1986)

26. E. F. Schubert, A. Fischer, and K. Ploog "Photoconductivity in selectively n- and p-doped AlGaAs/GaAs heterostructures" *Solid State Electronics 29*, 173 (1986)

**1987**

27. E. F. Schubert, J. E. Cunningham, and W. T. Tsang "'Type A' sawtooth doping superlattice: realization of the Esaki-Tsu type superlattice" *Physical Review B Rapid Communications* **B36**, 1348 (1987)

28. E. F. Schubert, J. E. Cunningham, and W. T. Tsang "Electron-mobility enhancement and electron-concentration enhancement in delta-doped n-GaAs at $T$ = 300 K" *Solid State Communications* **63**, 591 (1987)

29. W. T. Tsang, E. F. Schubert, T. H. Chiu, J. E. Cunningham, E. G. Burkhardt, J. A. Ditzenberger, and E. Agyekum "Growth of high-quality GaInAsP by chemical beam epitaxy" *Applied Physics Letters* **51**, 761 (1987)

30. J. E. Cunningham, W. T. Tsang, T. H. Chiu, E. F. Schubert, and J. A. Ditzenberger "MBE grown high purity GaAlAs" *J. Vac. Sci. Technol.* **A5**, 761 (1987)

31. W. T. Tsang, E. F. Schubert, T. H. Chiu, J. E. Cunningham, and J. A. Ditzenberger "Chemical beam epitaxial growth of very high quality GaInAs and GaInAs/InP quantum well heterostructures" *GaAs and Related Compounds* (1987) Ed. by W. T. Lindley.

32. J. E. Cunningham, W. T. Tsang, T. H. Chiu, and E. F. Schubert "Molecular beam epitaxial growth of high purity AlGaAs" *Applied Physics Letters* **50**, 769 (1987)

33. Y. Horikoshi, A. Fischer, E. F. Schubert, and K. Ploog "High-mobility two-dimensional electron gas from delta-doped asymmetric AlGaAs/GaAs/AlGaAs quantum wells" *Japanese Journal Applied Physics* **26**, 263 (1987)

34. T. H. Chiu, E. Agyekum, J. A. Ditzenberger, A. Robertson, E. F. Schubert, W. T. Tsang, and C. W. Tu "Growth and characterization of (001) GaAs epilayers by chemical beam epitaxy" *Journal of Electronic Materials* **16**, A21 (1987)

35. E. F. Schubert, J. E. Cunningham, and W. T. Tsang "Perpendicular electronic transport in doping superlattices" *Applied Physics Letters* **51**, 817 (1987)

36. E. F. Schubert, J. E. Cunningham, W. T. Tsang, and G. L. Timp "Selectively delta-doped AlGaAs/GaAs heterostructures with two-dimensional electron-gas concentrations $n_{2DEG} \geq 1.5 \times 10^{12}\,cm^{-2}$ for field-effect transistors" *Applied Physics Letters* **51**, 1170 (1987)

37. T. H. Chiu, W. T. Tsang, E. F. Schubert, and E. Agyekum "Chemical beam epitaxial growth of high-purity GaAs using trimethylgallium and arsine" *Applied Physics Letters* **51**, 1109 (1987)

**1988**

38. B. Ullrich, E. F. Schubert, J. Stark, and J. E. Cunningham "Localization of impurities in delta-doped n-type GaAs" *Applied Physics* **A47**, 123 (1988)

39. E. F. Schubert, J. Stark, T. H. Chiu, and B. Tell "Diffusion of atomic silicon in gallium arsenide" *Applied Physics Letters* **53**, 293 (1988)

40. E. F. Schubert, J. Stark, B. Ullrich, and J. E. Cunningham "Spatial localization of impurities in delta-doped GaAs" *Applied Physics Letters* **52**, 1508 (1988)

41. J. E. Cunningham, G. Timp, E. F. Schubert, W. T. Tsang, P. G. N. DeVegvar, T. H. Chiu, and E. Agyekum "Enhancements in two-dimensional electron gas density and mobility in delta-doped AlGaAs heterostructures" *Proceedings Materials Research Society Symposium* **102** (1988)

Curriculum Vitae of Fred Schubert

42. T. H. Chiu, E. F. Schubert, J. E. Cunningham, and B. Tell "Diffusion studies of the Si delta-doped GaAs by capacitance-voltage measurements" *Journal of Applied Physics, Rapid Communication* **64**, 1578 (1988)

43. T. Y. Kuo, J. E. Cunningham, E. F. Schubert, W. T. Tsang, T. H. Chiu, F. Ren, and C. G. Fonstad "Selectively delta-doped quantum well transistor grown by gas source molecular beam epitaxy" *Journal of Applied Physics* **64**, 3324 (1988)

44. E. F. Schubert, B. Ullrich, T. D. Harris, and J. E. Cunningham "Quantum-confined interband absorption in GaAs sawtooth doping superlattices" *Physical Review* **B38**, 8305 (1988)

45. T. H. Chiu, E. F. Schubert, J. E. Cunningham, W. T. Tsang, and B. Tell "Chemical beam epitaxial growth and capacitance-voltage characterization of Si-doped GaAs" *Proceedings Materials Research Society Symposium* **102**, 475 (1988)

46. E. F. Schubert and J. E. Cunningham "Photonic switching by tunneling-assisted absorption modulation in a GaAs sawtooth structure" *Electronics Letters* **24**, 980 (1988)

47. E. F. Schubert, T. H. Chiu, J. E. Cunningham, B. Tell, and J. B. Stark "Spatial localization and diffusion of atomic silicon in delta-doped GaAs" *Journal of Electronics Materials*, **17**, 527 (1988)

48. R. J. Malik, R. Nottenburg, E. F. Schubert, J. F. Walker, and R. W. Ryan "Carbon doping in molecular beam epitaxy of GaAs from a heated graphite filament" *Applied Physics Letters* **53**, 2661 (1988)

49. E. F. Schubert, T. D. Harris, and J. E. Cunningham "Minimization of dopant-induced random potential fluctuations in sawtooth doping superlattices" *Applied Physics Letters* **53**, 2208 (1988)

50. T. Y. Kuo, J. E. Cunningham, E. F. Schubert, W. T. Tsang, T. H. Chiu, and C. G. Fonstad "Experimental and theoretical characterization of the delta-doped quantum well transistor grown by gas source molecular beam epitaxy" *IEEE Transactions on Electron Devices* **35**, 1424 (1988).

**1989**

51. E. F. Schubert, J. E. Cunningham, T. H. Chiu, J. B. Stark, B. Tell, and C. W. Tu "Spatial localization and diffusion of Si in delta-doped GaAs and AlGaAs and its application to electron-mobility optimization in selectively doped heterostructures" *GaAs and Related Compounds* Ed. J. S. Harris. (1989)

52. E. F. Schubert, T. D. Harris, J. E. Cunningham, and W. Jan "Multi-subband photoluminescence in sawtooth doping superlattices" *Physical Review* **B39**, 11011 (1989)

53. J. E. Cunningham, G. Timp, A. M. Chang, T. H. Chiu, W. Jan, E. F. Schubert, and W. T. Tsang "Spatial localization of Si in selectively delta-doped AlGaAs/GaAs heterostructures for high mobility and density realization" *Journal Crystal Growth* **95**, 253 (1989)

54. B. Ullrich, C. Zhang, E. F. Schubert, J. E Cunningham., and K. von Klitzing "Transmission spectroscopy on sawtooth doping superlattices" *Physical Review* **B39**, 3776 (1989)

55. E. F. Schubert, J. E. Cunningham, T. H. Chiu, J. B. Stark, B. Tell, and C.W Tu. "Spatial localization and diffusion of Si in delta-doped GaAs and AlGaAs and its application to electron-mobility optimization in selectively doped heterostructures" *GaAs and Related Compounds 1988* (Institute Physics Conference Series **96**, Bristol, 1989) p. 33

56. A. M Glass., E. F. Schubert, B. A. Wilson, C. E. Bonner, J. E. Cunningham, D. H. Olson, and W. Jan "A novel photo-voltaic delta-doped GaAs superlattice structure" *Applied Physics Letters* **54**, 2247 (1989)

57. E. F. Schubert, L. Pfeiffer, K. W. West, and A. Izabelle "Dopant distribution for maximum carrier-mobility in selectively doped Al$_{0.30}$Ga$_{0.70}$As/GaAs heterostructures" *Applied Physics Letters* **54**, 1350 (1989)

58. J. E. Cunningham, G. Timp, T. Chiu, W. T Tsang., E. F. Schubert, and W. Jan "Mobility and density enhancement in delta-doped Al$_{0.30}$Ga$_{0.70}$As/GaAs heterostructures" *GaAs and Related Compounds 1988* (Institute Physics Conference Series, **96**, Bristol, 1989) p. 33

59. E. F. Schubert, C. W. Tu, R. Kopf, J. M. Kuo and L. M. Lunardi "Diffusion and drift of Si-dopants in delta-doped n-type AlGaAs" *Applied Physics Letters* **54**, 2592 (1989)

60. E. F. Schubert, J. P. van der Ziel, J. E. Cunningham, and T. D. Harris "Tunable stimulated emission of radiation in GaAs doping superlattices" *Applied Physics Letters* **55**, 757 (1989)

61. E. F. Schubert, T. D. Harris, and J. E. Cunningham "Quantum-confined optical interband transitions in delta-doped doping superlattices" *Proceedings of Mats. Research Society* Editors: C. W. Tu and A. C. Gossard **145**, 21 (1989)

62. D. G. Deppe, A. Y. Cho, K. F. Huang, R. J. Fischer, K. Tai, E. F Schubert, and Y. K. Chen "AlGaAs-GaAs and AlGaAs-GaAs-InGaAs vertical cavity surface emitting lasers with Ag mirrors" *Journal of Applied Physics* **66**, 5629 (1989)

Curriculum Vitae of Fred Schubert

63. W. S. Hobson, Pearton S., Schubert E. F., and Cabaniss G. "Zinc delta-doping of GaAs by organometallic vapor phase epitaxy" *Applied Physics Letters* **55**, 1546 (1989)

**1990**

64. (**Invited**) E. F. Schubert, J. M. Kuo, and R. F. Kopf "Theory and experiment of capacitance-voltage profiling on semiconductors with quantum confinement" *Journal Electronic Materials, Special Issue on "Artificially Structured Materials"* **19**, 521 (1990)

65. (**Invited**) E. F. Schubert "Delta-doping of III-V compound semiconductors: Fundamentals and device applications" *Journal of Vacuum Science and Techno*logy, **A8**, 2980 (1990)

66. (**Invited**) E. F. Schubert "Optical properties of delta-doped doping superlattices" *Surface Science*, **228**, 240 (1990)

67. E. F. Schubert, J. M. Kuo, R. F. Kopf, H. S. Luftman, L. C. Hopkins, and N. J. Sauer, "Beryllium delta-doping of GaAs grown by molecular beam epitaxy" *Journal of Applied Physics* **67**, 1969 (1990)

68. D. G. Deppe, N. D. Gerrard, C. J. Pinzone, R. D. Dupuis, and E. F. Schubert "Quarter-wave Bragg reflector stack of InP/In$_{0.53}$Ga$_{0.47}$As for 1.65 μm wavelength" *Applied Physics Letters* **56**, 315 (1990)

69. E. F. Schubert, J. M. Kuo, R. F. Kopf, A. S. Jordan, H. S. Luftman, and L. C. Hopkins "Fermi-level-pinning induced dopant redistribution in semiconductors during growth by molecular beam epitaxy" *Physical Review* **42**, 1364 (1990)

70. E. F. Schubert, R. F. Kopf, J. M. Kuo, H. S. Luftman, and P. A. Garbinski "Spatial resolution of the capacitance-voltage profiling technique on semiconductors with quantum confinement" *Applied Physics Letters* **57**, 497 (1990)

71. (**Invited**) E. F. Schubert "Optical and electronic properties of delta-doped doping superlattices" *Journal of Optical and Quantum Electronics*, **22**, S141 (1990)

72. E. F. Schubert, L.-W. Tu, R. F. Kopf, G. J. Zydzik, and D. G. Deppe "Low threshold vertical cavity surface emitting lasers with metallic reflectors" *Applied Physics Letters*, **57**, 117 (1990)

73. E. F. Schubert, F. Capasso, A. L. Hutchinson, S. Sen, and A. C. Gossard "Observation of charge storage and intra-subband relaxation in resonant tunneling via a high sensitivity capacitance technique" *Applied Physics Letters*, **57**, 2820 (1990)

74. H.-J. Gossmann, E. F. Schubert, D. J. Eaglesham, and M. Cerullo "Low temperature Si molecular beam epitaxy: Solution to the doping problem" *Applied Physics Letters*, **57**, 2440 (1990)

75. S. W. Downey, R. F. Kopf, E. F. Schubert, and J. M. Kuo "Resonance ionization mass spectrometry of AlGaAs: Resolution, sensitivity, and matrix effect" *Applied Optics*, **29**, 4938 (1990)

76. L.-W. Tu, E. F. Schubert, R. F Kopf., G. J., Zydzik M. Hong, S. N. G. Chu, and J. P. Mannaerts "Vertical cavity surface emitting lasers with semitransparent metallic mirrors and high quantum efficiencies" *Applied Physics Letters*, **57**, 2045 (1990)

77. E. F. Schubert, H. S. Luftman, R. F. Kopf, R. L Headrick., and J. M. Kuo "Secondary ion mass spectroscopy on delta-doped GaAs grown by molecular beam epitaxy" *Applied Physics Letters*, **57**, 1799 (1990)

78. H.-J. Gossmann, E. F. Schubert, D. J. Eaglesham, and M. Cerullo "Si molecular beam epitaxy at room temperature: Solution to the Si doping problem" *Proceedings of the International Conference on Electronic Materials*, 11541-9008-48TM

**1991**

79. (**Invited**) E. F. Schubert and R. F. Kopf "Delta-doping in III-V semiconductors" *Materials Science Forum*, 65 & 66, 53 (Trans Tech Publications, Zürich, 1991)

80. L.-W. Tu, Y. H. Wang, E. F. Schubert, B. E. Weir, G. J. Zydzik, and A. Y. Cho "High temperature performance of three-quantum-well vertical-cavity top-emitting lasers" *Electronics Letters* **27**, 457 (1991)

81. L.-W. Tu, E. F. Schubert, H. M. O'Brian, Y.-H. Wang, B. E Weir., G. J. Zydzik, and A. Y. Cho "Transparent conductive metal-oxide contacts in vertical-injection top-emitting quantum well lasers" *Applied Physics Letters* **58**, 790 (1991)

82. L. Pfeiffer, E. F. Schubert, K. W. West, and C. W. Magee "Si dopant migration and the AlGaAs/GaAs inverted interface" *Applied Physics Letters* **58**, 2258 (1991)

83. E. F. Schubert "Doping distributions in III-V semiconductors" *Advanced Processing and Characterization Technologies, American Vacuum Society Series* **10**, 5 (American Institute of Physics, New York, 1991)

84. R. F. Kopf, E. F Schubert, T. D Harris., and R. S. Becker "Photoluminescence of GaAs quantum wells grown by

molecular-beam epitaxy with growth interruptions" *Applied Physics Letters* **58**, 631 (1991)

### 1992

85. W. T. Tsang, E. F. Schubert, and J. E. Cunningham "Doping in semiconductors with variable activation energy: A new concept and demonstration" *Applied Physics Letters* **60**, 115 (1992)

86. E. F. Schubert "Smart doping of III-V semiconductor heterostructure devices" *Proceedings 180th Electrochem. Society Mtg., State-of-the-Art Program on Compound Semiconductors* **92-19**, 85 (1992)

87. E. F. Schubert, L.-W. Tu, G. J. Zydzik, R. F. Kopf, A. Benvenuti, and M. R. Pinto "Elimination of heterojunction band discontinuities by modulation doping" *Applied Physics Letters* **60**, 466 (1992)

88. E. F. Schubert, Y.-H. Wang, A. Y. Cho, L. W. Tu, and G. J. Zydzik "Resonant cavity light emitting diode" *Applied Physics Letters* **60**, 921 (1992)

89. R. F. Kopf, E. F. Schubert, S. W. Downey, and A. B. Emerson "P- and n-type dopant profiles in distributed Bragg reflector structures and their effect on resistance" *Applied Physics Letters* **61**, 1820 (1992)

90. E. F. Schubert, A. M. Vredenberg, N. E. J. Hunt, Y. H. Wong, P. C. Becker, J. M Poate., D. C. Jacobson, L. C. Feldman, and G. J. Zydzik "Giant enhancement of luminescence intensity in Er-doped $Si/SiO_2$ resonant cavities" *Applied Physics Letters* **61**, 1381 (1992)

91. N. E. J. Hunt, E. F. Schubert, R. A Logan., and G. J. Zydzik "Enhanced spectral power density and reduced linewidth at 1.3 μm in an InGaAsP quantum-well resonant-cavity light-emitting diode" *Applied Physics Letters* **61**, 2287 (1992)

92. R. F. Kopf, E. F. Schubert, S. W. Downey, and A. B. Emerson "Resonance ionization of device materials" *Institute of Physics Conference Series* **128**, 255 (1992)

93. N. E. J. Hunt, E. F. Schubert, D. L. Sivco, A. Y. Cho, and G. J. Zydzik "Power and efficiency limits in single mirror light emitting diodes with enhanced intensity" *Electronics Letters* **28**, 2169 (1992)

94. N. E. J. Hunt, E. F. Schubert, R. A. Logan, and G. J. Zydzik "Extremely narrow spectral widths from resonant cavity light-emitting diodes (RCLEDs) suitable for wavelength-division multiplexing at 1.3 μm and 1.55 μm" *Proceedings of the International Electron Devices Meeting (IEDM)* **1992**, 651 (1992)

95. A. M. Vredenberg, N. E. J. Hunt, E. F. Schubert, P. C. Becker, D. C. Jacobson, J. M. Poate, and G. J. Zydzik "Erbium implantation in optical microcavities for controlled spontaneous emission" *Proceedings Ion Implantation Technology - 92*

### 1993

96. (**Book**) E. F. Schubert "Doping in III-V semiconductors" *Cambridge University Press*, ISBN 0-521-41919-0, 606 pages (1993)

97. E. F. Schubert and R. F. Kopf "Selective n- and p-type C-doping in $Ga_{0.47}In_{0.53}As$ superlattices" *Journal Crystal Growth*. **127**, 1037 (1993)

98. H. Yao, E. F. Schubert, and R. F. Kopf "Raman and ellipsometric studies of delta-doped GaAs" *Materials Research Society Symposium Proceedings* **261**, 57 (1993)

99. (**Invited**) H.-J. Gossmann and E. F. Schubert "Delta doping in silicon" *CRC Critical Reviews in Solid State and Materials Sciences* **18**, 1 (1993)

100. A. M. Vredenberg, N. E. J. Hunt, E. F. Schubert, D. C. Jacobson, J. M. Poate, and G. J. Zydzik "Controlled atomic spontaneous emission from $Er^{3+}$ in a transparent $Si/SiO_2$ microcavity" *Physical Review Letters* **71**, 517 (1993)

101. (**Invited**) E. F. Schubert, R. F. Kopf, and T. D. Harris "Interface configurations of AlGaAs /GaAs quantum wells probed by photoluminescence spectroscopy" *Materials Research Society Symposium Proceedings* **280**, 203 (1993)

102. R. F. Kopf, E. F. Schubert, T. D. Harris, R. S. Becker, and G. H. Gilmer "Modification of GaAs/AlGaAs growth-interrupted interfaces through changes in ambient conditions during growth" *Journal of Applied Physics* **74**, 6139 (1993)

103. N. E. J. Hunt, E. F. Schubert, and G. J. Zydzik "A resonant-cavity p-i-n photodetector utilizing an electron-beam evaporated $Si/SiO_2$ microcavity" *Applied Physics Letters* **63**, 391 (1993)

104. N. E. J. Hunt, E. F. Schubert, R. F. Kopf, D. L. Sivco, A. Y. Cho, and G. J. Zydzik "Increased fiber communications bandwidth from a resonant cavity light emitting diode emitting at λ = 940 nm" *Applied Physics Letters* **63**, 2600 (1993)

105. E. F. Schubert, N. E. J. Hunt, A. M. Vredenberg, T. D. Harris, J. M. Poate, D. C Jacobson., Y. H Wong., and G. J.

Zydzik "Enhanced luminescence by resonant absorption in Er-doped Si/SiO$_2$ microcavities" *Applied Physics Letters* **63**, 2603 (1993)

**1994**

106. E. F. Schubert, N. E. J. Hunt, M. Micovic, R. J. Malik, D. L. Sivco, A. Y. Cho, and G. J. Zydzik "Highly efficient light-emitting diodes with microcavities" *Science* **265**, 943 (1994)

107. (**Invited**) E. F. Schubert "Delta-doping of semiconductors: electronic, optical, and structural properties of materials and devices" in *Artificially Structured Semiconductors*, Vol. **40**, Ed. by Gossard A. C. in Semiconductors and Semimetals, Editors: Willardson R. K., Beer A. C., and Weber E. R. (1994)

108. (**Invited**) E. F. Schubert, N. E. J. Hunt, D. L. Sivco, and A. Y. Cho "Resonant-cavity light-emitting devices" *Brazilian Journal of Physics*. **24**, 445 (1994)

109. E. F. Schubert, M. Passlack, M. Hong, J. Mannaerts, R. L. Opila, L. N. Pfeiffer, K. W. West, C. G. Bethea, and G. J. Zydzik, "Properties of Al$_2$O$_3$ optical coatings on GaAs produced by oxidation of epitaxial AlAs/GaAs films" *Applied Physics Letters* **64**, 2976 (1994)

110. E. F. Schubert, L. Pfeiffer, K. W. West, H. S. Luftman, and G. J. Zydzik "Si delta-doping of ⟨011⟩ oriented GaAs and AlGaAs grown by molecular beam epitaxy" *Applied Physics Letters* **64**, 2238 (1994)

111. M. Passlack, N. E. J. Hunt, E. F. Schubert, G. J. Zydzik, M. Hong, J. P. Mannaerts, R. L. Opila, and R. J. Fischer "Dielectric properties of electron-beam deposited Ga$_2$O$_3$ films" *Applied Physics Letters* **64**, 2715 (1994)

112. E. F. Schubert, L. Pfeiffer, K. W. West, H. S. Luftman, and G. J. Zydzik "Si delta-doping of ⟨011⟩-oriented GaAs and AlGaAs grown by molecular-beam epitaxy" *Applied Physics Letters* **64**, 2238 (1994)

113. E. F. Schubert "Doping in III-V semiconductors" *Materials Research Society Proceedings* (1994/1995) Ed. Tu C. W.

114. E. F. Schubert, S. W. Downey, C. Pinzone, and A. B. Emerson "Evidence of very strong inter-epitaxial-layer diffusion in Zn doped GaInPAs/InP structures" *Applied Phys A* June (1995)

115. E. F. Schubert and N. E. J. Hunt "Highly efficient light-emitting diodes with microcavities" *Proceedings of the International Symposium on Compound Semiconductors* (1994/1995)

**1995**

116. (**Invited**) N. E. J. Hunt, E. F. Schubert, D. L. Sivco, A. Y. Cho, R. F., Kopf Logan R. A., and Zydzik G. J. "High efficiency, narrow spectrum resonant cavity light-emitting diodes" in *Confined Electrons and Photons* Editors: Burstein E. and Weisbuch C. (Plenum Press, New York, 1995)

117. (**Invited**) N. E. J. Hunt, A. M. Vredenberg, E. F. Schubert, P. C. Becker, D. C. Jacobson, J. M. Poate, and G. J. Zydzik "Spontaneous emission control of Er$^{3+}$ in Si/SiO$_2$ micro-cavities" in *Confined Electrons and Photons*; Editors: E. Burstein and C. Weisbuch (Plenum Press, New York, 1995)

118. M. Passlack, M. Hong, E. F. Schubert, J. R. Kwo, J. P. Mannerts, S. N. G. Chu, N. Moriya, and F. A. Thiel "In situ fabricated Ga$_2$O$_3$-GaAs structures with low interface recombination velocity" *Applied Physics Letters* **66**, 625 (1995)

119. E. F. Schubert and N. E. J. Hunt, Ed. H. Goronkin, and U. Mishra "Highly efficient light-emitting diodes with microcavities" *Compound Semiconductors 1994*. Proceedings of the Twenty-First International Symposium, p. xxvii+912, 489 (1995)

120. M. Passlack, M. Hong, E. F. Schubert, J. R. Kwo, J. P. Mannerts, W. S. Hobson, N. Moriya, J. Lopata, and G. J. Zydzik "Ga$_2$O$_3$ films for insulator/III-V semiconductor interfaces" *Institute Physics Conference Series No*. **141**: Chapter 5, 597 (1995)

121. M. Passlack, M. Hong, E. F. Schubert, J. P. Mannaerts, W. S. Hobson, N. Moriya, J. Lopata, and G. J. Zydzik, H. Ed. Goronkin and U. Mishra "Ga$_2$O$_3$ films for insulator/III-V semiconductor interfaces" *Compound Semiconductors 1994*. Proceedings of the Twenty-First International Symposium, p. xxvii+912, 597 (1995)

122. L.-W. Tu, E. F. Schubert, Y. H. Wang, B. E. Weir, G. J. Zydzik, and A. Y. Cho "Superior output linearity of optimized double heterostructure vertical-cavity top-emitting lasers" *Applied Physics Letters* **66**, 2315 (1995)

123. E. F. Schubert and J. M. Poate "Er-doped Si/SiO$_2$ microcavities" *Proceedings of the SPIE- The International Society for Optical Engineering* (USA), Vol. **2397**, p. 495 (1995)

124. M. Passlack, C. G. Bethea, W. S. Hobson, J. Lopata, E. F. Schubert, G. J. Zydzik, D. T. Nichols, J. F. de Jong, U. K. Chakrabarti, and N. K. Dutta "Infrared microscopy studies on high-power InGaAs-GaAs-InGaP lasers with Ga$_2$O$_3$ facet coatings" *IEEE Journal on Selected Topics Quantum Electronics* **1**, 110 (1995)

125. E. F. Schubert, S. W. Downey, C. Pinzone, and A. B. Emerson "Evidence of very strong inter-epitaxial-layer

diffusion in Zn-doped GaInPAs/InP structures" *Applied Physics A* **60**, 525 (1995)

126. E. F. Schubert, C. J. Pinzone, and M. Geva "Phenomenology of Zn diffusion and incorporation in InP grown by organometallic vapor-phase epitaxy" *Applied Physics Letters* **67**, 700 (1995)

127. N. K. Dutta, W. S. Hobson, J. Lopata, E. F. Schubert, and M. Passlack "Single mode, high power lasers emitting at 980 nm" *Proceedings SPIE - Int. Society Opt. Eng.* (USA), Proceedings of the SPIE - The International Society for Optical Engineering, **2382**, 138 (1995)

128. M. Passlack, E. F. Schubert, W. S. Hobson, M. Hong, N. Moriya, S. N. G. Chu, K. Konstadinidis, J. P. Mannaerts, M. L. Schnoes, and G. J. Zydzik "Ga₂O₃ films for electronic and optoelectronic applications" *Journal of Applied Physics* **77**, 686 (1995)


**1996**

129. (**Book**) E. F. Schubert, Editor "Delta Doping of Semiconductors" 604 pages, Cambridge University Press, Cambridge ISBN 0-521-48288-7 (1996)

130. E. F. Schubert, N. E. J. Hunt, R. J. Malik, M. Micovic, and D. L. Miller "Temperature and Modulation Characteristics of Resonant-Cavity Light-Emitting Diodes" *IEEE J. Lightwave Technology* **14**, 1721 (1996)

131. W. Grieshaber, E. F. Schubert, I. D. Goepfert, R. F. Karlicek Jr., M. J. Schurman, and C. Tran "Competition between band gap and yellow luminescence in GaN and its relevance for optoelectronic devices" *Journal of Applied Physics* **80**, 4615 (1996)

132. L.-W. Tu, E. F. Schubert, M. Hong, and G. J. Zydzik "In-vacuum cleaving and coating of semiconductor laser facts using thin Si and a dielectric" *Journal of Applied Physics* **80**, 6448 (1996)

133. E. F. Schubert, W. Grieshaber, and I. D. Goepfert "Enhancement of deep acceptor activation in semiconductors by superlattice doping" *Applied Physics Letters* **69**, 3737 (1996)

134. E. F. Schubert "GaAs light-emitting diodes" in *Gallium Arsenide, 3rd Ed.*, edited by Brozel M. R. and Stillman G. E. (INSPEC, The Institution of Electrical Engineers, London, 1996)


**1997**

135. W. Grieshaber, E. F. Schubert, R. F. Karlicek Jr., M. J. Schurman, and C. Tran "Relevance of the GaN yellow luminescence for light-emitting diodes" *Proceedings SPIE*, "Light-Emitting Diodes: Research, Manufacturing, and Applications" Vol. **3002**, 40 (1997)

136. M. Passlack, M. Hong, E. F. Schubert, G. J. Zydzik, J. P. Mannaerts, W. S. Hobson, and T. D. Harris "Equilibrium and non-equilibrium transport properties of metal - Ga₂O₃-GaAs MOS structures" *Journal of Applied Physics* **81**, 7647 (1997)

137. S. Fan, P. R. Villeneuve, J. D. Joannopoulos, and E. F. Schubert "High extraction efficiency of spontaneous emission from slabs of photonic crystals" *Physical Review Letters*, **78**, 3294 (1997)

138. A. Billeb, W. Grieshaber, D. Stocker, E. F. Schubert, and R. F. Karlicek Jr. "Microcavity effects in GaN epitaxial layers" *Applied Physics Letters* **70**, 2790 (1997)

139. S. Fan, P. R. Villeneuve, J. D. Joannopoulos, and E. F. Schubert "Photonic crystal light emitting diodes" *Proceedings SPIE*, "Light-Emitting Diodes: Research, Manufacturing, and Applications" Vol. **3002**, 67 (1997)

140. L.-W. Tu, E. F. Schubert, M. Hong, and G. J. Zydzik "In-situ cleaving and coating of semiconductor laser facets" *Proceedings of the March Meeting of the American Physical Society*, Kansas, MO, March 17 – 21 (1997)

141. E. F. Schubert, Editor, *SPIE Proceedings Series*, Vol. **3002** "Light-Emitting Diodes: Research, Manufacturing, and Applications" (1997)

142. E. F. Schubert, I. D. Goepfert, W. Grieshaber, and J. M. Redwing "Optical properties of Si-doped GaN" *Applied Physics Letters* **71**, 921 (1997)

143. E. F. Schubert, I. Goepfert, and J. M. Redwing "Evidence of compensating centers as origin of yellow luminescence in GaN" *Applied Physics Letters* **71**, 3224 (1997)

144. T. Peng, J. Piprek, G. Qiu, J. O. Olowolafe, K. M. Unruh, C. P. Swann, and E. F. Schubert "Band gap bowing and refractive index spectra of polycrystalline AlInN films deposited by sputtering" *Applied Physics Letters* **71**, 2439 (1997)

145. Shanhui Fan, P. R. Villeneuve, J. D. Joannopoulos, and E. F. Schubert "High extraction efficiency of spontaneous emission from slabs of photonic crystals" *Physical Review Letters*, **78**, 3294 (1997)

146. D. A. Stocker, E. F. Schubert, W. Grieshaber, J. M. Redwing, K. S. Boutros, J. S. Flynn, and R. P. Vaudo "Fabrication and optical pumping of laser cavities made by cleaving and wet chemical etching" *Material Research Society Conference Proceedings*, Fall (1997)

147. I. D. Goepfert, E. F. Schubert, and J. M. Redwing "Luminescence properties of Si-doped GaN and evidence of compensating defects as the origin of the yellow luminescence" *Mater. Research Society Conference Proceedings*, Fall (1997)

148. I. D. Goepfert, E. F. Schubert, and J. M. Redwing "Luminescence properties of Si-doped GaN and evidence of compensating defects as the origin of the yellow luminescence" *Mater. Research Society Conference Proceedings* Vol. **482**, page 679, Fall (1997)

149. D. A. Stocker, E. F. Schubert, W. Grieshaber, J. M. Redwing, K. S. Boutros, J. S. Flynn, and R. P. Vaudo "Fabrication and optical pumping of laser cavities made by cleaving and wet chemical etching" *Mater. Research Society Conference Proceedings*, Vol. **482**, 1009 (1997)

**1998**

150. E. F. Schubert and N. E. J. Hunt "15,000 hours stable operation of resonant-cavity light-emitting diodes" *Applied Physics A* **66**, 319 (1998)

151. D. A. Stocker, E. F. Schubert, K. S. Boutros, J. S. Flynn, R. P. Vaudo, V. M. Phanse, and J. M. Redwing "Optically pumped InGaN/GaN double heterostructure lasers with cleaved facets" *Electronics Letters* **34**, 373 (1998)

152. L. W. Tu, Y. C. Lee, D. Stocker, and E. F. Schubert "Spatial distributions of near-band-gap UV and yellow emission on MOCVD grown GaN epifilms" *Physical Review B*, **B58**, p. 10696 (October 1998)

153. L. W. Tu, Y. C. Lee, S. J. Chen, I. Lo, D. Stocker, and E. F. Schubert "Yellow luminescence depth profiling on GaN epifilms using reactive ion etching, *Applied Physics Letters* **73**, 2802 (November 1998)

154. D. A. Stocker, E. F. Schubert, W. Grieshaber, K. S. Boutros, and J. M. Redwing "Facet roughness analysis for InGaN/GaN lasers with cleaved facets" *Applied Physics Letters* **73**, 1925 (October 1998)

155. D. A. Stocker, E. F. Schubert, and J. M. Redwing "Crystallographic wet chemical etching of GaN" *Applied Physics Letters* **73**, 2654 (November 1998)

156. E. F. Schubert, W. Grieshaber, K. S. Boutros, and J. M. Redwing "Yellow luminescence in MOCVD-grown n-type GaN" SPIE Proceedings **3279** (edited by E. F. Schubert), 59 (March 1998)

157. D. A. Stocker, E. F. Schubert, W. Grieshaber, K. S. Boutros, J. S. Flynn, R. P. Vaudo, V. M. Phanse, and J. M. Redwing "InGaN/GaN double heterostructure laser with cleaved facets" *Proceedings of the SPIE Photonics West Conference* (March 1998)

**1999**

158. (**Invited**) E. F. Schubert and N. E. J. Hunt "Enhancement of Spontaneous Emission in Microcavities" in *Vertical-Cavity Surface-Emitting Lasers*, edited by Carl W. Wilmsen, Henryk Temkin, and Larry A. Coldren, ISBN 0 521 59022 1, p. 68 (Cambridge University Press, Cambridge, April 1999)

159. (**Invited**) E. F. Schubert and J. N Miller "Light-Emitting Diodes - An Introduction" *Encyclopedia of Electrical Engineering*, edited by John G. Webster, Vol. **11**, p. 326 (John Wiley and Sons, New York, March 1999)

160. I. D. Goepfert, E. F. Schubert, A. Osinsky, and P. E. Norris "Demonstration of efficient p-type doping in AlGaN/GaN superlattice structures" *Electronics Letters* **35**, 1109 (June 1999)

161. D. A. Stocker, E. F. Schubert, K. S. Boutros, and J. M. Redwing "Fabrication of smooth GaN-based laser facets" *MRS Internet Journal Nitride Semiconductor Research* **4S1**, G7.5 (March 1999)

162. X. Guo, J. W. Graff, and E. F. Schubert "Photon Recycling Semiconductor Light Emitting Diode" *IEDM Technical Digest*, **IEDM-99**, 600 (December 1999)

**2000**

163. D. A. Stocker, I. D. Goepfert, E. F. Schubert, K. S. Boutros, and J. M. Redwing "Crystallographic wet chemical etching of p-type GaN" *Journal of the Electrochemical Society* **147**, 763 (February 2000)

164. I. D. Goepfert, E. F. Schubert, A. Osinsky, and P. E. Norris "Efficient acceptor activation in AlGaN/GaN doped superlattices" accepted by the *MRS Internet Journal Nitride Semiconductor Research*, *see* http://nsr.mij.mrs.org/5S1/W3.85/ (March 2000)

165. X. Guo, J. W. Graff, E. F. Schubert, and R. F. Karlicek Jr. "Photon Recycling Semiconductor Light Emitting Diode" *SPIE Photonics West Proceedings Series* Vol. **3938**, p. 60 "Light-Emitting Diodes: Research, Manufacturing, and Applications" (March 2000)

166. Y.-L. Li, E. F. Schubert, J. W. Graff, A. Osinsky, and W. F. Schaff "Low-resistance ohmic contacts to p-type GaN" *Applied Physics Letters* **76**, 2728 (May 2000)

167. X. Guo, J. W. Graff, and E. F. Schubert "Photon recycling for high brightness LEDs" *Compound Semiconductors*

**6** (4) page 1 (May 2000)

168. J. W. Graff and E. F. Schubert "Flat free-standing silicon diaphragms using silicon-on-insulator (SOI) wafers" *Sensors and Actuators A* **84**, 276 (August 2000)

169. I. D. Goepfert, E. F. Schubert, A. Osinsky, P. E. Norris, and N. N. Faleev "Experimental and theoretical study of acceptor activation and transport properties in *p*-type Al$_x$Ga$_{1-x}$N/GaN superlattices" *Journal of Applied Physics* **88**, 2030 (August 2000)

170. L. Chernyak, A. Osinsky, V. Fuflyigin, and E. F. Schubert "Electron-beam induced increase of electron diffusion length in p-type GaN and AlGaN/GaN superlattices" *Applied Physics Letters* **77**, 875 (August 2000)

171. J. W. Graff, E. F. Schubert, and A. Osinsky "On the reduction of base resistance in GaN-based heterojunction bipolar transistors" Proceedings of the 2000 IEEE/Cornell Conference on High-Performance Devices, p. 28, ISBN 0-7803-6381-7 (October 2000)

172. A. Osinsky, V. Fuflyigin, L. D. Zhu, A. B. Goulakov, J. W. Graff, and E. F. Schubert "New concepts and preliminary results for SiC bipolar transistors: ZnSiN$_2$ and ZnGaN$_2$ heterojunction emitters" Proceedings of the 2000 IEEE/Cornell Conference on High-Performance Devices, p. 168, ISBN 0-7803-6381-7 (October 2000)

173. D. A. Stocker, E. F. Schubert, and J. M. Redwing "Optically pumped InGaN/GaN lasers with wet-etched facets" *Applied Physics Letters* **77**, 4253 (December 2000)

174. E. L. Waldron, E. F. Schubert, J. W. Graff, A. Osinsky, M. J. Murphy, and W. F. Schaff "Evidence of polarization effects in doped AlGaN/GaN superlattices" Proceedings of MRS Fall Conference (December 2000)


**2001**

175. J. W. Graff, E. F. Schubert, and A. Osinsky "GaN/SiC mesa junctions for HBTs fabricated using selective photoelectrochemical etching" *Electronics Letters* **37**, 249 (February 2001)

176. X. Guo, E. F. Schubert, and J. Jahns, "Current crowding and optical saturation effects in GaInN/GaN LEDs grown on insulating substrates" *SPIE Photonics West Proceedings Series*. Vol. 4278, p. 133 "Light-Emitting Diodes: Research, Manufacturing, and Applications" (February 2001)

177. L. Chernyak, A. Osinsky, V. Fuflyigin, J. Graff, and E. F. Schubert "Minority Electron Transport Anisotropy in p-type Al$_x$Ga$_{1-x}$N/GaN Superlattices" *IEEE Transactions on Electron Devices* **48**, 433 (March 2001)

178. X. Guo and E. F. Schubert "Current crowding and optical saturation effects in GaInN/GaN light-emitting diodes" *Applied Physics Letters* **78**, 3337 (May 2001)

179. X. Guo, Y.-L. Li, and E. F. Schubert "Efficiency of GaN/InGaN light-emitting diodes with interdigitated mesa geometry" *Applied Physics Letters* **79**, 1936 (Sept. 2001)

180. E. L. Waldron, J. W. Graff, and E. F. Schubert "Improved mobilities and resistivities in modulation doped p-type AlGaN/GaN superlattices" *Applied Physics Letters* **79**, 2737 (October 2001)

181. E. L. Waldron, J. W. Graff, and E. F. Schubert "Influence of doping profiles on p-type AlGaN/GaN superlattices," *Physica Status Solidi* (A) **188**, 889 (November 2001)

182. Y.-L. Li, J. W. Graff, E. L. Waldron, T. Gessmann, and E. F. Schubert "Novel polarization enhanced contacts to *n*-type GaN" *Physica Status Solidi (A)* 188, 359 (November 2001)


**2002**

183. T. Gessmann, Y.-L. Li, E. L. Waldron, J. W. Graff, and E. F. Schubert "Ohmic contacts to p-type GaN mediated by polarization fields in thin InGaN capping layers" *Applied Physics Letters* **80**, 986 (Feb 2002)

184. L. Chernyak, A. Schulte, J. W. Graff, and E. F. Schubert "Influence of electron injection on performance of GaN photodetectors" *Applied Physics Letters* **80**, 926 (Feb 2002)

185. T. Gessmann, Y.-L. Li, E. L. Waldron, and E. F. Schubert "Novel type of ohmic contacts to p-doped GaN using polarization fields in thin In$_x$Ga$_{1-x}$N capping layers" *J. of Electronic Materials* **31**, 416 (May 2002)

186. T. Gessmann, J. W. Graff, Y.-L. Li, E. L. Waldron, and E. F. Schubert "Ohmic contact technology in III-V nitrides using polarization effects in cap layers" Proceedings of the *Lester Eastman conference on high-speed devices* (Sep 2002)

187. T. Gessmann, J. W. Graff, Y.-L. Li, E. L. Waldron, and E. F. Schubert "Ohmic contacts to III-V nitrides using polarization effects of cap layers" *Journal of Applied Physics* **92**, 3740 (October 2002)


**2003**

188. E. L. Waldron, E. F. Schubert, and A. M. Dabiran "Multisubband photoluminescence in p-type modulation-doped AlGaN/GaN superlattices" *Physical Review B* **67**, 045327 (January 2003)

189. (**Book**), E. F. Schubert "Light-emitting diodes" 328 pages, 154 line diagrams, 21 half-tones, 21 tables, Hardback ISBN: 0521823307 Paperback ISBN: 0521533511 (Cambridge University Press, Cambridge UK, May 2003)

190. T. Gessmann, Y.-L. Li, E. F. Schubert, J. W. Graff, and J. K. Sheu "GaInN light-emitting diodes with omni-directional reflectors", *SPIE Proceedings Series* **4996** "Light Emitting Diodes: Research, Manufacturing, and Applications VII" p. 26 (July 2003)

191. T. Gessmann, E. F. Schubert, J. W. Graff, and K. Streubel "AlGaInP light-emitting diodes with omni-directionally reflecting submount", *SPIE Proceedings Series* **4996** "Light Emitting Diodes: Research Manufacturing, and Applications VII" p. 139 (July 2003)

192. E. F. Schubert, K. J. Linden, H. Yao, D. J. McGraw (Editors) "Light-Emitting Diodes: Research, Manufacturing, and Applications VII" *SPIE Proceedings Series* **4996**, SPIE-International Society for Optical Engineering ISBN: 081944796X Paperback, 278pp (July 2003)

193. Y.-L. Li, T. Gessmann, E. F. Schubert, and J. K. Sheu "Carrier dynamics in nitride-based light-emitting p-n junction diodes with two active regions emitting at different wavelengths" *Journal of Applied Physics* **94**, 2167 (August 2003)

194. J. M. Shah, Y.-L. Li, T. Gessmann, and E. F. Schubert "Experimental analysis and theoretical model for anomalously high ideality factors ($n >> 2.0$) in AlGaN/GaN p-n junction diodes" *Journal Applied Physics* **94,** 2627 (August 2003)

195. T. Gessmann, E. F. Schubert, J. W. Graff, K. Streubel, and C. Karnutsch "Omni-directionally reflective contacts for light-emitting diodes" *IEEE Electron Devices Letters* **24**, 683 (November 2003)

196. E. L. Waldron, Y.-L. Li, E. F. Schubert, J. W. Graff, and J. K. Sheu "Experimental study of perpendicular transport in weakly coupled $Al_xGa_{1-x}N/GaN$ superlattices and theoretical model based on sequential tunneling" accepted for publication in *Applied Physics Letters* **83**, 4975 (2003)

**2004**

197. J. M. Shah, Y. Li, T. Gessmann, and E. F. Schubert "Experimental analysis and a new theoretical model for anomalously high ideality factors ($n >> 2.0$) in GaN-based p-n junction diodes" *Mater. Research Society Symposium Proceedings* **798**, 113 (January 2004)

198. T. Gessmann, H. Luo, J.-Q. Xi, K. P. Streubel, and E. F. Schubert "Light-emitting diodes with integrated omnidirectionally reflective contacts" *Proceedings of SPIE "Light-emitting diodes: Research, Manufacturing and Applications VIII"* **5366**, 53 (January 2004)

199. T. Gessmann and E. F. Schubert "High-efficiency AlGaInP light-emitting diodes for solid-state lighting applications" *Journal of Applied Physics* **95**, 2203 (March 2004)

200. J. K. Kim, E. L. Waldron, Y.-L. Li, T. Gessmann, E. F. Schubert, H. W. Jang, and J.-L. Lee "P-type conductivity in bulk $Al_xGa_{1-x}N$ and $Al_xGa_{1-x}N/Al_yGa_{1-y}N$ superlattices with average Al mole fraction > 20 %" *Applied Physics Letters* **84**, 3310 (May 2004)

201. J. K. Kim, T. Gessmann, H. Lu, and E. F. Schubert "GaInN light-emitting diodes with $RuO_2/SiO_2/Ag$ omni-directional reflector" *Applied Physics Letters* **84**, 4508 (May 2004)

202. Y.-L. Li, J. M. Shah, P.-H. Leung, T. Gessmann, and E. F. Schubert, "Performance characteristics of white light sources consisting of multiple light-emitting diodes" *Proceedings of the SPIE - The International Society for Optical Engineering* **5187**, 178 (August 2004)

203. Y. Xi and E. F. Schubert "Junction-temperature measurement in GaN ultraviolet light-emitting diodes using diode forward-voltage method" *Applied Physics Letters* **85**, 2163 (Sept. 2004)

204. Y. Xi and E. F. Schubert "Junction-temperature measurement in GaN UV light-emitting diodes using the diode forward voltage" *2004 Proceedings of the Lester Eastman Conference on High-Performance Devices – Selected Topics in Electronics and Systems* edited by Robert E. Leoni III, Vol. **35**, p. 84 (December 2004)

205. J.-Q. Xi, M. Ojha, W. Cho, T. Gessmann, E. F. Schubert, J. L. Plawsky, and W. N. Gill "Omni-directional reflector using a low refractive index material" *2004 Proceedings of the Lester Eastman Conference on High-Performance Devices – Selected Topics in Electronics and Systems* edited by Robert E. Leoni III, Vol. **35**, p. 102 (December 2004)

206. (**Invited**) J. K. Kim, J. Q. Xi, H. Luo, T. Gessmann, and E. F. Schubert "High-Reflectivity Omni-Directional Reflectors for Light-Emitting Diodes" *Proceedings of the IEDMS* (December 2004)

**2005**

207. Y. Xi, J.-Q. Xi, T. Gessmann, J. M. Shah, J. K. Kim, E. F. Schubert, A. J. Fischer, M. H. Crawford, K. H. A. Bogart, and A. A. Allerman "Junction and carrier temperature measurements in deep-ultraviolet light-emitting diodes using three different methods" *Applied Physics Letters* **86**, 031907 (January 2005)

208. Y. Xia, E. Williams, Y. Park, I. Yilmaz, J. M. Shah, E. F. Schubert, and C. Wetzel "Discrete steps in the capacitance-voltage characteristics of GaInN/GaN light-emitting diode structures" in "GaN, AlN, InN, and Their Alloys", edited by C. Wetzel, B. Gil, M. Kuzuhara, and M. Manfra, *Materials Research Society (MRS) Symposium Proceedings* **831**, E3.38 (MRS, Warrendale PA, January 2005)

209. Y. Xi, J.-Q. Xi, T. Gessmann, J. M. Shah, J. K. Kim, E. F. Schubert, A. J. Fischer, M. H. Crawford, K. H. A. Bogart, and A. A. Allerman "Junction temperature measurements in deep-UV light-emitting diodes" in "GaN, AlN, InN and Their Alloys" edited by C. Wetzel, B. Gil, M. Kuzuhara, and M. Manfra, *Materials Research Society (MRS) Symposium Proceedings* **831**, E1.7 (MRS, Warrendale PA, January 2005)

210. S. Chhajed, Y. Xi, Y.-L. Li, T. Gessmann, and E. F. Schubert "Influence of junction temperature on luminous efficacy and color rendering properties of a trichromatic LED-based white light source" *Journal of Applied Physics* **97**, 054506 (February 2005)

211. (**Invited**) J. K. Kim, H. Luo, Y. Xi, J. M. Shah, T. Gessmann, and Schubert E. F. "Enhancement of light extraction in GaInN light-emitting diodes by diffuse omni-directional reflectors" *Proceedings of the Second Asia-Pacific Workshop on Wide-gap Semiconductors* (APWS-2005) Hsinchu Lakeshore Hotel, Hsinchu, Taiwan, March 7–9 (March 2005)

212. M. Furis, A. N. Cartwright, E. L. Waldron, and E. F. Schubert "Spectral and temporal resolution of recombination from multiple excitation states in modulation-doped AlGaN/GAN MQW heterostructures" *Applied Physics Letters* **86**, 162103 (April 2005)

213. (**Invited**) E. F. Schubert and J. K. Kim "Solid-state light sources getting smart" *Science* **308**, 1274 (May 2005)

214. J.-Q. Xi, M. Ojha, W. Chow, C. Wetzel, T. Gessmann, E. F. Schubert, J. L. Plawsky, and W. N. Gill "Omni-directional reflector using a low refractive index material" *Proceedings of the Conference on Lasers and Electrooptics* (CLEO), Baltimore MD, May 22-27 (May 2005)

215. J. K. Kim, H. Luo, E. F. Schubert, J. Cho, C. Sone, and Y. Park "Strongly enhanced phosphor efficiency in GaInN white light-emitting diodes using remote phosphor configuration and diffuse reflector cup" *Japanese Journal Applied Physics – Express Letter* **44**, L 649 (May 2005)

216. H. Luo, J. K. Kim, E. F. Schubert, J. Cho, C. Sone, and, Y. Park "Analysis of high-power packages for phosphor-based white-light-emitting diodes" *Applied Physics Letters* **86**, 243505 (June 2005)

217. J.-Q. Xi, M. Ojha, W. Cho, J. L. Plawsky, W. N. Gill, T. Gessmann, and E. F. Schubert "Omnidirectional reflector using nanoporous $SiO_2$ as a low-refractive-index material" *Optics Letters* **30**, 1518 (June 2005)

218. J.-Q. Xi, J. K. Kim, and E. F. Schubert "Silica nanorod-array films with very low refractive indices" *Nano Letters* **5**, 1385 (July 2005)

219. (**Invited**) E. F. Schubert, J. K. Kim, and T. Gessmann "Light-emitting diodes" *Kirk-Othmer Encyclopedia of Chemical Technology*; on-line access at < www.mrw.interscience.wiley.com/kirk/ > (John Wiley and Sons and Wiley Inter-Science, New York NY, July 2005)

220. J.-Q. Xi, M. Ojha, J. L. Plawsky, W. N. Gill, J. K. Kim, and E. F. Schubert "Internal high-reflectivity omni-directional reflectors" *Applied Physics Letters* **87**, 031111 (July 2005)

221. (**Invited**) E. F. Schubert and T. Gessmann "Light-emitting diodes" published in "*Elsevier Encyclopedia of Condensed Matter Physics*" edited by F. Bassani, J. Liedl, and P. Wyder (Elsevier, Amsterdam, Netherlands, September 2005)

222. Y. Xi, T. Gessmann, J.-Q. Xi, J. K. Kim, J. M. Shah, E. F. Schubert, A. J. Fischer, M. H. Crawford, K. H. A. Bogart, A. A. Allerman "Junction temperature in ultraviolet light-emitting diodes" Special Issue on Ultraviolet Semiconductor Sources, *Japanese Journal of Applied Physics* **44**, 7260 (October 2005)

223. J.-Q. Xi, J. K. Kim, and E. F. Schubert "Low-refractive-index material with oblique-angle deposition" *LEOS Newsletter* Vol. **19** No. 6, page 10 (December 2005)

224. (**Invited**) E. F. Schubert, T. Gessmann, and J. K. Kim, "Inorganic semiconductors for light-emitting diodes" in *Organic Light-Emitting Devices, Synthesis, Properties, and Applications* edited by K. Müllen and U. Scherf, ISBN 3-527-31218-8 (Wiley VCH, New York, USA, 2006)

225. (**Invited**) E. F. Schubert, J. K. Kim, J.-Q. Xi, and H. Luo "Innovations in Light-emitting devices" in *The Physics of Semiconductor Devices* edited by V. Kumar, S. K. Agarwal, and S. N. Singh (Allied Publishers PVT. Limited, New Delhi, India, 2005)

226. J. K. Kim, J.-Q. Xi, H. Luo, J. Cho, C. Sone, Y. Park, and E. F. Schubert "Enhancement of light extraction in GaN

light-emitting diodes by omnidirectional reflectors with ITO nanorod low-refractive-index layer" *Proceedings SPIE, Illumination Engineering, Fifth International Conference on Solid State Lighting*, Vol. **5941**, page 5941 0K-1 – 6 (2005)

## 2006

227. J. K. Kim, T. Gessmann, E. F. Schubert, J.-Q. Xi, H. Luo, J. Cho, C. Sone, Y. Park "GaInN light-emitting diode with conductive omnidirectional reflector having a low-refractive index indium-tin oxide (ITO) layer" *Applied Physics Letters* **88**, 013501 (January 2006)

228. J. K. Kim, H. Luo, Y. Xi, J. M. Shah, T. Gessmann, and E. F. Schubert "Light extraction in GaInN light-emitting diodes using diffuse omnidirectional reflectors" *Journal of the Electrochemical Society* **153**, G105 (January 2006)

229. (**Invited**) J. K. Kim, J.-Q. Xi, E. F Schubert "Omni-directional reflectors for light-emitting diodes" *Light-Emitting Diodes: Research, Manufacturing, and Applications X, Proceedings of SPIE* **6134**, 61340D-1 (January 2006)

230. J. K. Kim, J.-Q. Xi, H. Luo, Jaehee Cho, Cheolsoo Sone, Yongjo Park, T. Gessmann, John M. Zavada, H. X. Jiang, and E. F Schubert, "GaN light-emitting triodes (LETs) for high-efficiency hole-injection and light emission" *Light-Emitting Diodes: Research, Manufacturing, and Applications X, Proceedings of SPIE* **6134**, 61340K-1 (January 2006)

231. J.-Q. Xi, J. K. Kim, E. F. Schubert, D. Ye, T.-M. Lu, S.-Y. Lin, and J. S. Juneja "Very low-refractive-index optical thin films consisting of an array of SiO$_2$ nanorods" *Optics Letters* **31**, 601 (March, 2006)

232. J. M. Shah, T. Gessmann, H. Luo, Y. Xi, K. Chen, J. K. Kim, and E. F. Schubert "Reduction of base access resistance in AlGaN/GaN heterojunction bipolar transistors using GaInN base cap layer and selective epitaxial growth" *Materials Research Society (MRS) Symposium Proceedings* Vol. **892**, page 0892-FF13-10.1 (March 2006)

233. F. Shahedipour-Sandvik, E. F. Schubert, B. K. Crone, H. Liu, Y-K. Su (editors) "Solid-State Lighting Materials and Devices" Symposium DD *Materials Research Society (MRS) Proceedings Volume 916* (May 2006)

234. C. W. Litton, D. Johnstone, S. Akarca-Biyikli, K. S. Ramaiah, I. Bhat, T. P. Chow, J. K. Kim, and E. F. Schubert "Effect of C/Si ratio on deep levels in epitaxial 4H–SiC" *Applied Physics Letters* **88**, 121914 (April 2006)

235. J. K. Kim, E. F. Schubert, Jaehee Cho, Cheolsoo Sone, J. Y. Lin, H. X. Jiang, and John M. Zavada "GaN light-emitting triode (LET) for high-efficiency hole injection" *Journal of The Electrochemical Society* **153**, G734 (June 2006)

236. (**Book**) E. F. Schubert "Light-emitting diodes, second edition" 422 pages, 255 line diagrams, 32 half-tones, 30 exercises, 287 figures, Hardback ISBN-13: 9780521865388 (Cambridge University Press, Cambridge UK, June 2006)

237. H. Luo, J. K. Kim, Y. A. Xi, E. F. Schubert, J. Cho, C. Sone, and Y. Park "Trapped whispering-gallery optical modes in white light-emitting diode lamps with remote phosphor" *Applied Physics Letters* **89**, 041125 (July 2006)

238. Y. Andrew Xi, Xiaolu Li, J. K. Kim, F. Mont, T. Gessmann, Hong Luo, and E. F Schubert "Quantitative assessment of diffusivity and specularity of surface-textured reflectors for light extraction in light-emitting diodes" *Journal of Vacuum Science and Technology* **A 24**, 1627 (July 2006)

239. Y. A. Xi, K. X. Chen, F. Mont, J. K. Kim, C. Wetzel, E. F. Schubert, W. Liu, X. Li, and J. A. Smart "Very high quality AlN grown on (0001) sapphire by metal-organic vapor phase epitaxy" *Applied Physics Letters* **89**, 103106 (September 2006)

240. J. K. Kim, J.-Q. Xi, H. Luo, Schubert E. F., Jaehee Cho, Cheolsoo Sone and Yongjo Park "Enhanced light-extraction in GaInN near-ultraviolet light-emitting diode with Al-based omnidirectional reflector having NiZn/Ag microcontacts" *Applied Physics Letters* **89**, 141123 (October 2006)

241. J.-Q. Xi, Luo Hong, A.J. Pasquale, Jong Kyu Kim, and E. F Schubert "Enhanced light extraction in GaInN light-emitting diode with pyramid reflector" *IEEE Photonics Technology Letters* **18**, 2347 (November 2006)

242. (**Invited**) E. F. Schubert, J. K. Kim, H. Luo, and J.-Q. Xi "Solid-state lighting – A benevolent technology" *Reports on Progress in Physics* **69**, 3069 (November 2006)

## 2007

243. Frank W. Mont, J. K. Kim, M. F. Schubert, H. Luo, E. F. Schubert, and R. W. Siegel "High refractive index nanoparticle-loaded encapsulants for light-emitting diodes" *Proceedings SPIE* **6486**, 64861C (February 2007)

244.  F. W. Mont, H. Luo, M. F. Schubert, J. K. Kim, E. F. Schubert, and R. W. Siegel, "Nanoparticle-loaded encapsulation materials for light-emitting diode applications" *Materials Research Society Symposium Proceedings* **955**, I13-02 (January 2007)

245.  J.-Q. Xi, Hong Luo, Jong Kyu Kim, and E. F. Schubert "High light-extraction efficiency in GaInN light-emitting diode with pyramid reflector" *SPIE Photonics West*, *Proceedings SPIE* **6486**, 648606, San Jose, CA, January 20 − 25 (January 2007)

246.  Y. Andrew Xi, K. X. Chen, F. W. Mont, J. K. Kim, W. Lee, E. F. Schubert, W. Liu, X. Li, and J. A. Smart "Kinetic study of Al-mole fraction in Al$_x$Ga$_{1-x}$N grown on c-plane sapphire and AlN bulk substrates by metal-organic vapor-phase epitaxy" *Applied Physics Letters* **90**, 051104 (January 2007)

247.  Y. Andrew Xi, K. X. Chen, F. Mont, J. K. Kim, E. F. Schubert, W. Liu, X. Li, J. A. Smart "Comparative study of n-type AlGaN grown on sapphire by using a superlattice layer and a low-temperature AlN interlayer" *Journal of Crystal Growth* **299**, 59−62 (January 2007)

248.  J.-Q. Xi, Martin F. Schubert, J. K. Kim, E. Fred Schubert, Minfeng Chen, Shawn-Yu Lin, Wayne Liu, and Joe A. Smart "Optical thin-film materials with low refractive index for broadband elimination of Fresnel reflection" *Nature Photonics* **1**, 176 (March 2007)

249.  Martin. F. Schubert, J.-Q. Xi, J. K. Kim, and E. F Schubert "Distributed Bragg reflector consisting of high- and low-refractive-index thin film layers made of the same material" *Applied Physics Letters* **90**, 141115 (April 2007)

250.  Y. Andrew Xi, K. X. Chen, F. W. Mont, J. K. Kim, E. F. Schubert, C. Wetzel, W. Liu, X. Li, and J. A. Smart "Optimization of high-quality AlN epitaxially grown on (0001) sapphire by metal-organic vapor-phase epitaxy" *Journal of Electronic Materials* (Special Issue) **36**, 533 (DOI: 10.1007/s11664-007-0099-3) (May 2007)

251.  Kaixuan X. Chen, Y. A. Xi, F. W. Mont, J. K. Kim, E. F. Schubert, W. Liu, X. Li, and J. A. Smart "Recombination dynamics in ultraviolet light-emitting diodes with Si-doped Al$_x$Ga$_{1-x}$N/Al$_y$Ga$_{1-y}$N multiple quantum well active regions" *Journal of Applied Physics* **101**, 113102 (June 2007)

252.  Martin F. Schubert, Sameer Chhajed, Jong Kyu Kim, E. Fred Schubert, and Jaehee Cho "Polarization of light emission by 460 nm GaInN/GaN light-emitting diodes grown on (0001) oriented sapphire substrates" *Applied Physics Letters* **91**, 051117 (August 2007)

253.  Martin F. Schubert, Ahmed Noemaun, Sameer Chhajed, Jong Kyu Kim, E. Fred Schubert, and Cheolsoo Sone "Encapsulation shape with non-rotational symmetry designed for extraction of polarized light from unpolarized sources" *Optics Express* **15**, 10452 (August 2007)

254.  (**Invited**) E. Fred Schubert and Jong Kyu Kim "Low-refractive index materials: A new class of optical thin-film materials" *Physica Status Solidi B* **244**, 3002 (DOI: 10.1002/pssb.200675603) (August 2007)

255.  Kaixuan X. Chen, Q. Dai, W. Lee, J. K. Kim, E. F. Schubert, W. Liu, S. Wu, X. Li, and J. A. Smart "Parasitic sub-band-gap emission originating from compensating native defects in Si doped AlGaN" *Applied Physics Letters* **91**, 121110 (September 2007)

256.  Martin F. Schubert, Sameer Chhajed, Jong Kyu Kim, E. Fred Schubert, and Jaehee Cho "Linearly polarized emission from GaInN light-emitting diodes with polarization-enhancing reflector" *Optics Express* **15**, 11213 (September 2007)

257.  (**Invited**) E. F. Schubert, J. K. Kim, and J.-Q. Xi "Light-emitting diodes hit the centenary milestone" *Compound Semiconductors* October issue, page 20−23 (October 2007)

258.  Min-Ho Kim, Martin F. Schubert, Qi Dai, Jong Kyu Kim, E. Fred Schubert, Joachim Piprek, and Yongjo Park "Origin of efficiency droop in GaN-based light-emitting diodes" *Applied Physics Letters* **91**, 183507 (October 2007)

259.  Martin F. Schubert, Sameer Chhajed, Jong Kyu Kim, E. Fred Schubert, Daniel D. Koleske, Mary H. Crawford, Stephen R. Lee, Arthur J. Fischer, Gerald Thaler "Effect of dislocation density on efficiency droop in GaInN/GaN light-emitting diodes" *Applied Physics Letters* **91**, 231114 (December 2007)

**2008**

260.  Jong Kyu Kim, S. Chhajed, M. F. Schubert, E. F. Schubert, A. J. Fischer, M. H. Crawford, J. Cho, H. Kim, and C. Sone "Light-extraction enhancement of GaInN light-emitting diodes by graded-refractive-index indium tin oxide anti-reflection contact" *Advanced Materials* **20**, 801 (March 2008)

261.  Frank W. Mont, Jong Kyu Kim, Martin F. Schubert, E. Fred Schubert, and Richard W. Siegel

"High-refractive-index TiO$_2$-nanoparticle-loaded encapsulants for light-emitting diodes" *Journal of Applied Physics* **103**, 083120 (April 2008)

262.  Martin F. Schubert, Frank W. Mont, Sameer Chhajed, David J. Poxson, Jong Kyu Kim, and E. Fred Schubert "Design of multilayer antireflection coatings made from co-sputtered and low-refractive-index materials by genetic algorithm" *Optics Express* Vol. **16**, 5290 (April 2008)

263.  Martin F. Schubert, Jiuru Xu, Jong Kyu Kim, E. Fred Schubert, Min Ho Kim, Sukho Yoon, Soo Min Lee, Cheolsoo Sone, Tan Sakong, and Yongjo Park "Polarization-matched GaInN/AlGaInN multi-quantum-well light-emitting diodes with reduced efficiency droop" *Applied Physics Letters* **93**, 041102 (July 2008)

264.  David J. Poxson, Frank W. Mont, Martin F. Schubert, Jong Kyu Kim, and E. Fred Schubert "Quantification of porosity and deposition rate of nano-porous films grown by oblique-angle deposition" *Applied Physics Letters* **93**, 101914 (September 2008)

265.  Mei-Ling Kuo, David J. Poxson, Yong Sung Kim, Frank W. Mont, Jong Kyu Kim, E. Fred Schubert, and Shawn-Yu Lin "Realization of a near-perfect antireflection coating for silicon solar energy utilization" *Optics Letters* **33**, 2527 (October 2008)

266.  Jong Kyu Kim, Ahmed N. Noemaun, Frank W. Mont, David Meyaard, E. Fred Schubert, David J. Poxson, Hyunsoo Kim, Cheolsoo Sone, and Yongjo Park "Elimination of total internal reflection in GaInN light-emitting diodes by graded-refractive-index micropillars" *Applied Physics Letters* **93**, 221111 (November 2008)

267.  Sameer Chhajed, Martin F. Schubert, Jong Kyu Kim, and E. Fred Schubert "Nanostructured multilayer graded-index antireflection coating for Si solar cells with broadband and omnidirectional characteristics" *Applied Physics Letters* **93**, 251108 (November 2008)

268.  K. X. Chen, Q. Dai, W. Lee, J. K. Kim, E. F. Schubert, J. Grandusky, M. Mendrick, X. Li, and J. A. Smart "Effect of dislocations on electrical and optical properties of n-type Al$_{0.34}$Ga$_{0.66}$N" *Applied Physics Letters* **93**, 192108 (November 2008)

269.  Jong Kyu Kim and E. Fred Schubert "Transcending the replacement paradigm of solid-state lighting" *Optics Express* **16**, 21835 (December 2008)

## 2009

270.  Jiuru Xu, Martin F. Schubert, Ahmed N. Noemaun, Di Zhu, Jong Kyu Kim, E. Fred Schubert, Min Ho Kim, Hun Jae Chung, Sukho Yoon, Cheolsoo Sone, and Yongjo Park "Reduction in efficiency droop, forward voltage, ideality factor, and wavelength shift in polarization-matched GaInN/GaInN multi-quantum-well light-emitting diodes" *Applied Physics Letters* **94**, 011113 (January 2009)

271.  Di Zhu, Jiuru Xu, Ahmed N. Noemaun, Jong Kyu Kim, E. Fred Schubert, Mary H. Crawford, and Daniel D. Koleske, "The origin of the high diode-ideality factors in GaInN/GaN multiple quantum well light-emitting diodes" *Applied Physics Letters* **94**, 081113 (February 2009)

272.  Martin F. Schubert, Jiuru Xu, Qi Dai, Frank W. Mont, Jong Kyu Kim, and E. Fred Schubert "On resonant optical excitation and carrier escape in GaInN/GaN quantum wells" *Applied Physics Letters* **94**, 081114 (February 2009)

273.  Qi Dai, M. F. Schubert, M. H. Kim, J. K. Kim, E. F. Schubert, D. D. Koleske, M. H. Crawford, S. R. Lee, A. J. Fischer, G. Thaler, and M. A. Banas "Internal quantum efficiency and nonradiative recombination coefficient of GaInN / GaN multiple quantum wells with different dislocation densities" *Applied Physics Letters* **94**, 111109 (March 2009)

274.  David J. Poxson, Martin F. Schubert, Frank W. Mont, E. F. Schubert, and Jong Kyu Kim "Broadband omnidirectional antireflection coatings optimized by genetic algorithm" *Optics Letters* **34**, 728 (March 2009)

275.  Roya Mirhosseini, Martin F. Schubert, Sameer Chhajed, Jaehee Cho, Jong Kyu Kim, and E. Fred Schubert "Improved color rendering and luminous efficacy in phosphor-converted white light-emitting diodes by use of dual-blue emitting active regions" *Optics Express* **17**, 10806 (June 2009)

276.  Martin F. Schubert, Qi Dai, Jiuru Xu, Jong Kyu Kim, and E. Fred Schubert "Electroluminescence induced by photoluminescence excitation in GaInN/GaN light-emitting diodes" *Applied Physics Letters* **95**, 191105 (November 2009)

277.  Jong Kyu Kim and E. Fred Schubert "Enhancement in light-extraction efficiency of GaN-based light-emitting diodes" in *Advanced Semiconductor Materials and Devices Research: III-Nitrides and SiC*; edited by H-Y Cha (Transworld Research Network, Kerala, India, 2009)

**2010**

278.   J. Cho, A. Mao, J. K. Kim, J. K. Son, Y. Park and E. F. Schubert "Analysis of reverse tunneling current in GaInN light-emitting diodes" *Electronics Letters* **46**, 156 (January 2010)

279.   M. Ojha, A. Chatterjee, F. Mont, E. F. Schubert, P. C. Wayner Jr., and J. L. Plawsky "The role of solid surface structure on dropwise phase change processes" *International Journal of Heat and Mass Transfer* **53**, 910 (February 2010)

280.   Wonseok Lee, Min-Ho Kim, Di Zhu, Ahmed N. Noemaun, Jong Kyu Kim, and E. F. Schubert "Growth and characteristics of GaInN/GaInN multiple quantum well light-emitting diodes" *Journal of Applied Physics* **107**, 063102 (March 2010)

281.   Di Zhu, Ahmed N. Noemaun, Martin F. Schubert, Jaehee Cho, E. Fred Schubert, Mary H. Crawford, and Daniel D. Koleske "Enhanced electron capture and symmetrized carrier distribution in GaInN light-emitting diodes having tailored barrier doping" *Applied Physics Letters* **96**, 121110 (March 2010)

282.   Martin F. Schubert and E. Fred Schubert "Effect of heterointerface polarization charges and well width upon capture and dwell time for electrons and holes above GaInN/GaN quantum wells" *Applied Physics Letters* **96**, 131102 (March 2010)

283.   Martin F. Schubert, David J. Poxson, Frank W. Mont, and E. Fred Schubert "Performance of anti-reflection coatings consisting of multiple discrete layers and comparison with continuously graded anti-reflection coatings" *Applied Physics Express* **3**, 082502 (August 2010)

284.   Ming Ma, Frank W. Mont, David J. Poxson, Jaehee Cho, E. Fred Schubert, Roger E. Welser, and Ashok K. Sood "Enhancement of photovoltaic cell response due to high-refractive-index encapsulants" *Journal of Applied Physics* **108**, 043102 (August 2010)

285.   Qi Dai, Qifeng Shan, Jing Wang, Sameer Chhajed, Jaehee Cho, E. Fred Schubert, Mary H. Crawford, Daniel D. Koleske, Min-Ho Kim, and Yongjo Park "Carrier recombination mechanisms and efficiency droop in GaInN/GaN light-emitting diodes" *Applied Physics Letters* **97**, 133507 (September 2010)

286.   David J. Poxson, Frank W. Mont, Martin F. Schubert, Jong Kyu Kim, Jaehee Cho, and E. Fred Schubert "Demonstration of optical interference filters utilizing tunable refractive index layers" *Optics Express* **18**, A594 (October 2010)

287.   Qifeng Shan, Qi Dai, Sameer Chhajed, Jaehee Cho, and E. Fred Schubert "Analysis of thermal properties of GaInN light-emitting diodes and laser diodes" *Journal of Applied Physics* **108**, 084504 (October 2010)

**2011**

288.   Ann Mao, Jaehee Cho, Qi Dai, and E. Fred Schubert, Joong Kon Son, and Yongjo Park "Characteristics of dot-like green satellite emission in GaInN light-emitting diodes" *Applied Physics Letters* **98**, 023503 (January 2011)

289.   Sameer Chhajed, Jaehee Cho, E. Fred Schubert, Jong Kyu Kim, Daniel D. Koleske, and Mary H. Crawford "Temperature-dependent light-output characteristics of GaInN light-emitting diodes with different dislocation densities" *Physica Status Solidi (A)* **208**, 947 (January 2011)

290.   Qi Dai, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Mary H. Crawford, Daniel D. Koleske, Min-Ho Kim, and Yongjo Park "On the symmetry of efficiency-versus-carrier-concentration curves in GaInN/GaN light-emitting diodes and relation to droop-causing mechanisms" *Applied Physics Letters* **98**, 033506 (January 2011)

291.   Sameer Chhajed, Wonseok Lee, Jaehee Cho, E. Fred Schubert, and Jong Kyu Kim "Strong light-extraction enhancement in GaInN light-emitting diodes by using self-organized nanoscale patterning of p-type GaN" *Applied Physics Letters* **98**, 071102 (February 2011)

292.   Roger E. Welser, Adam W. Sood, Ashok K. Sood, David J. Poxson, Sameer Chhajed, Jaehee Cho, E. Fred Schubert, Dennis L. Polla, and Nibir K. Dhar "Ultra-High Transmittance through Nanostructure-Coated Glass for Solar Cell Applications" *Proceedings of the SPIE* **8035**, 80350X (May 2011)

293.   Xing Yan, Frank W. Mont, David J. Poxson, Jaehee Cho, E. Fred Schubert, Min-Ho Kim, and Cheolsoo Sone "Electrically conductive thin-film color filters made of single-material – indium-tin-oxide" *Journal of Applied Physics* **109**, 103113 (May 2011)

294.   Sameer Chhajed, David J. Poxson, Xing Yan, Jaehee Cho, E. Fred Schubert, Roger E. Welser, Ashok K. Sood, and Jong Kyu Kim "Nanostructured Multilayer Tailored-Refractive-Index Antireflection Coating for Glass with Broadband and Omnidirectional Characteristics" *Applied Physics Express* **4**, 052503 (May 2011)

295. David J. Poxson, Mei-Ling Kuo, Frank W. Mont, Y.-S. Kim, Xing Yan, Roger E. Welser, Ashok K. Sood, Jaehee Cho, Shawn-Yu Lin, and E. Fred Schubert "High-performance anti-reflection coatings utilizing nanoporous layers" *MRS Bulletin* **36**, 434 (June 2011)

296. Guan-Bo Lin, Martin F. Schubert, Jaehee Cho (SID Member), E. Fred Schubert, Hyungkun Kim "A complementary matching technique to reduce the variance of optical and electrical properties of light-emitting diodes" *Journal of the SID* **19/6**, 431 (June 2011)

297. David S. Meyaard, Qifeng Shan, Qi Dai, Jaehee Cho, E. Fred Schubert, Min-Ho Kim, and Cheolsoo Sone "On the temperature dependence of electron leakage from the active region of GaInN/GaN light-emitting diodes" *Applied Physics Letters* **99**, 041112 (July 2011)

298. Ahmed N. Noemaun, Frank W. Mont, Guan-Bo Lin, Jaehee Cho, E. Fred Schubert, Gi Bum Kim, Cheolsoo Sone, and Jong Kyu Kim "Optically functional surface composed of patterned graded-refractive-index coatings to enhance light-extraction of GaInN light-emitting diodes" *Journal of Applied Physics* **110**, 054510 (September 2011)

299. Roger E. Welser, Gopal G. Pethuraja, Ashok K. Sood, Oleg A. Laboutin, Mark Chaplin, Van Un, Wayne Johnson, Adam W. Sood, David J. Poxson, Jaehee Cho, E. Fred Schubert, Pradeep Haldar, Jennifer L. Harvey "High voltage quantum well waveguide solar cells" *Proceedings of the SPIE* Vol. **8111**, page 81110I-1 (September 2011)

300. David S. Meyaard, Guan-Bo Lin, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Hyunwook Shim, Min-Ho Kim, and Cheolsoo Sone "Asymmetry of carrier transport leading to efficiency droop in GaInN based light-emitting diodes" *Applied Physics Letters* **99**, 251115 (December 2011)

301. Qifeng Shan, David S. Meyaard, Qi Dai, Jaehee Cho, E. Fred Schubert, Joong Kon Son, and Cheolsoo Sone "Transport-mechanism analysis of the reverse leakage current in GaInN light-emitting diodes" *Applied Physics Letters* **99**, 253506 (December 2011)

**2012**

302. Di Zhu, Martin F. Schubert, Jaehee Cho, E. Fred Schubert, Mary H. Crawford, Daniel D. Koleske, Hyunwook Shim, and Cheolsoo Sone "Genetic algorithm for innovative device designs in high-efficiency III–V nitride light-emitting diodes" *Applied Physics Express* **5**, 012102 (January 2012)

303. David S. Meyaard, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Sang-Heon Han, Min-Ho Kim, Cheolsoo Sone, Seung Jae Oh, and Jong Kyu Kim "Temperature dependent efficiency droop in GaInN light-emitting diodes with different current densities" *Applied Physics Letters* **100**, 081106 (February 2012)

304. Jong-In Shim, Dong-Pyo Han, Hyunsung Kim, Dong-Soo Shin, Guan-Bo Lin, David S. Meyaard, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Hyunwook Shim, and Cheolsoo Sone "Efficiency droop in AlGaInP and GaInN light-emitting diodes" *Applied Physics Letters* **100**, 111106 (March 2012)

305. (**Invited**) Jaehee Cho and E. Fred Schubert "Light Emitting Diodes" in the *Encyclopedia of Optical Engineering* edited by R. G. Driggers and C. Hoffman (Taylor & Francis, New York, 2012)

306. Ashok K. Sood, Roger E. Welser, Adam W. Sood and Yash R. Puri, David Poxson, Jaehee Cho and E. Fred Schubert, Nibir K. Dhar, Martin B. Soprano, Raymond S. Balcerak "Development of nanostructure-based antireflection coatings for EO/IR sensors" *SPIE Photonics West Conference Proceedings*, Volume **8257**, paper 53 (April 2012)

307. Guan-Bo Lin, David Meyaard, Jaehee Cho, E. Fred Schubert, Hyunwook Shim, and Cheolsoo Sone "Analytic model for the efficiency droop in semiconductors with asymmetric carrier-transport properties based on drift-induced reduction of injection efficiency" *Applied Physics Letters* **100**, 161106 (April 2012)

308. Adam W. Sood, David J. Poxson, Frank W. Mont, Sameer Chhajed, Jaehee Cho, E. Fred Schubert, Roger E. Welser, Nibir K. Dhar, and Ashok K. Sood "Experimental and theoretical study of the optical and electrical properties of nanostructured indium tin oxide fabricated by oblique-angle deposition" *Journal of Nanoscience and Nanotechnology* **12**, 3950 (July 2012)

309. Ming Ma, Ahmed N. Noemaun, Jaehee Cho, E. Fred Schubert, Gi Bum Kim, and Cheolsoo Sone "Emission pattern control and polarized light emission through patterned graded-refractive-index coatings on GaInN light-emitting diodes" *Optics Express* **20**, 16677 (July 2012)

310. Ming Ma, David S. Meyaard, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Gi Bum Kim, Min-Ho Kim, and Cheolsoo Sone "Polarized light emission from GaInN light-emitting diodes embedded with subwavelength aluminum wire-grid polarizers" *Applied Physics Letters* **101**, 061103 (August 2012)

311. Xing Yan, David J. Poxson, Jaehee Cho, Roger E. Welser, Ashok K. Sood, Jong Kyu Kim, and E. Fred Schubert "Enhanced omnidirectional photovoltaic performance of solar cells using multiple-discrete-layer tailored- and low-refractive index anti-reflection coatings" *Advanced Functional Materials* **2012**, 1 (September 2012)

312. Ming Ma, Jaehee Cho, E. Fred Schubert, Yongjo Park, Gi Bum Kim, and Cheolsoo Sone "Strong light-extraction enhancement in GaInN light-emitting diodes patterned with TiO$_2$ micro-pillars with tapered sidewalls" *Applied Physics Letters* **101**, 141105 (October 2012)

**2013**

313. Seung Jae Oh, Sameer Chhajed, David J. Poxson, Jaehee Cho, E. Fred Schubert, Sung Ju Tark, Donghwan Kim, and Jong Kyu Kim "Enhanced broadband and omni-directional performance of polycrystalline Si solar cells by using discrete multilayer antireflection coatings" *Optics Express* **21**, A157 (January 2013)

314. Jaehee Cho, E. Fred Schubert, and Jong Kyu Kim "Efficiency droop in light-emitting diodes: Challenges and countermeasures" *Laser and Photonics Reviews* 2012, **7**, 408 (January 2013)

315. David S. Meyaard, Guan-Bo Lin, Jaehee Cho, E. Fred Schubert, Hyunwook Shim, Sang-Heon Han, Min-Ho Kim, Cheolsoo Sone, and Young Sun Kim "Identifying the cause of the efficiency droop in GaInN light-emitting diodes by correlating the onset of high injection with the onset of the efficiency droop" *Applied Physics Letters* **102**, 251114 (June 2013)

316. Roger E. Welser, Adam W. Sood, Jaehee Cho, E. Fred Schubert, Jennifer L. Harvey, Nibir K. Dhar, Ashok K. Sood "Nanostructured Transparent Conductive Oxides for Photovoltaic Applications" *Materials Research Society Symposium Proceedings* **1493**, 23 (July 2013)

317. Seung Cheol Han, Jae-Kwan Kim, Jun Young Kim, Dong Min Lee, Jae-Sik Yoon, Jong-Kyu Kim, E. F. Schubert, and Ji-Myon Lee "Ohmic contacts to N-face p-type GaN using Ni/Au for the fabrication of polarization inverted light-emitting diodes" *Journal of Nanoscience and Nanotechnology* **13**, 5715 (August 2013)

318. Jun Hyuk Park, Dong Yeong Kim, Sunyong Hwang, David Meyaard, E. Fred Schubert, Yu Dae Han, Joo Won Choi, Jaehee Cho, Jong Kyu Kim "Enhanced overall efficiency of GaInN-based light-emitting diodes with reduced efficiency droop by Al-composition-graded AlGaN/GaN superlattice electron blocking layer" *Applied Physics Letters* **103**, 061104 (August 2013)

319. Seung Jae Oh, Gyeongmin Go, Jong-Lam Lee, E. Fred Schubert, Jaehee Cho, Jong Kyu Kim "Enhanced phosphor conversion efficiency of GaN-based white light-emitting diodes having dichroic-filtering contacts" *Journal of Materials Chemistry C*, **1**, 5733 (August 2013)

320. Guan-Bo Lin, Dong-Yeong Kim, Qifeng Shan, Jaehee Cho, E. Fred Schubert, Hyunwook Shim, Cheolsoo Sone, and Jong Kyu Kim "Effect of Quantum Barrier Thickness in the Multiple-Quantum-Well Active Region of GaInN / GaN Light-Emitting Diodes" *IEEE Photonics Journal* **5**, 1600207 (August 2013)

321. David S. Meyaard, Jaehee Cho, E. Fred Schubert, Sang-Heon Han, Min-Ho Kim, and Cheolsoo Sone "Analysis of the temperature dependence of the forward voltage characteristics of GaInN light-emitting diodes" *Applied Physics Letters* **103**, 121103 (September 2013)

322. David S. Meyaard, Guan-Bo Lin, Ming Ma, Jaehee Cho, E. Fred Schubert, Sang-Heon Han, Min-Ho Kim, HyunWook Shim, and Young Sun Kim "GaInN light-emitting diodes using separate epitaxial growth for the p-type region to attain polarization-inverted electron-blocking layer, reduced electron leakage, and improved hole injection" *Applied Physics Letters* **103**, 201112 (November 2013)

323. Ming Ma, Jaehee Cho, E. Fred Schubert, Gi Bum Kim, and Cheolsoo Sone "Optically functional surface structures for GaN-based light-emitting diodes" *Journal of Materials Chemistry C*, **1**, 8134 (November 2013)

324. Hee-Dong Kim, Ho-Myoung An, Kyoung Heon Kim, Su Jin Kim, Chi Sun Kim, Jaehee Cho, E. Fred Schubert, and Tae Geun Kim "A universal method of producing transparent electrodes using wide-bandgap materials" *Advanced Functional Materials* DOI: 10.1002/adfm.201301697 (November 2013)

**2014**

325. Hyunah Kwon, Juyoung Ham, Dong Yeong Kim, Seung Jae Oh, Subin Lee, Sang Ho Oh, E. Fred Schubert, Kyung-Geun Lim, Tae-Woo Lee, Sungjun Kim, Jong-Lam Lee, and Jong Kyu Kim "Organic Solar Cells: Three-dimensional nanostructured indium-tin-oxide electrodes for enhanced performance of bulk heterojunction organic solar cells" *Advanced Energy Materials* 1301566 (January 2014)

326. David S. Meyaard, Ming Ma, E. Fred Schubert, Chel-Jong Choi, Jaehee Cho, and Morgan Evans "Mesa-free III-V nitride light-emitting diodes with flat surface" *ECS Solid State Letters* **3**, Q17 (February 2014)

327. Ming Ma, E. Fred Schubert, Jaehee Cho, Morgan Evans, Gi Bum Kim and Cheolsoo Sone "Fabrication of tapered graded-refractive-index micropillars using ion-implanted-photoresist as an etch mask" *Journal of Vacuum Science and Technology* A **32**, 021305-1 (March 2014)

328. Seung Hee Lee, Ho Jin, Dong-Yeong Kim, Kyung Song, Sang Ho Oh, Sungjee Kim, E. Fred Schubert, and Jong Kyu Kim "Enhanced power conversion efficiency of quantum dot sensitized solar cells with near single-crystalline TiO₂ nano-helixes used as photoanodes" *Optics Express* **22**, A868 (April 2014)

329. Seung Hee Lee, Jeong Kwon, Dong Yeong Kim, Kyung Song, Sang Ho Oh, Jaehee Cho, E. Fred Schubert, Jong Hyeok Park, Jong Kyu Kim "Enhanced power conversion efficiency of dye-sensitized solar cells with multifunctional photoanodes based on a three-dimensional TiO₂ nanohelix array" *Solar Energy Materials & Solar Cells* **132**, 47 (August 2014)

330. Michael E Coltrin, Andrew M Armstrong, Igal Brener, Weng W Chow, Mary H Crawford, Arthur J Fischer, David F Kelley, Daniel D Koleske, Lincoln J Lauhon, James E Martin, May D Nyman, E Fred Schubert, Lauren E Shea-Rohwer, Ganapathi S Subramania, Jeffrey Y Tsao, George T Wang, Jonathan J Wierer, Jr, Jeremy B Wright "The Energy Frontier Research Center for Solid-State Lighting Science: Exploring New Materials Architectures and Light Emission Phenomena" *The Journal of Physical Chemistry C* **118**, 13330 (April 2014)

331. Keith Goossen, Daniel Wolfe, E. Fred Schubert, Dan Kilper, and Ursula Keller "Negawatts – Optics, Photonics and Energy Savings" *Optics and Photonics News*, Winter issue, page 34, (November 2014)

332. Guan-Bo Lin, Qifeng Shan, Yaqi Wang, Ting Li, and E. Fred Schubert " "U-turn" feature in the efficiency-versus-current curve of GaInN / GaN light-emitting diodes" *Applied Physics Letters* **105**, 221116 (December 2014)

**2015**

333. Jaehee Cho, David S. Meyaard, Ming Ma, and E. Fred Schubert "GaInN-based light emitting diodes embedded with wire grid polarizers" *Japanese Journal of Applied Physics* **54**, 02BB02 (January 2015)

334. Dong Yeong Kim, Guan-Bo Lin, Sunyong Hwang, Jun Hyuk Park, David Meyaard, E. Fred Schubert, Han-Youl Ryu, and Jong Kyu Kim "Polarization-engineered high-efficiency GaInN light-emitting diodes optimized by genetic algorithm" *IEEE Photonics Journal* **7**, 1300209 (February 2015)

335. D. Y. Kim, J. H. Park, J. W. Lee, S. Y. Hwang, S. J. Oh, J. S. Kim, C. Sone, E. F. Schubert, and J. K. Kim (2015) "Overcoming the fundamental limitation in light-extraction efficiency of Deep-UV LEDs by utilizing transverse-magnetic-dominant emission" *Light: Science & Applications* **4**, *e263*; doi:10.1038/lsa.2015.36 (May 2015)

336. Jun Hyuk Park, Guan-Bo Lin, Dong Yeong Kim, Jong Won Lee, Jaehee Cho, Jungsub Kim, Jinsub Lee, Yong-Il Kim, Youngsoo Park, E. Fred Schubert, and Jong Kyu Kim "Distinct U-shape efficiency-versus-current curves in AlGaN-based deep-ultraviolet light-emitting diodes" *Optics Express* **23**, 15398 (June 2015)

337. Ashok K. Sood, Gopal Pethuraja, Roger E. Welser and Yash R. Puri, Nibir K. Dhar, Priyalal S. Wijewarnasuriya, Jay Lewis, Harry Efstathiadis, Pradeep Haldar, and E. Fred Schubert "Development of large area nanostructured antireflection coatings for EO/IR sensor applications" *International Journal of NanoScience and Nanotechnology*, Volume **6**, Number 2, pp. 57-70 (August 2015)

338. Ashok K. Sood, Roger E. Welser, Gopal G. Pethuraja, Adam W. Sood, Yash R. Puri, E. Fred Schubert, Pradeep Haldar, Nibir K. Dhar, Dennis L. Polla, and Priyalal Wijewarnasuriya "Nanostructured anti-reflection (AR) coatings for optoelectronic applications" published in: *Comprehensive Guide for Nanocoatings Technology*, Volume **4**, Editor: Mahmood Aliofkhazraei, ISBN-13 978-1-63482-648-8 (Nova Science Publishers Inc., Hauppauge, New York, USA, November 2015)

339. E. Fred Schubert, Jaehee Cho, and Jong Kyu Kim "Light Emitting Diodes" published in: *Kirk-Othmer Encyclopedia of Chemical Technology*; on-line access at < http://onlinelibrary.wiley.com/book/10.1002/0471238961 > ISBN: 9780471238966 DOI: 10.1002/0471238961 (John Wiley and Sons and Wiley Inter-Science, New York NY, December 2015)

340. Guan-Bo Lin and E. Fred Schubert "Efficiency re-climbing in high-current droop regime for gallium-nitride-based light-emitting diodes" *International Journal of High-Speed Electronics and Systems*, *World Scientific Publishing Company* **24**, 1520008 (December 2015)

**2016**

341. E. Fred Schubert, Jaehee Cho, and Jong Kyu Kim "Light Emitting Diodes" published in: *Reference Module in*

Curriculum Vitae of Fred Schubert

*Materials Science and Materials Engineering*, Section on Light Emitting Diodes, Materials Science and Materials Engineering, Edited by Saleem Hashmi (Elsevier Publishing Company, Amsterdam, 2016) <https://www.sciencedirect.com/science> (January 2016)

342. Kyurin Kim, Jun Hyuk Park, Hyunsoo Kim, Jong Kyu Kim, E. Fred Schubert, and Jaehee Cho "Energy bandgap variation in oblique angle-deposited indium tin oxide" *Applied Physics Letters* **108**, 041910 (January 2016)

343. Jun Hyuk Park, Jong Won Lee, Dong Yeong Kim, Jaehee Cho, E. Fred Schubert, Jungsub Kim, Jinsub Lee, Yong-Il Kim, Youngsoo Park, and Jong Kyu Kim "Variation of the external quantum efficiency with temperature and current density in red, blue, and deep ultraviolet light-emitting diodes" *Journal of Applied Physics* **119**, 023101 (January 2016)

344. JongWon Lee, Dong Yeong Kim, Jun Hyuk Park, E. Fred Schubert, Jungsub Kim, Jinsub Lee, Yong-Il Kim, Youngsoo Park, and Jong Kyu Kim "An elegant route to overcome fundamentally-limited light extraction in AlGaN deep-ultraviolet light-emitting diodes: Preferential outcoupling of strong in-plane emission" *Scientific Reports* **6**, 22537 (March 2016)

**2017**

345. Jaehee Cho, Jun Hyuk Park, Jong Kyu Kim, and E. Fred Schubert "White light-emitting diodes: History, progress, and future" *Laser and Photonics Review*, 1600147 (2017) / DOI 10.1002/lpor.201600147 (March 2017)

346. Jun Hyuk Park, Jaehee Cho, E. Fred Schubert, and Jong Kyu Kim "The effect of imbalanced carrier transport on the efficiency droop in GaInN-based blue and green light-emitting diodes" *Energies* **10**, 1277 (2017) DOI: 10.3390/en10091277 (August 2017)

**2018**

347. E. Fred Schubert "Light Emitting Diodes, 3rd Edition" Book, 672 pages, with hundreds of colored figures ISBN: 978-0-9 863826-6-6 (Google Books, Mountain View CA, 2018)

348. JH Park, DY Kim, EF Schubert, J Cho, JK Kim "Fundamental Limitations of Wide-Bandgap Semiconductors for Light-Emitting Diodes" *ACS Energy Letters* **3**, 655-662 (2018)

**2020**

349. Bhishma Pandit, E. Fred Schubert and Jaehee Cho "Dual-functional ultraviolet photodetector with graphene electrodes on AlGaN/GaN heterostructure" *Nature Research – Scientific Reports* **10**, 22059 (2020)