1

2

3

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

5

6   NICHIA CORP.,

7          Plaintiff,

8          v.

9   FEIT ELECTRIC CO., INC.,

10

11         Defendant,

12         and

13  UNITY MICROELECTRONICS, INC.

14         Intervenor-Defendant.

15

16

17  FEIT ELECTRIC CO., INC.

18         Third-Party Plaintiff,

19         v.

20  SEOUL SEMICONDUCTOR CO.,
    LTD., LUMILEDS LLC, AND LG
21  INNOTEK HUIZHOU CO., LTD.,

22         Third-Party Defendants.

23

24

25

26

27

28

Case No.  2:18-cv-01390-DOC-RAOx

**ORDER GRANTING JOINT
STIPULATION REGARDING
EXTENSION OF FILING DEADLINE
FOR DISCOVERY MOTIONS ON
WRITTEN DISCOVERY AND
DOCUMENT PRODUCTION [279]**

Judge: David O. Carter
Special Master: Irma Gonzalez

Now before this Court is the Joint Stipulation Regarding Extension of Filing Deadline for Discovery Motions on Written Discovery and Document Production (the "Stipulation") (Dkt. 279). Having considered the Stipulation and finding good cause, **IT IS HEREBY ORDERED** that:

The August 31, 2021 filing deadline for discovery motions on written discovery and document production will be extended to allow the parties to raise discovery disputes with the Special Master, under the rules set by the Special Master in November 2018, by no later than September 30, 2021; and

This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

IT IS SO ORDERED.

Dated:  August 27, 2021

_David O. Carter_
_____
Hon. David O. Carter
U.S. District Judge