BRIAN LEDAHL (SBN 186579)
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

KAL K. SHAH (*Pro Hac Vice*)
kshah@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 212-4979
Fax: (312) 757-9192

Michael S. Weinstein (*Pro Hac Vice*)
mweinstein@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588

*Attorneys for Defendant/Third-Party Plaintiff Feit Electric Co., Inc.*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant. <br><br> and <br><br> UNITY MICROELECTRONICS, INC., <br><br> Intervenor-Defendant. | Case No. 2:18-cv-01390-DOC-RAOx <br><br> **JOINT STIPULATION REGARDING EXTENSION OF FACT DISCOVERY DEADLINE AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF FEIT ELECTRIC CO., INC. AND THIRD-PARTY DEFENDANT SEOUL SEMICONDUCTOR CO., LTD.** <br><br> Judge: Hon. David O. Carter <br> Special Master: Hon. Irma Gonzalez |

| | |
|---|---|
| 1 | FEIT ELECTRIC CO., INC., |
| 2 |     Third-Party Plaintiff, |
| 3 |     v. |
| 4 | SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD., |
| 5 | |
| 6 |     Third-Party Defendants. |

This stipulation is entered into by and between Defendant/Third-Party Plaintiff Feit Electric Co., Inc. ("Feit Electric") and Third-Party Defendant, Seoul Semiconductor Co., Ltd. ("SSC") (collectively, "the Parties"), by and through respective counsel.

WHEREAS, the Court entered a Joint Amended Scheduling Order on April 14, 2021 (Dkt. No. 264) ("Scheduling Order"), setting, among other things, a Fact Discovery Deadline of January 28, 2021;

WHEREAS, the Parties have cross-noticed depositions pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, Feit Electric conducted the 30(b)(6) deposition of SSC on January 19, 2022;

WHEREAS, due scheduling conflicts of the relevant personnel who may be designated on the topics in SSC's 30(b)(6) notice caused by other professional and personal commitments, Feit Electric is unable to present its witness(es) under the present case schedule;

WHEREAS, in light of the foregoing, the Parties have agreed to extend the Fact Discovery Deadline by 21 days to February 18, 2022;

WHEREAS, the extension will not impinge on any future deadlines, and there is no prejudice that will result as the Parties jointly seek the extension sought herein.

NOW, THEREFORE, as is set forth in the attached order, the Parties, by and through their respective undersigned counsel of record, hereby stipulate that the interests of judicial economy and efficiency would be served by extending the Scheduling Order as follows:

- The January 28, 2022 Fact Discovery Deadline will be extended to February 18, 2022; and
- This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

Dated: January 21, 2022

By: /s/ *Kal K. Shah*

Kal K. Shah (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4979
Facsimile: (312) 757-9192
kshah@beneschlaw.com

Michael S. Weinstein (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4407
Facsimile: (216) 363-4588
mweinstein@beneschlaw.com

Brian Ledahl (SBN 186579)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
bledahl@raklaw.com

***Attorneys for Defendant/Third-Party Plaintiff
Feit Electric Co., Inc.***

Dated: January 21, 2022

By: *Michael B. Eisenberg*

Michael B. Eisenberg (*Pro Hac Vice*)
michael.eisenberg@steptoe.com
**STEPTOE AND JOHNSON LLP**
114 Avenue of the Americas, 35th Floor
New York, NY 10036
Tel: (212) 506-3931
Fax: (212) 506-3950

Anna M. Targowska (*Pro Hac Vice*)
atargowska@steptoe.com
**STEPTOE AND JOHNSON LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1300
Fax: (312) 577-1370

1
2  Robyn C. Crowther (SBN 193840)
   rcrowther@steptoe.com
3  **STEPTOE AND JOHNSON LLP**
   633 West Fifth Street, Suite 1900
4  Los Angeles, CA 90071
   Tel:   (213) 439-9428
5  Fax:  (213) 439-9599
6  ***Attorneys for Third-Party Defendant Seoul Semiconductor Co., Ltd.***
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Kal. K. Shah
Kal K. Shah (*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that this Joint STIPULATION REGARDING EXTENSION OF FACT DISCOVERY DEADLINE AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF FEIT ELECTRIC CO., INC. AND THIRD-PARTY DEFENDANT SEOUL SEMICONDUCTOR CO., LTD. was filed on January 21, 2022, using the electronic case filing (CM/ECF) system for the Central District of California, which will send notification of such filing to all counsel of record.

/s/ Kal K. Shah
Kal K. Shah (*Pro Hac Vice*)