# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC CO., INC., <br><br> Defendant, <br><br> and <br><br> UNITY MICROELECTRONICS, INC. <br><br> Intervenor-Defendant. | Case No. 2:18-cv-01390-DOC-RAOx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF FACT DISCOVERY DEADLINE AS BETWEEN DEFENDANT/THIRD-PARTY PLAINTIFF FEIT ELECTRIC CO., INC. AND THIRD-PARTY DEFENDANT SEOUL SEMICONDUCTOR CO., LTD.** <br><br> Judge: David O. Carter <br> Special Master: Irma Gonzalez |
| FEIT ELECTRIC CO., INC. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., LUMILEDS LLC, AND LG INNOTEK HUIZHOU CO., LTD., <br><br> Third-Party Defendants. | |

Now before this Court is the Joint Stipulation Regarding Extension of Fact Discovery Deadline as Between Defendant/Third-Party Plaintiff Feit Electric Co., Inc. and Third-Party Defendant Seoul Semiconductor Co., Ltd. (the "Stipulation") (Dkt. 327). Having considered the Stipulation and finding good cause, **IT IS HEREBY ORDERED** as follows:

- The February 18, 2022 Fact Discovery Deadline is extended to March 11, 2022; and
- This Stipulation shall not impact any other deadlines set forth under the Scheduling Order.

IT IS SO ORDERED.

Dated:   February 24, 2022

_/s/ David O. Carter_
Hon. David O. Carter
U.S. District Judge